CO-386
10/2018

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY, AMERICAN BIRD   )
CONSERVANCY, SURFRIDER FOUNDATION, SAVE RGV,     )
and THE CARRIZO/COMECRUDO NATION OF TEXAS, INC.  )
                                                 )
                                                 )
                              Plaintiff          )
                      vs                         )    Civil Action No._____
                                                 )
FEDERAL AVIATION ADMINISTRATION                  )
and BILLY NOLEN, in his official capacity        )
                                                 )
                              Defendant          )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff organizations_____ which have any outstanding securities in the hands of the public:

> Center for Biological Diversity, American Bird Conservancy, Surfrider Foundation, Save RGV, and the Carrizo/Comecrudo Nation of Texas, Inc. are non-profit organizations that have no parent corporations, subsidiaries, or outstanding securities in the hands of the public. No publicly held corporations own ten percent or more of any shares in Plaintiff organizations.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/Eric Glitzenstein
_____
Signature

D.C. Bar No. 358287                    Eric Glitzenstein
_____          _____
BAR IDENTIFICATION NO.                 Print Name

                                       1411 K Street NW, Suite 1300
                                       _____
                                       Address

                                       Washington, DC 20005
                                       _____
                                       City            State        Zip Code

                                       (202) 849-8401
                                       _____
                                       Phone Number