IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, AMERICAN BIRD CONSERVANCY, SURFRIDER FOUNDATION, SAVE RGV, and THE CARRIZO/COMECRUDO NATION OF TEXAS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION and BILLY NOLEN, in his official capacity,<br><br>Defendants. | CV: 1:23-CV-01204 |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil Local Rule 83.2(c)(2), Plaintiffs move for the admission and appearance of attorney Jared Margolis pro hac vice in the above-entitled action. This motion is supported by the Declaration of Jared Margolis, filed herewith. As set forth in Mr. Margolis' declaration, he is admitted and an active member in good standing of the Oregon Bar. This motion is supported and signed by Eric Glitzenstein, an active and sponsoring member of the Bar of this Court.

1

#

Respectfully submitted this 3rd day of May 2023.

<u>/s/ Eric Glitzenstein</u>
Eric Glitzenstein
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org
