#

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, AMERICAN BIRD CONSERVANCY, SURFRIDER FOUNDATION, SAVE RGV, and THE CARRIZO/COMECRUDO NATION OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION and BILLY NOLEN, in his official capacity, <br><br> Defendants. | CV: 1:23-CV-01204 <br><br> **Declaration of Jared Margolis** |

DECLARATION OF JARED MARGOLIS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jared Margolis, hereby declare:

   1. My name, office address, and telephone number are as follows:

      Jared M. Margolis
      Center for Biological Diversity
      2852 Willamette St. # 171
      Eugene, OR 97405
      (802) 310-4054

   2. I have been admitted to the following courts and bars:

      Oregon Bar / Supreme Court of Oregon (Dec. 10, 2014) (Or. Bar No. 146145)

1

#

       Fourth Circuit Court of Appeals

       Ninth Circuit Court of Appeals

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

A certificate of good standing is attached hereto.

4. I have been admitted pro hac vice in this Court once in the last two years (Case No: 22-cv-2586-CKK).

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Eugene, OR, this 3rd day of May 2023.

Respectfully submitted,

                                              /s/ Jared Margolis  
                                              Jared Margolis  
                                              Center for Biological Diversity  
                                              2852 Willamette St. # 171  
                                              Eugene, OR 97405  
                                              (802) 310-4054  
                                              jmargolis@biologicaldiversity.org