

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

JARED M. MARGOLIS

as an Attorney of this Court.


I, as State Court Administrator of the State of Oregon, certify that on the

10th day of December, 2014

JARED M. MARGOLIS

was admitted to the practice of law in the Supreme Court and all other courts in the State of

Oregon, and is now an attorney in good standing.

April 18, 2023.

NANCY COZINE
State Court Administrator


Authorized Representative