# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, AMERICAN BIRD CONSERVANCY, SURFRIDER FOUNDATION, SAVE RGV, and THE CARRIZO/COMECRUDO NATION OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION and BILLY NOLEN, in his official capacity, <br><br> Defendants. | CV: 1:23-CV-01204 |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JARED MARGOLIS PRO HAC VICE**

The Court has reviewed the Plaintiffs' motion for admission of attorney Jared Margolis pro hac vice. Upon consideration of that motion, the Court grants attorney Jared Margolis pro hac vice admission to this Court.

IT IS SO ORDERED.

DATED: _____                    _____
                                       United States District Judge

1

#