**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 23-1204<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of Matthew P. Rand as counsel for Defendants Federal Aviation Administration and Billy Nolen, in his official capacity as Acting Administrator of the Federal Aviation Administration.

Service of all papers by U.S. Mail should be addressed as follows:

> Matthew P. Rand
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources
> Division Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> (202) 532-5083
> matthew.rand@usdoj.gov

Overnight and hand deliveries should be addressed to:

> Matthew P. Rand
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources
> Division Natural Resources Section

150 M St., N.E., Room 3.522
Washington, D.C. 20002

Respectfully submitted this 6th day of May, 2023,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Matthew P. Rand*

Matthew P. Rand (N.Y. Bar No. 4937157)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0874 (phone)
(202) 532-5083 (cell)
gregory.cumming@usdoj.gov

*Counsel for Defendants*