# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) )  Civil Case No. 23-1204 ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Sarah R. Ruckriegle as counsel for Defendants Federal Aviation Administration and Billy Nolen, in his official capacity as Acting Administrator of the Federal Aviation Administration.

Service of all papers by U.S. Mail should be addressed as follows:

> Sarah R. Ruckriegle
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources
> Division Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> (202) 305-0457
> sarah.ruckriegle@usdoj.gov

Overnight and hand deliveries should be addressed to:

> Sarah R. Ruckriegle
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources
> Division Natural Resources Section

        150 M St., N.E., Room 3.1203
        Washington, D.C. 20002

Respectfully submitted this 9th day of May, 2023,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Sarah R. Ruckriegle*

        Sarah R. Ruckriegle (D.C. Bar No. 1658781)
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        150 M St., N.E.
        Washington, D.C. 20002
        (202) 305-0432 (office)
        (202) 305-5404 (cell)
        sarah.ruckriegle@usdoj.gov

        *Counsel for Defendants*