IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>        Defendants. | Civil Case No.: 1:23-cv-01204-CJN |

## AFFIDAVIT OF SERVICE

I hereby certify that service of the Complaint, Summons, and other case initiating documents for the above captioned case took place as described below.

On May 2, 2023, copies of the Complaint, Summons, and other case initiating documents were sent by USPS Certified Mail, electronic return receipt requested, to the following parties:

    **Federal Aviation Administration**
    800 Independence Ave SW
    Washington, DC 20591
    (USPS Tracking No. 9414811899562205258063)

    **Billy Nolen, FAA Administrator**
    Federal Aviation Administration
    800 Independence Ave SW
    Washington, DC 20591
    (USPS Tracking No. 9414811899562205258377)

    **Merrick B. Garland, Attorney General**
    U.S. Department of Justice
    950 Pennsylvania Ave NW
    Washington, DC 20530
    (USPS Tracking No. 9414811899562205258001)

Defendants Federal Aviation Administration and Billy Nolen received the documents on May 10, 2023. The United States Attorney General received the documents on May 11, 2023. Receipts and delivery confirmation verifying this information are attached hereto.

Also on May 2, 2023, copies of the Complaint, Summons, and other case initiating documents were sent via email to the office of the U.S. Attorney for the District of Columbia, pursuant to the Email Service instructions on the U.S. Attorney's website. On May 9, 2023, the U.S. Attorney's office confirmed via email that the documents had been received and accepted with a service date of May 2, 2023. Receipts and delivery confirmation verifying this information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 12, 2023				Respectfully submitted,

/s/ Jared Margolis
Jared Margolis (admitted pro hac vice)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
(802) 310-4054
jmargolis@biologicaldiversity.org