# Proof of Service to
# Federal Aviation Administration



May 10, 2023

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9956 2205 2580 63**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 10, 2023, 8:14 am |
| **Location:** | WASHINGTON, DC 20591 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Federal Aviation Administration |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 800 INDEPENDENCE AVE SW |
| **City, State ZIP Code:** | WASHINGTON, DC 20591-0001 |

## Recipient Signature

Signature of Recipient: *Tammie Meadows*

Address of Recipient: *800 Independence Ave*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Proof of Service to
# Billy Nolen, FAA Administrator


**UNITED STATES**
**POSTAL SERVICE**

May 10, 2023

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9956 2205 2583 77**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 10, 2023, 8:14 am |
| **Location:** | WASHINGTON, DC 20591 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Billy Nolen FAA Administrator Federal Aviation A |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 800 INDEPENDENCE AVE SW |
| **City, State ZIP Code:** | WASHINGTON, DC 20591-0004 |

## Recipient Signature

Signature of Recipient: *Kammie Meadows*
*Tammie Meadows*

Address of Recipient: *800 Independence Ave*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Proof of Service to
# United States Attorney General


**UNITED STATES**
**POSTAL SERVICE**

May 11, 2023

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9956 2205 2580 01**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 11, 2023, 4:56 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Merrick B  Garland Attorney General U S  Departm |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 950 PENNSYLVANIA AVE NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20530-0001 |

| Recipient Signature |
|---|



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Proof of Service to
# U.S. Attorney for D.D.C.

## Lila Woloshin

**From:**         USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:**         Tuesday, May 9, 2023 6:02 PM
**To:**           Lila Woloshin
**Subject:**      RE: 1:23-cv-01204-CJN, Center for Biological Diversity v. Federal Aviation Administration, et al.

Your service package has been received and accepted with a service date of May 2, 2023.  Thank you.

**From:** Lila Woloshin <lwoloshin@biologicaldiversity.org>
**Sent:** Tuesday, May 2, 2023 3:29 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] 1:23-cv-01204-CJN, Center for Biological Diversity v. Federal Aviation Administration, et al.

Dear Civil Process Clerk:

Pursuant to the instructions on the U.S. Department of Justice website, please find attached for service to the U.S. Attorney a consolidated PDF containing the following documents, which have been filed in the above-referenced matter (1:23-cv-01204-CJN, *Center for Biological Diversity v. Federal Aviation Administration, et al.*):

1. Summons
2. Complaint
3. Notice and Consent to Magistrate Judge

Please do not hesitate to contact me if these documents are deficient in any way and/or this service cannot be executed via email. Thank you.

Sincerely,

**Lila Woloshin**
Paralegal | Endangered Species Program
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374