IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, AMERICAN BIRD CONSERVANCY, SURFRIDER FOUNDATION, SAVE RGV, and THE CARRIZO/COMECRUDO NATION OF TEXAS, INC.,<br><br>               Plaintiffs,<br>  v.<br><br>FEDERAL AVIATION ADMINISTRATION and BILLY NOLEN, in his official capacity,<br><br>  and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br>  1 Rocket Road<br>  Brownsville, TX 78521,<br><br>               Intervenor-Defendant. | Civil Action No. 1:23-cv-1204-CJN |

**[PROPOSED] ORDER GRANTING SPACE EXPLORATION TECHNOLOGIES CORP.'S MOTION TO INTERVENE**

     Upon consideration of the Space Exploration Technologies Corp.'s ("SpaceX") Motion to Intervene, the accompanying Memorandum in Support, and supporting Declaration, and good cause having been shown, it is hereby ORDERED that the Motion is granted, and that SpaceX be designated as an Intervenor-Defendant in this action and file its responsive pleading on or before July 1, 2023.

DATED: _____                                              _____

                                                                                                  Honorable Carl J. Nichols
                                                                                                  United States District Court Judge