CO-386
10/2018

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY, AMERICAN BIRD
CONSERVANCY, SURFRIDER FOUNDATION, SAVE RGV,
And THE CARRIZO/COMECRUDO NATION OF TEXAS, INC.,

                                       Plaintiff

vs

FEDERAL AVIATION ADMINISTRATION
and BILLY NOLEN, in his official capacity,

                                     Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. ___1:23-cv-1204-CJN___

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for ___SPACE EXPLORATION TECHNOLOGIES CORP.___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___SPACE EXPLORATION TECHNOLOGIES CORP.___ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

___D.C. Bar No. 1015691_____
BAR IDENTIFICATION NO.

___Tyler G. Welti_____
Print Name

___101 California Street, Suite 3800___
Address

___San Francisco, CA 94111_____
City           State        Zip Code

___415-653-3714_____
Phone Number