UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Defendant-Intervenor*. | Civil Case No. 23-1204 |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO LODGE ADMINISTRATIVE RECORD AND FOR THE COURT TO SET AN INITIAL BRIEFING SCHEDULE**

Pursuant to this Court's July 5, 2023 Minute Order, Defendants move to extend their time to lodge the Administrative Record and for the Court to set a briefing schedule regarding potential challenges to the contents of the Administrative Record.

Specifically, the Administrative Record is currently due July 31, 2023. *See* Local Civ. R. 7(n). Defendants seek a 60-day extension of time, until September 29, 2023, in which to lodge the Administrative Record. Good cause supports the requested extension because agency staff require additional time to collect and review the numerous materials related to the Project at issue in this litigation. In addition, an extension of time will permit the agency to include certain

materials relevant to Plaintiffs' claims regarding whether Defendants have adequately accounted for the impacts of the April 20, 2023 launch of the Starship/Super Heavy vehicle. *See* Compl. ¶ 102 (ECF No. 3).

In addition, the Court's July 5 Minute Order requested that the Parties confer and file a proposed briefing schedule by August 14, 2023. The Parties have discussed the litigation on two occasions, and propose that the Court set the following initial briefing schedule regarding potential litigation surrounding the contents of the Administrative Record:

| | |
|---|---|
| Defendants' deadline to lodge Administrative Record: | **September 29, 2023** |
| Plaintiffs' deadline to challenge contents of the Record: | **October 27, 2023** |
| Defendants' opposition to Plaintiffs' motion challenging Record: | **November 17, 2023** |
| Plaintiffs' reply in support of motion challenging Record: | **December 5, 2023** |

The Parties propose that they file a further joint status report proposing a briefing schedule as to summary judgment within 14 days of the Court's resolution of Plaintiffs' motion challenging the Administrative Record, if any is filed.

Alternatively, if Plaintiffs choose not to challenge the Administrative Record, the Parties propose that they file a joint status report setting forth a proposed briefing schedule by **October 27, 2023**.

Plaintiffs and Defendant-Intervenor, through counsel, consent to the relief requested in this Motion.

Respectfully submitted this 21st day of July, 2023,

    TODD KIM
    Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    */s/ Gregory M. Cumming*

Gregory M. Cumming (D.C. Bar No. 1018173)
Matthew P. Rand (N.Y. Bar No. 4937157)
Sarah R. Ruckriegle (D.C. Bar No. 1658781)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (office)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Defendants*