UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP. <br><br> *Defendant-Intervenor*. | Civil Case No. 23-1204 |

**PROPOSED ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Lodge the Administrative Record and for the Court to Set an Initial Briefing Schedule, and for good cause shown, that Motion is hereby **GRANTED**. The Court orders as follows:

(1) Defendants shall lodge the Administrative Record by September 29, 2023;

(2) The following briefing schedule is set:

| | |
|---|---|
| Defendants' deadline to lodge Administrative Record: | **September 29, 2023** |
| Plaintiffs' deadline to challenge contents of the Record: | **October 27, 2023** |
| Defendants' opposition to Plaintiffs' motion challenging Record: | **November 17, 2023** |
| Plaintiffs' reply in support of motion challenging Record: | **December 5, 2023** |

(3)  The Parties shall file a joint status report proposing a briefing schedule as to summary judgment within 14 days of the Court's resolution of Plaintiffs' motion challenging the Administrative Record, if any is filed; and

(4)  If Plaintiffs choose not to challenge the Administrative Record, the Parties shall file a joint status report setting forth a proposed briefing schedule by **October 27, 2023**.

SO ORDERED this _____ day of July, 2023.

_____
Carl J. Nichols
United States District Judge