UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP. <br><br> *Defendant-Intervenor*. | Civil Case No. 23-1204 |

# CERTIFICATION

1. My name is _____.

2. I have read the Protective Order that has been entered in the above-captioned case, and a copy of it has been given to me.

3. I certify that I am eligible to have access to the Confidential Information under the terms of the Protective Order.

4. I understand the provisions of the Protective Order and agree to comply with and to be bound by its provisions.

5. To the extent that I will access Confidential Information that is protected under the U.S. Export Control Laws, as defined in the Protective Order, I certify that I am a U.S. Person as that term is defined in 22 C.F.R. § 120.15.

6. I will hold all Confidential Information and any duplicates, notes, abstracts, or summaries thereof in confidence, will not disclose such information to anyone not specifically entitled to access under the Protective Order, and will use the information solely for purposes of this litigation. At the conclusion of this litigation, I will return all originals of all Confidential Information and any duplicates, notes, abstracts, or summaries thereof in my possession, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

7. I consent to the jurisdiction of this Court for purposes of enforcement of the Protective Order.

8. I declare under penalty of perjury that the foregoing is true and correct.

s/ _____

By: _____

Dated: _____