# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) ) |
| *Plaintiffs* | ) ) |
| v. | ) ) |
| FEDERAL AVIATION ADMINISTRATION, *et al.*, | ) Civil Case No. 23-1204 ) ) ) |
| *Defendants* | ) ) |
| and | ) ) |
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) |
| *Defendant-Intervenor.* | ) ) |

## DEFENDANTS' NOTICE OF LODGING THE CERTIFIED LIST OF THE ADMINISTRATIVE RECORD CONTENTS

Pursuant to Local Civil Rule 7(n)(1) and this Court's July 25, 2023 Minute Order, Defendants the Federal Aviation Administration ("FAA") and Billy Nolen, in his official capacity as FAA Administrator (collectively "Defendants") hereby provide notice of the certification of the Administrative Record for Defendants' issuance of a Programmatic Environmental Assessment and Mitigated Finding of No Significant Impact/Record of Decision for the Starship/Super Heavy Launch Vehicle Program at the SpaceX Boca Chica Launch Site in Cameron County, TX ("the Project"). As detailed in the attached declaration and index, the certified list of the Administrative Record contents filed with the Court today reflects those documents considered directly or indirectly by Defendants in connection with their review of the

Project under the National Environmental Policy Act, and constitutes the record for the Record of Decision signed on June 13, 2022.

    The documents listed above will be served electronically on Plaintiffs' and Defendant-Intervenor's counsel through the CM/ECF system.  In addition, Defendants shared copies of the Administrative Record with Plaintiffs' and Defendant-Intervenor's counsel through external hard drives mailed on September 29, 2023.

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Gregory M. Cumming*
        Gregory M. Cumming (D.C. Bar No. 1018173) Matthew P. Rand (N.Y. Bar No. 4937157) Sarah R. Ruckriegle (D.C. Bar No. 1658781) United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        150 M St., N.E.
        Washington, D.C. 20002
        (202) 305-0457 (office)
        (202) 598-0414 (cell)
        gregory.cumming@usdoj.gov

        *Counsel for Defendants*