UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Defendant-Intervenor*. | Civil Case No. 23-1204 |

## DECLARATION OF AMY B. HANSON

I, Amy B. Hanson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 years. I am competent to testify to the matters set forth herein, and I have personal knowledge of the matters expressed herein.

2. I am a resident of Illinois, and my business address is Federal Aviation Administration, 2300 East Devon Avenue, Des Plaines, IL 60018.

3. I have been employed with the Federal Aviation Administration ("FAA") since June 2003, and have been serving in my current capacity as Environmental Protection Specialist within the Office of Commercial Space Transportation (AST) since February 2022.  As part of my duties as Environmental Protection Specialist, I ensure compliance

with the National Environmental Policy Act and other special purpose laws for AST documents.

4. In my role as Environmental Protection Specialist, I am familiar with the "SpaceX Starship/Super Heavy Project" project in Boca Chica, Texas ("the Project") described in the Programmatic Environmental Assessment ("PEA") and Finding of No Significant Impact ("FONSI") at issue in this lawsuit. I serve as an Environmental Protection Specialist for AST on the Project; completing document reviews and stakeholder coordination.  As part of my duties at FAA, I also oversaw the coordination and compilation of FAA's Administrative Record for the project. The record includes 4,871 documents and 67,777 pages.

5. To the best of my knowledge, the Administrative Record contains the documents upon which the FAA upon relied directly or indirectly in issuing the PEA and FONSI.

6. To the best of my knowledge, each document contained in the Administrative Record is a true and correct copy of the original document located in the file of FAA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of September, 2023.

_____

Amy B. Hanson
Environmental Protection Specialist
Operations Support Branch
Operational Safety Directorate|Commercial Space Transportation
Federal Aviation Administration