IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>    Defendants,<br><br> and<br><br>SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>    Defendant-Intervenor. | Civil Action No. 1:23-cv-1204-CJN |

## NOTICE OF APPEARANCE

Please enter the appearance of Jay C. Johnson of Venable LLP as additional counsel for Defendant Intervenor's Space Exploration Technologies Corp. ("SpaceX") in the above reference matter.

                Respectfully submitted,

                /s/ Jay C. Johnson
                Jay C. Johnson (D.C. Bar No. 487768)
                Venable LLP
                600 Massachusetts Avenue NW
                Washington, DC 20001
                202.344.4000
                jcjohnson@venable.com

                *Counsel for Defendant-Intervenor*

Dated: October 26, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2023, I served a true and correct copy of notice of appearance by electronic mail on all counsel of record via the Court's electronic filing system.

                                               /s/ Jay C. Johnson
                                               Jay C. Johnson