UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Defendant-Intervenor.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Case No. 23-1204 |

**UNOPPOSED JOINT MOTION FOR EXTENSION**

Plaintiffs and Defendants, by and through their undersigned counsel, hereby submit a Joint Motion and request a 30 day extension of time to complete their review of the administrative record and to file with the Court any motions regarding the record, or, alternatively, a joint status report setting forth proposed next steps in this matter, and make the following statements in support:

On July 25, 2023, the Court entered a Minute Order requiring Defendants to lodge the administrative record by September 29, 2023, and providing until October 27, 2023, for Plaintiffs to challenge the administrative record or for the parties to file a joint status report setting forth a proposed briefing schedule should Plaintiffs choose not to challenge the record.

1

Defendants lodged the record on September 29, 2023, and the Parties have been reviewing the record and conferring to resolve concerns raised by Plaintiffs. However, the Parties require additional time to address such concerns and for Defendants to lodge an updated record index and provide supplemental record documents to the Parties.

As such, Plaintiffs and Defendants request that the Court extend the time for the Parties to comply with the Court's July 25, 2023, Order by 30 days, until November 27, 2023. Specifically, they propose that by that date: (1) Plaintiffs file a motion challenging the administrative record; or (2) the Parties provide a joint status report proposing next steps in this matter.

Defendant-Intervenor submits that it does not oppose this motion.

Respectfully submitted this 27th day of October, 2023,

/Jared Margolis
Jared M. Margolis (*pro hac vice*)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
Tel: (802) 310-4054
Email: jmargolis@biologicaldiversity.org
*Counsel for Plaintiffs*


TODD KIM

Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Matthew P. Rand (N.Y. Bar No. 4937157)
Sarah R. Ruckriegle (D.C. Bar No. 1658781)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section

                150 M St., N.E.
                Washington, D.C. 20002
                (202) 305-0457 (office)
                (202) 598-0414 (cell)
                gregory.cumming@usdoj.gov

*Counsel for Defendants*