# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>*Defendants*<br><br>and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>*Defendant-Intervenor.* | Civil Case No. 23-1204 |

## [PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION

The Court has reviewed the Unopposed Joint Motion requesting an extension to complete review of the administrative record. Upon consideration of that motion, the Court grants a 30-day extension. Plaintiffs shall file a motion challenging the administrative record by November 27, 2023. If the Plaintiffs choose not to challenge the administrative record, the Parties shall file a joint status report proposing next steps in this matter by November 27, 2023.

IT IS SO ORDERED.

DATED: _____                                        _____
                                                                                        United States District Judge