# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Defendant-Intervenor.* | Civil Case No. 23-1204 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

The Court has reviewed Plaintiffs' motion for leave to file the proposed supplemental complaint attached to their motion. Upon consideration, the Court grants the Motion and Plaintiffs may file the Supplemental Complaint.

IT IS SO ORDERED.

DATED: _____                    _____
                                                                   United States District Judge

1