# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Defendant-Intervenor*. | Civil Case No. 23-1204 |

## DEFENDANTS' NOTICE OF LODGING THE CERTIFIED LIST OF THE AMENDED ADMINISTRATIVE RECORD CONTENTS

Pursuant to Local Civil Rule 7(n)(1), the Protective Order in this matter, ECF No. 25, and the Parties' November 27, 2023 Joint Status Report, ECF No. 26, Defendants the Federal Aviation Administration ("FAA") and Michael Whitaker, in his official capacity as FAA Administrator (collectively "Defendants") hereby provide notice of the certification of the Amended Administrative Record for Defendants' issuance of a Programmatic Environmental Assessment and Mitigated Finding of No Significant Impact/Record of Decision for the Starship/Super Heavy Launch Vehicle Program at the SpaceX Boca Chica Launch Site in Cameron County, TX ("the Project"). As detailed in the attached declaration and index, and consistent with the terms of the Protective Order, the certified list of the Amended Administrative Record contents filed with the Court today reflects those documents considered

directly or indirectly by Defendants in connection with their review of the Project under the National Environmental Policy Act, and constitutes the record for the Record of Decision signed on June 13, 2022.

The documents listed above will be served electronically on Plaintiffs' and Defendant-Intervenor's counsel through the CM/ECF system. In addition, Defendants shared copies of the Administrative Record with Plaintiffs' and Defendant-Intervenor's counsel through external hard drives mailed on December 20, 2023.

    Respectfully submitted

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Matthew P. Rand (N.Y. Bar No. 4937157)
Sarah R. Ruckriegle (D.C. Bar No. 1658781)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (office)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Defendants*