UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        *Plaintiffs*<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>        *Defendants*<br><br>        and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>        *Defendant-Intervenor.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. 23-1204<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The Parties, by and through their undersigned counsel, hereby submit a Joint Status Report setting forth proposed next steps in this matter.

On November 27, 2023, the parties submitted a joint status report, ECF No. 26, stating that Plaintiffs intended to file a motion for leave to file a supplemental complaint in this matter pursuant to Federal Rule of Civil Procedure 15(d), and that within 7 days after that filing the Parties would file a further status report setting forth their joint proposal for further proceedings.

On December 15, 2023, Plaintiffs filed the motion for leave to file the supplemental complaint, ECF No. 27. Defendant-Intervenor SpaceX intends to file an opposition to that motion, and Defendants have stated that they may file a responsive memorandum regarding the motion.

1

As such, and given the Holidays, the Parties propose that: (1) Defendants and Defendant-Intervenor file their responses to the Plaintiffs' motion by January 10, 2023, and Plaintiffs file a reply by January 17, 2023; and (2) within 7 days after the Court rules on Plaintiffs' motion, the Parties file a further status report setting forth their joint proposal for further proceedings.

December 21, 2023

Respectfully submitted,

TODD KIM

Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Matthew P. Rand (N.Y. Bar No. 4937157)
Sarah R. Ruckriegle (D.C. Bar No. 1658781)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (office)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*/s/ Tyler Welti*
Tyler Guy Welti
VENABLE LLP
101 California Street
Suite 3800
San Francisco, CA 94111
415-653-3750
Email: TGWelti@venable.com

Jay C. Johnson (D.C. Bar No. 487768)
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
202.344.4000
jcjohnson@venable.com

2

*Counsel for Intervenor-Defendant Space
Exploration Technologies Corporation*

/s/ Jared Margolis
Jared M. Margolis (*pro hac vice*)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
(802) 310-4054
jmargolis@biologicaldiversity.org

*Counsel for Plaintiffs*