UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>*Defendants*<br><br>and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>*Defendant-Intervenor.* | Civil Case No. 23-1204-CJN |

**PLAINTIFFS' NOTICE OF RECENT AUTHORITY**

Plaintiffs hereby notify the Court of a recent ruling of the U.S. Court of Appeals for the Ninth Circuit that bears on Plaintiffs' pending motion for leave to file a supplemental complaint. *See* ECF No. 27. In *Cascadia Wildlands v. Scott Timber Co.*, __ F.4th __ (9th Cir. June 26, 2024) (Slip Opinion attached), the Ninth Circuit (per Judges McKeown, Bybee, and Bress) held that, in view of recent Supreme Court precedents (and contrary to Defendant-Intervenor's contention), the 60-day notice provision in the Endangered Species Act ("ESA") is a "claims-processing rule, not a jurisdictional predicate." Slip Op. at 15. Hence, a purported failure to provide such notice can be waived by the party that would otherwise be entitled to receive it. *Id*. at 16. Here, as Plaintiffs have explained, the Federal Defendants (the only parties who could be entitled to receive such notice for any alleged violation of section 7 of the ESA) have not raised any issue

1

#

regarding the adequacy of notice concerning their compliance with the ESA (or any argument regarding the need for such notice at all). *See* ECF No. 32 at 20 n.9. Accordingly, even if notice was required for Plaintiffs to bring their claim against the Fish and Wildlife Service (it is not), and even if Plaintiffs had not otherwise provided more than sufficient notice (they have), there would still be no legal basis for disallowing Plaintiffs' supplemental ESA claim.

      The SpaceX activities, as authorized by FAA and FWS, are continuing to cause grave damage to the environment, including to federally protected wildlife.[1] Plaintiffs respectfully request that their pending motion be granted so that this litigation can move forward.

Respectfully submitted this 8th day of July, 2024.

                                      /s/Eric Glitzenstein
                                      Eric R. Glitzenstein
                                      Center for Biological Diversity
                                      1411 K St. NW, Ste. 1300
                                      Washington, D.C.  20005
                                      Tel: (202) 849-8401
                                      Email: eglitzenstein@biologicaldiversity.org
                                      *Counsel for Plaintiffs*

---

[1] https://www.nytimes.com/2024/07/07/us/politics/spacex-boca-chica-takeaways.html?unlocked_article_code=1.5U0.bE34.l2FviNJyKv6v&smid=url-share; https://www.nytimes.com/2024/07/07/us/politics/spacex-wildlife-texas.html?smid=nytcore-ios-share&referringSource=articleShare.

#