UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>*Defendants*<br><br>and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>*Defendant-Intervenor.* | Civil Case No. 23-cv-1204-CJN |

**JOINT STATUS REPORT**

Pursuant to the Court's December 27, 2023 Minute Order, the Parties hereby set forth their status report and separate proposals for further proceedings.

In its July 30, 2024 Minute Order, the Court denied without prejudice Plaintiffs' Motion for Leave to File a Supplemental Complaint. The Minute Order further provides that "[w]hile Plaintiffs can add claims in this case based on events that took place after the date of the original complaint, the most efficient and cohesive way to do so would be for Plaintiffs to file a single comprehensive pleading (likely an amended complaint) that supersedes the complaint. Plaintiffs shall file any such pleading on or before August 19, 2024."

Although the Parties agree that, in view of this Court's Order, Plaintiffs should file an amended complaint that supersedes the original complaint, they are not in agreement as to the

appropriate next steps in this litigation. Accordingly, the Parties set forth their respective positions as follows:

**Plaintiffs**: In Plaintiffs' view, the unequivocal terms of the Court's Minute Order provide for the filing of a superseding amended complaint by August 19. Had the Court intended that Plaintiffs also file another motion for leave, the Court presumably would have said so. Further, a motion for leave could result in needless delay now that the Court has provided clear instructions as to how the case should proceed. Plaintiffs therefore propose that they file an amended complaint by no later than August 19 and that Federal Defendants and Defendant-Intervenor file their responsive pleadings by September 13. Plaintiffs note that this proposal is consistent with Federal Defendants' suggestion for further proceedings that was conveyed to the parties following the Court's July 30 Minute Order.

**Federal Defendants:** Federal Defendants take no position on the appropriate interpretation of this Court's July 30 Minute Order, but believe that the most efficient way for this case to move forward is for Plaintiffs to file an amended complaint by August 19, 2024 and that they and Defendant-Intervenor to file their respective responsive pleadings by September 13, 2024.

Once Federal Defendants have had an opportunity to review the amended complaint they will be better positioned to determine: (1) whether the current administrative record needs to be amended, changed, or supplemented to account for Plaintiffs' new allegations; and (2) assuming the record needs to be altered in some form, the timeframe for doing so.  Federal Defendants further propose that the Parties jointly file by September 27, 2024 a status report and proposed next steps for lodging the updated administrative record.  As with the parties July 21, 2023 joint status report (ECF No. 19), this schedule should include deadlines for: (1) lodging the updated

administrative record; (2) Plaintiffs to challenge the contents of the administrative records; (3) Defendants to oppose Plaintiffs' challenge; (4) Plaintiffs' reply in support of their challenge; and (5) filing a proposed briefing schedule for cross motions for summary judgment, in the event Plaintiffs choose not to challenge the updated administrative record.

**Defendant-Intervenor:** Plaintiffs should follow the Rules of Civil Procedure in seeking to amend their complaint. Under Rule 15(a), amending the complaint requires Plaintiffs to either have the parties' written consent or file a motion seeking the Court's leave. Nothing in the Court's July 30 order overrides those rules or preemptively grants a motion to amend. Defendant-Intervenor has advised Plaintiffs that it cannot know whether it consents until it sees the proposed amended complaint, and it reserves the right to oppose amendment. Thus, Rule 15 requires Plaintiffs to file a motion. Defendant-Intervenor proposes that responsive pleadings be due September 13 or 21 days after the order granting leave to amend, whichever comes later.

Respectfully submitted this 6th day of August, 2024.

|  |  |
|---|---|
| */s/ Eric Glitzenstein* | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>*/s/ Gregory M. Cumming* |
| Eric R. Glitzenstein<br>Center for Biological Diversity<br>1411 K St. NW, Ste. 1300<br>Washington, D.C. 20005<br>Tel: (202) 849-8401<br>eglitzenstein@biologicaldiversity.org<br><br>*Counsel for Plaintiffs* | Gregory M. Cumming (D.C. Bar 1018173)<br>Matthew P. Rand (N.Y. Bar 4937157)<br>Sarah R. Ruckriegle (D.C. Bar 1658781)<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>150 M St., N.E.<br>Washington, D.C. 20002<br>Tel: (202) 305-0457 (office)<br>gregory.cumming@usdoj.gov<br><br>*Counsel for Federal Defendants*<br><br>*/s/Tyler G. Welti*<br>Tyler G. Welti (D.C. Bar No. 1015691)<br>VENABLE LLP<br>101 California St. Suite 3800<br>San Francisco, CA 94111<br>Phone: 415-653-3714<br>Fax: 415-653-3755<br>tgwelti@venable.com<br><br>Jay C. Johnson (D.C. Bar No. 487768)<br>VENABLE LLP<br>600 Massachusetts Ave., NW<br>Washington, DC 20001<br>Phone: 202-344-4698<br>Fax: 202-344-8300<br>jcjohnson@venable.com<br><br>*Counsel for Intervenor-Defendant* |