**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,
*et al.*,

               Plaintiffs,

    v.

FEDERAL AVIATION
ADMINISTRATION, *et al.*,
                Defendants,

   and

SPACE EXPLORATION TECHNOLOGIES
CORP.,
           Intervenor-Defendant.

Civil Action No. 1:23-cv-1204-CJN

**[PROPOSED] ORDER**

UPON CONSIDERATION of SpaceX's Motion to Dismiss Plaintiffs' Amended Complaint or, in the Alternative, for a More Definite Statement, and the briefs supporting and opposing that motion, it is hereby ORDERED that the Motion is GRANTED, and that Plaintiffs' claims for supplemental environmental review under the National Environmental Policy Act and for violations of Migratory Bird Treaty Act are dismissed. It is further ORDERED pursuant to Federal Rule of Civil Procedure 12(e) that Plaintiffs file a more definite statement of their legal claims in separate counts, consistent with Rule 10(b).

DATED: _____

_____
Honorable Carl J. Nichols
United States District Court Judge