**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) ) |
| *Plaintiffs* | ) ) |
| v. | ) ) |
| FEDERAL AVIATION ADMINISTRATION, *et al.*, | ) ) ) ) |
| *Defendants* | ) ) |
| and | ) ) |
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) ) |
| *Defendant-Intervenor*. | ) ) |

Civil Case No. 1:23-cv-1204-CJN

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant-Intervenor's Motion to Dismiss Plaintiffs' First Amended Complaint or, in the Alternative, for a More Definite Statement, and the briefs supporting and opposing that motion, it is hereby ORDERED that the Motion is DENIED.

DATED: _____          _____

　　　　　　　　　　　　　　　　　　　Honorable Carl J. Nichols
　　　　　　　　　　　　　　　　　　　United States District Court Judge