UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    *Plaintiffs*<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>    *Defendants*<br><br>    and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    *Defendant-Intervenor*. | Civil Case No. 23-cv-1204-CJN |

**JOINT STATUS REPORT**

Pursuant to the Court's August 16, 2024, Minute Order, the parties hereby set forth their status report and proposal for further proceedings.

On August 19, 2024, Plaintiffs filed their First Amended Complaint (FAC) (ECF No. 36). On September 13, 2024, Federal Defendants filed their Answer to the FAC (ECF No. 37), and Intervenor-Defendant SpaceX filed a Motion to Dismiss or for a More Definite Statement (ECF No. 38). Plaintiffs filed their Opposition to SpaceX's Motion on September 26, 2024 (ECF No. 39). SpaceX proposes a brief extension until October 9, 2024, to file a Reply brief given overlapping litigation deadlines and previously scheduled travel. Plaintiffs do not oppose that extension and Federal Defendants take no position on the request to extend the briefing schedule on the Motion to Dismiss.

Federal Defendants have begun collecting materials for the administrative record so that the parties are in a position to move forward with this matter in a timely manner should the Court deny the Motion to Dismiss. The final content of the record, including whether any supplement to the existing record is necessary, will of course depend on how the Court resolves the pending Motion.

Therefore, it is proposed that (1) Intervenor-Defendant SpaceX will file its Reply in support of its Motion to Dismiss or for a More Definite Statement (ECF No. 38) by October 9, 2024; and (2) within 10 days of the Court's ruling on the Motion to Dismiss, the Parties will file a status report with proposed next steps. As with the parties' July 21, 2023, joint status report (ECF No. 19), this schedule should include, as necessary, deadlines for: (1) lodging the updated administrative record; (2) Plaintiffs' challenge to the contents of the administrative records; (3) Defendants' opposition to Plaintiffs' challenge; (4) Plaintiffs' reply in support of their challenge; and/or (5) a proposed briefing schedule for cross motions for summary judgment.

Respectfully submitted this 26th day of September 2024.

*/s/ Jared Margolis*
Jared Margolis (pro hac)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
(802) 310-4054
jmargolis@biologicaldiversity.org
*Counsel for Plaintiffs*

*/s/ Tyler G. Welti*
Tyler G. Welti (D.C. Bar No. 1015691)
VENABLE LLP
101 California St. Suite 3800
San Francisco, CA 94111
Phone: 415-653-3714
Fax: 415-653-3755
tgwelti@venable.com

Jay C. Johnson (D.C. Bar No. 487768)
VENABLE LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
Phone: 202-344-4698
Fax: 202-344-8300
jcjohnson@venable.com

*Attorneys for Intervenor-Defendant Space Exploration Technologies Corporation*


TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Matthew P. Rand*
Gregory M. Cumming (D.C. Bar No. 1018173)
Matthew P. Rand (N.Y. Bar No. 4937157)
Sarah R. Ruckriegle (D.C. Bar No. 1658781)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (office)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Federal Defendants*

3