IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br>        Defendants,<br><br>and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br>        Intervenor-Defendant. | Civil Action No. 1:23-cv-1204-CJN |

**INTERVENOR-DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

As explained in the parties' recent joint status report, SpaceX seeks a short extension of the time it has for filing a reply in support of its motion to dismiss. That reply is now due October 3. SpaceX asks for an extension until October 9. This extension is necessary because of overlapping litigation deadlines in other cases and previously scheduled travel. Plaintiffs do not oppose SpaceX's extension request, and Federal Defendants take no position on the request.

For these reasons, SpaceX asks that the deadline for the reply in support of its motion to dismiss be extended to October 9, 2024.

Dated: October 1, 2024						Respectfully submitted,

/s/ Tyler G. Welti
Tyler G. Welti (D.C. Bar No. 1015691)
VENABLE LLP
101 California St. Suite 3800
San Francisco, CA 94111
Phone: 415-653-3714
Fax: 415-653-3755
tgwelti@venable.com

Jay C. Johnson (D.C. Bar No. 487768)
VENABLE LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
Phone: 202-344-4698
Fax: 202-344-8300
jcjohnson@venable.com

*Attorneys for Intervenor-Defendant Space Exploration Technologies Corporation*