IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br>　　　　Defendants,<br><br>　and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br>　　　　Intervenor-Defendant. | Civil Action No. 1:23-cv-1204-CJN |

**[PROPOSED] ORDER**

Upon consideration of SpaceX's Unopposed Motion for an Extension of Time, it is hereby ORDERED that the motion is GRANTED and that SpaceX's reply in support of its motion to dismiss shall be filed on or before October 9, 2024.

DATED: _____　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Honorable Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge