UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br><br> *Defendants* <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Defendant-Intervenor*. | Civil Case No. 1:23-cv-1204-CJN <br><br> **DECLARATION OF JUAN BENITO MANCIAS** |

I, Juan Mancias, declare as follows:

1. My name is Juan Benito Mancias. I have personal knowledge of the matters asserted in this declaration and if called upon to testify would state the same. The information in this declaration is based on my personal experience and my review of publicly available information.

2. I give this declaration in support of litigation challenging the Federal Aviation Administrations' (FAA) failure to comply with the National Environmental Policy Act (NEPA) regarding the permitting of SpaceX's Starship/Superheavy launch program at Boca Chica, Texas.

1

3.  I am a member of the Carrizo/Comecrudo Nation of Texas (the "Tribe"), a Texas nonprofit membership organization with over 1,600 registered members, dedicated to serving the cultural, social, educational, spiritual, linguistic, economic, health, and traditional needs of its members and descendants of the Carrizo/Comecrudo people and other indigenous or Native American groups. The Tribe's mission is to preserve, maintain, protect, and offer services to allow tribal communities to overcome the erasure of the Original People of Texas. The Tribe promotes wellness and health by providing services in times of crisis. The Tribe seeks to protect ancestral lands and relatives and to honor their ancestors. The Tribe is dedicated to the preservation and welfare of Carrizo/Comecrudo people, and works to maintain and preserve our language, culture, and traditions. We also work to educate people about our history and to bring a better understanding of our connectedness to the natural order that we are a part of.

4.  I am currently the Chairman (hereditary leader) of the Tribe, and I have been the Chairman since 1988 when my grandfather (the prior Chairman) passed away. As the Chairman, I work to retain the tribal identity by maintaining our connection to the land, since it is our belief that we are the land and the land is us. I therefore organize ceremonies to honor our ancestors and work to preserve our heritage.

5.  I have authored two books about the culture and history of native people: "So your Grandma is NDN, and you don't like controversy"—A conglomeration of my writings about maintaining and preserving an Indigenous Identity and connections with our ancestors; and "Sounds of oppression"—a book of poetry exploring our history and the experience of my people. Through my work I educate about appropriation of native lifeways and attempts to erase our people and history and appropriate our lands and lifeways.

6.      Boca Chica Beach and the area surrounding the beach are sacred to me and the Carrizo/Comecrudo People, and vital to our ancestral traditions. The Tribe regularly holds ceremonial life ways at Boca Chica Beach. These ceremonies take place during the Quarter days (the equinoxes and solstices), and Cross-Quarter days (the midpoint between each solstice and equinox, such as mid-summer day), and typically involve between 20 and 30 of the Tribe's members, during which the members leave offerings of tobacco and pemican for ancestors at the beach. We intend to continue holding such ceremonies at these significant times into the future to honor our ancestors and our history.

7.      Boca Chica is considered by the Tribe to be the actual birthing place of our first woman and is therefore a central part of our creation story. Indeed, many of the Tribe's prayers and ceremonies are connected to the Boca Chica area and its wildlife. The ocelot and many of the birds found in the area (including cranes, herons, and plovers) are sacred animals to the Tribe, and many of our ancestral clans were named for these animals. Other animals found in the area, such as pollinators, coyotes, and deer, are part of our story and history. Any harm to the habitat of Boca Chica therefore adversely affects my and the Tribe's spiritual and religious interests in the area.

8.      Access closures (including of the roads and trails to access Boca Chica Beach and the surrounding area) to accommodate SpaceX have adversely impacted the Tribe's ability to hold their traditional ceremonial life ways and leave offerings for our ancestors. For example, last Easter (2023) I brought a group of Tribal members to visit Boca Chica beach in order to give offerings, and to sing songs to our ancestors and other nations. We were prevented, however, from accessing the area due to a closure to accommodate SpaceX.

9. Over the past few years, I have been prevented from accessing Boca Chica beach to perform ceremonial lifeways at vital times in at least three instances, including in October of 2022 when I went to perform a moon ceremony. The frequent closures of the area—a space sacred to me—have therefore affected my ability to leave offerings to my ancestors and continue my traditions. Participating in activities that are spiritually sacred to me depends upon my ability to access Boca Chica Beach; therefore, the closures directly affect my cultural, social, and spiritual interest in the area.

10. Throughout my life I have visited the Boca Chica beach area in the vicinity of SpaceX not only to perform ceremonial lifeways, but also for recreation. In the past 6 months, I visited the area at least 6 times and would have gone more if I had not been prevented from doing so by closures for SpaceX activities. When I visit the area, I usually go around the mouth of the Rio Grande River and north up the beach in the vicinity of the SpaceX launch facility – the area that is especially sacred to my people. I enjoy birdwatching and looking for animals, including looking for nesting migratory birds and hummingbirds. I enjoy viewing the plovers in the area, which the Tribe has a connection with: one of our clans is named after plovers, and as migratory birds they teach us about not overusing an area and draining it of its resources, but moving around to reduce our impact.

11. Since the SpaceX launch facility was developed, I have noticed a significant decrease in the wildlife of the area, including animals that are sacred to the Tribe. I have also seen extensive harm to the habitat surrounding the facility from SpaceX's activities, including from erosion due to construction and burning of the llomas habitat to clear land as well as harm from explosions and debris. I have also seen that the area is continually lit up with bright lighting by SpaceX, which harms the wildlife and affects my ability to view the milky way (where our

ancestors are) when I visit for ceremonies. All of the impacts directly affect my aesthetic, recreational, cultural and spiritual interests in the area.

12. Even though it seems that SpaceX somehow schedules many access closures to coincide with ceremonial dates for the Tribe—thereby directly affecting our ability to access the area to perform these ceremonies—I have *never* been contacted by SpaceX or the FAA regarding the impacts of these closures on the Tribe. I would expect them to have contacted me as the designated Chairman of the Tribe, but I have never been contacted at all to discuss these impacts or how they could be avoided.

13. I am aware that the FAA did not undertake a full environmental impact statement (EIS) for the Starship/Superheavy Launch Program pursuant to NEPA, but rather found that SpaceX's activities would not have a significant impact on the environment. That is not consistent with my experience. Rather, SpaceX's activities have already, and are continuing, to have significant adverse impacts on the wildlife habitat and my ability to perform ceremonies to honor my ancestors. I do not believe that the FAA has adequately considered these important impacts of SpaceX's activities.

14. The FAA's failure to produce an EIS harms my interests because the agency did not undertake a full analysis of the environmental and social impacts that SpaceX is causing and is likely to continue to cause, and therefore did not require sufficient mitigation to address those impacts, such as working with the Tribe to avoid scheduling closures when we need to perform ceremonies. If the Plaintiffs were to prevail in this litigation, significantly more information and analysis of the impacts of SpaceX's activities would be made available to me, allowing me to better protect my interests in the area. Furthermore, if the FAA were required to produce an EIS,

it is likely that more mitigation would be imposed to address the impacts of the launch program, thereby protecting my interests in the Boca Chica area and the wildlife that depend on it.

    I hereby declare under penalty of perjury pursuant to the laws of the United States that the above is true and correct to the best of my knowledge.

    Executed on November __18 2024.

    Tribal Chair
    Juan Benito Mancias