PARTIAL UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>*Defendants*<br><br>and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>*Defendant-Intervenor.* | Civil Case No. 23-1204 |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's November 21, 2024 Minute Order, Defendants move to extend their time to respond to Plaintiffs' partial motion for summary judgment, which is currently due January 31, 2025.

Defendants seek a 21-day extension of time, until February 21, 2025, to file their cross-motion for summary judgment and opposition to Plaintiffs' motion. Good cause supports the requested extension because Defendants' counsel have been obligated to other matters, including multiple emergency briefings over the last two weeks, that have impeded their ability to prepare Defendants' response in this matter.

In addition, the Court's November 21 Minute Order set forth the remainder of the briefing schedule for Plaintiffs' partial motion for summary judgment. The Parties have conferred and propose that the Court modify the briefing schedule as follows to accommodate Defendants' requested extension:

- Defendants' (and Intervenors') Response to Partial Motion for Summary Judgment: **Feb 21, 2025**

- Plaintiffs' Reply in Support of Partial Motion for Summary Judgment: **April 4, 2025**

- Defendants' (and Intervenors') Reply in Support of Partial Cross-Motion for Summary Judgment: **May 2, 2025**

Plaintiffs and Defendant-Intervenor, through counsel, consent to the relief requested in this Motion.

Respectfully submitted this 14th day of January, 2025,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Matthew P. Rand (N.Y. Bar No. 4937157)
Sarah R. Ruckriegle (D.C. Bar No. 1658781)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (office)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Defendants*