IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br>    Plaintiffs,<br><br> v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br>    Defendants,<br><br> and<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br>    Intervenor-Defendant. | Civil Action No. 1:23-cv-1204-CJN |

**JOINT MOTION TO RESCHEDULE HEARING ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

The Parties jointly request and respectfully move to reschedule the hearing on their Cross-Motions for Partial Summary Judgment (Dkts. 45, 48, 49), which is currently set for June 18, 2025.

The briefing on these Motions was completed by May 20, 2025. *See* Dkts. 52, 55, 56. On June 2, 2025, the Court set a hearing on the Motions for June 18, 2025. Dkt. *See* Jun. 2, 2025 Minute Order. The Parties promptly met and conferred regarding their availability and confirmed that lead counsel for Plaintiffs and lead counsel for Intervenor-Defendant Space Exploration Technologies Corp. have scheduling conflicts with the current hearing date.

Lead counsel for Plaintiffs has a motion to dismiss deadline the week of June 18, 2025, and pre-planned travel scheduled for June 18, 2025. Lead counsel for Intervenor-Defendant has pre-planned international travel from June 10 through June 20, 2025. The Parties submit that these previously scheduled, court-related and personal scheduling conflicts present good cause for

rescheduling the hearing on the Cross-Motions for Partial Summary Judgment.

Pursuant to Paragraph 7 of the Court's Standing Order, the Parties propose the following four hearing dates at a time convenient for the Court:

(1) July 23, 2025;

(2) July 24, 2025;

(3) July 29, 2025;

(4) July 30, 2025.

If the Court is unavailable on any of the proposed dates, the Parties respectfully request that the hearing be reset to a date after July 30, 2025, because counsel for Federal Defendants have a previously scheduled trial and hearings before July 23, 2025.

Dated: June 3, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Matthew P. Rand (N.Y. Bar No. 4937157)
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (office)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Defendants*

/s/ Tyler Welti
Tyler Welti (D.C. Bar No. 1015691)
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3714
415.653.3755 (fax)
tgwelti@venable.com

Jay C. Johnson (D.C. Bar No. 487768)
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 21
202.344.4698
jcjohnson@venable.com

*Counsel for Intervenor-Defendant Space Exploration Technologies Corp.*


/s/ Jared Margolis
Jared M. Margolis (pro hac vice)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
(802) 310-4054
jmargolis@biologicaldiversity.org

*Counsel for Plaintiffs*