# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br>         Defendants, <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br>         Intervenor-Defendant. | Civil Action No. 1:23-cv-1204-CJN |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Reschedule Hearing on Cross-Motions for Partial Summary Judgment ("Motion") and for good cause shown, **IT IS HEREBY ORDERED** that the Parties' Motion is **GRANTED**, and the June 18, 2025 hearing on the Cross-Motions for Partial Summary is rescheduled to July __, 2025, at _____ am/pm.

Date:_____

                                                              _____
                                                              Carl J. Nichols
                                                              United States District Court Judge