# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) ) |
| *Plaintiffs* | ) ) ) |
| v. | ) ) |
| FEDERAL AVIATION ADMINISTRATION, *et al.*, | ) ) ) ) |
| *Defendants* | ) ) ) |
| and | ) ) ) |
| SPACE EXPLORATION TECHNOLOGIES CORP. | ) ) ) ) |
| *Defendant-Intervenor*. | ) ) |

Civil Case No. 23-1204

## NOTICE OF FILING JOINT APPENDIX

Pursuant to Local Civil Rule 7(n), the Parties hereby file an appendix containing copies of those portions of the administrative record relied on in the Parties' dispositive briefing.

Respectfully submitted this 17th day of May, 2025,

                ADAM R.F. GUSTAFSON
                Acting Assistant Attorney General
                United States Department of Justice
                Environment & Natural Resources Division

                */s/ Gregory M. Cumming*
                Gregory M. Cumming (D.C. Bar No. 1018173)
                Matthew P. Rand (N.Y. Bar No. 4937157)
                Environment & Natural Resources Division
                Natural Resources Section
                150 M St., N.E.

Washington, D.C. 20002
(202) 305-0457 (office)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Defendants*