Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| Bates Beg | Bates End | Document | Pages Cited |
|---|---|---|---|
| FAA00000535 | FAA00000535 | Beach Access Closures | FAA_535 |
| FAA00000698 | FAA00000699 | SpaceX Starship_Super Heavy Launch Vehicle Prog… | FAA_699 |
| FAA00001815 | FAA00001848 | Center for Biological Diversity Comments on Spa… | FAA_1815-1848 |
| FAA00002962 | FAA00003089 | RE_ Center for Biological Diversity Comments on…(6) | FAA_2964<br>FAA_3022 |
| FAA00003260 | FAA00003262 | Re_ Draft Programmatic Environmental Assessment…(3) | FAA_3260-3262 |
| FAA00003725 | FAA00003750 | Comment of LRGVSC on SpaceX Draft PEA | FAA_3726<br>FAA_3737-3738 |
| FAA00003973 | FAA00004026 | Space exploration=Endangered wild life and trib… | FAA_3973-3974 |
| FAA00004080 | FAA00004104 | Sierra Club Comment Letter on the Draft PEA for… | FAA_4082<br>FAA_4088-4090 |
| FAA00007573 | FAA00007577 | Memorandum of Agreement between SpaceX and TPWD regarding Boca Chica State Park | FAA_7573-7577 |
| FAA00009261 | FAA00009265 | SpaceX Commercial Space Transportation License No. VOL-23-129 | FAA_9261-9265 |
| FAA00009266 | FAA00009270 | Commercial Space Transportation Vehicle Operator License for the SpaceX Starship-Super Heavy Vehicle - License No. VOL 23-129 | FAA_9266-9269 |
| FAA00009271 | FAA00009306 | Executive summary of the 2014 EIS | FAA_9282<br>FAA_9287<br>FAA_9290<br>FAA_9297<br>FAA_9304 |
| FAA00009307 | FAA00009324 | November 2014 written re-evaluation of the 2014 EIS | FAA_9307-9324 |
| FAA00009325 | FAA00009387 | October 2017 written re-evaluation of the 2014 EIS | FAA_9325-9387 |
| FAA00009388 | FAA00009410 | May 2019 written re-evaluation of the 2014 EIS | FAA_9388-9410 |
| FAA00009434 | FAA00009438 | August 2019 addendum to the May 2019 written re-evaluation of the 2014 EIS | FAA_9434-9438 |
| FAA00009439 | FAA00009441 | Second addendum to the May 2019 written re-evaluation of the 2014 EIS | FAA_9439-9441 |
| FAA00009484 | FAA00009493 | Third addendum to the May 2019 written re-evaluation of the 2014 EIS | FAA_9484 |

Case 1:23-cv-01204-CJN   Document 63-1   Filed 06/17/25   Page 2 of 11

Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| | | | |
|---|---|---|---|
| FAA00009550 | FAA00009700 | Signed copy of the Draft Programmatic Environmental Assessment (PEA) for the SpaceX Starship/Super Heavy Launch Vehicle Program, Section 508 compliant | FAA_9641 |
| FAA00009796 | FAA00009973 | USFWS final biological and conference opinion (BCO) on issuance of experimental permit and/or operator license for Starship/Super Heavy Launch Vehicle Program at Boca Chica | FAA_9876-9973 |
| FAA00009974 | FAA00010156 | Final Programmatic Environmental Assessment for the SpaceX Starship/Super Heavy Launch Vehicle Program at the SpaceX Boca Chica Launch Site in Cameron County, TX - 508 compliant<br>**(Duplicate PEA - FAA00011354-FAA00011536)** | FAA_9975<br>FAA_9977-9979<br>FAA_9983-9990<br>FAA_9998<br>FAA_10002<br>FAA_10004-10010<br>FAA_10016<br>FAA_10019-10020<br>FAA_10022-24<br>FAA_10038-10039<br>FAA_10041-10046<br>FAA_10048<br>FAA_10050<br>FAA_10054-10088<br>FAA_10100-10102<br>FAA_10109<br>FAA_10111<br>FAA_10113-10117<br>FAA_10120<br>FAA_10122<br>FAA_10124<br>FAA_10126<br>FAA_10128<br>FAA_10130<br>FAA_10142<br>FAA_10144 |

Case 1:23-cv-01204-CJN   Document 63-1   Filed 06/17/25   Page 3 of 11

Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| | | | FAA_10155 |
|---|---|---|---|
| FAA00010295 | FAA00010334 | Mitigated Finding of No Significant Impact and Record of Decision for the SpaceX Starship/Super Heavy Launch Vehicle Program at the SpaceX Boca Chica Launch Site in Cameron County, Texas Signed Copy | FAA_10295-10334 |
| FAA00010527 | FAA00010645 | Dept. of Transportation Act Section 4 (f) Consultations | FAA_10527-10645 |
| FAA00010646 | FAA00010759 | Dept. of Transportation Act Section 4 (f) Consultations contd. | FAA_10699 |
| FAA00010809 | FAA00011353 | ESA Section 7 Consultation_ 508 Biological Assessment of SpaceX Starship/Super Heavy Launch Vehicle Program at SpaceX Boca Chica Launch Site | FAA_10865-10872 |
| | | | FAA_11263-11275 |
| FAA00011354 | FAA00011536 | Final PEA for SpaceX Starship Super Heavy at Boca Chica section 508 compliant | FAA_11354-11536 |
| FAA00011547 | FAA00011602 | Appendix B, Noise Assessment included with the Final PEA for Starship/Super Heavy at Boca Chica, Section 508 compliant | FAA_11547-11602 |
| FAA00011651 | FAA00012195 | Appendix D, Endangered Species Act Section 7 Consultation included with the Final PEA for Starship/Super Heavy at Boca Chica, Section 508 compliant | FAA_11708-11710 |
| | | | FAA_11712-11713 |
| | | | FAA_11725 |
| | | | FAA_11729 |
| | | | FAA_11909 |
| FAA00012196 | FAA00012314 | Appendix D, Department of Transportation Act Section 4(f) Consultation included with the Final PEA for Starship/Super Heavy at Boca Chica, Section 508 compliant | FAA_12258, 12885-86 |
| FAA00012347 | FAA00012384 | Appendix I, Responses to Public Comments included with the Final PEA for Starship/Super Heavy at Boca Chica, Section 508 compliant | |
| | | | FAA_12347-12384 |
| FAA00012387 | FAA00012391 | Appendix K, Memorandum of Agreement Between SpaceX and Texas Parks and Wildlife Department included with the Final PEA for Starship/Super Heavy at Boca Chica, Section 508 compliant | FAA_12387-12391 |
| FAA00013068 | FAA00013129 | 2014 EIS Record of Decision (ROD) | FAA_13068-13099 |

Case 1:23-cv-01204-CJN    Document 63-1    Filed 06/17/25    Page 4 of 11

Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| | | | |
|---|---|---|---|
| FAA00013130 | FAA00013131 | 2014 EIS ROD Federal Register Notice | FAA_13130 |
| FAA00013243 | FAA00013246 | MOA between SpaceX and TPWD re: Boca Chica State Park anomaly debris and debris removal activities | FAA_13243-13246 |
| FAA00013256 | FAA00013257 | 017a  20181212 SpaceX Texas Facility Design and Lighting Management Plan Meeting Notes--Redacted | FAA_13256-13257 |
| FAA00013274 | FAA00013277 | SpaceX Texas Launch Site 2020 Update Meeting notes. SpaceX PowerPoint presented at meeting followed by agency comments | FAA_13274-13277 |
| FAA00013292 | FAA00013312 | All Agency NEPA update meeting Agenda/notes sent via email. Main topics covered are the EA and potential for EIS, closure hours for the launch area and DOPAA comments. WR and Section 4(f) guidance also attached. | FAA_13294-13295 |
| FAA00014235 | FAA00014250 | Texas Parks and Wildlife Dept. comment matrix on SpaceX Starship/Super Heavy PEA | FAA_14240-14244<br>FAA_14246-14248 |
| FAA00026593 | FAA00028547 | Volume 5 of redacted public comments on the Draft PEA, 14000-15999 | FAA_26698-26699<br>FAA_27794-27795 |
| FAA00032703 | FAA00033588 | Volume 19 of redacted public comments on the Draft PEA, 18118-18615 | FAA_32740-32743<br>FAA_32766-32770 |
| FAA00035084 | FAA00035090 | Analysis of Newstead and Hill piping plover studies referenced in NGO comment letters and BiOp | FAA_35084-35090 |
| FAA00036291 | FAA00036682 | Final 2014 EIS - Volume I and Executive Summary | FAA_36301<br>FAA_36306<br>FAA_36321<br>FAA_36515 |
| FAA00038067 | FAA00038360 | 1050.1F Desk Reference | FAA_38067-38360 |
| FAA00039198 | FAA00039224 | Early draft of the SpaceX Boca Chica Launch Site Biological Monitoring Plan, with USFWS and SpaceX tracked comments. | FAA_39205 |
| FAA00039417 | FAA00039426 | Biological Assessment of fire that occurred on July 19, 2019 form launch operations | FAA_39417-39426 |
| FAA00039427 | FAA00039437 | Draft Anomaly Response Plan for Boca Chica Launch Site with Agency comments | FAA_39427-39437 |
| FAA00039556 | FAA00039566 | 2021 Annual Avian Biological Monitoring | FAA_39556-39566 |

Case 1:23-cv-01204-CJN   Document 63-1   Filed 06/17/25   Page 5 of 11

Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| | | | |
|---|---|---|---|
| FAA00039567 | FAA00039576 | This report provides new results of an analysis originally presented in a report "Piping Plover Abundance and Survival at Boca Chica, 2018-2021." The original report was referenced in the NGO comment letters and BiOp. | FAA_39567 |
| FAA00039652 | FAA00039664 | Lighting Management Plan, finalized with BiOp | FAA_39572- |
| | | | FAA_39652-39664 |
| FAA00040089 | FAA00040104 | Draft overview of Section 7 consultation history for the Boca Chica site from 2013-12-18 to 2022-04-22 | FAA_40103 |
| FAA00040105 | FAA00040123 | May 2022 revision of the SpaceX Boca Chica Launch Site Biological Monitoring Plan. This clean version does not contain any comments | FAA_40105 |
| | | | FAA_40109 |
| | | | FAA_40120-22 |
| FAA00040124 | FAA00040301 | Signed Final Biological Concurrence Opinion (BCO), reference #02ETCC00-2012-F-0186-R001, revised to include additional figure and Appendix D | FAA_40124 |
| | | | FAA_40173 |
| | | | FAA_40175 |
| | | | FAA_40178 |
| | | | FAA_40198-40202 |
| | | | FAA_40204 |
| | | | FAA_40215 |
| | | | FAA_40218 |
| | | | FAA_40221-40222 |
| | | | FAA_40224 |
| | | | FAA_40228-40230 |
| | | | FAA_40232-40237 |
| | | | FAA_40291-40294 |
| FAA00041086 | FAA00041287 | SpaceX Commercial Launch Site SpaceX Commercial Launch Site Biological Monitoring Summary: 2016-2020 | FAA_41086-41089 |
| FAA00043796 | FAA00043956 | Draft Final Biological Concurrence Opinion (BCO), reference #02ETCC00-2012-F-0186-R001 with tracked Agency comments | FAA_43854 |
| | | | FAA_43866 |
| | | | FAA_43869 |
| | | | FAA_43875 |
| | | | FAA_43885 |
| FAA00044237 | FAA00044238 | South Texas Burn Area Photograph | FAA_44238 |

Case 1:23-cv-01204-CJN     Document 63-1     Filed 06/17/25     Page 6 of 11

Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| | | | |
|---|---|---|---|
| FAA00044675 | FAA00044678 | Email from Randy Rees (SpaceX) to Bryan Winton providing pictures from the debris removal operation north of Highway 4. | FAA_44675-44677 |
| FAA00044963 | FAA00044977 | Stacey Zee sending Mary Orms a summary of the SpaceX Starship SN1 incident that occurred on 2/28/2020 | FAA_44963-44975 |
| FAA00044980 | FAA00044982 | Email from Stacey Zee (FAA) to Matthew Thompson (SpaceX) to inform him that the field site visit is scheduled for the following Thursday | FAA_44980-44982 |
| FAA00044986 | FAA00044987 | Email clarifying language in BO regarding take for turtles. | FAA_44986 |
| FAA00044991 | FAA00044992 | Email from Mary Orms (USFWS) to Stacey Zee (FAA) providing County Judge Trevino's issued order on March 31, 2020, for the temporary closure of a portion of State Highway 4, near the entrance of Boca Chica Beach, for anticpated launch activities for SpaceX | FAA_44991 |
| FAA00045021 | FAA00045021 | Email to Zee, Stacey (FAA) as an FYI on chance of debris in the refuge with operations | FAA_45021 |
| FAA00045112 | FAA00045113 | Email to Groom, Katy (SpaceX) confirming receipt of wording to address bird and vegetation surveys and habitat impact to ensure compliance | FAA_45112-45113 |
| FAA00045210 | FAA00045212 | Stacey Zee sending Matt Thompson the FAA letter to SapceX regarding EA versus EIS for the next phase of environmental review at the Boca Chica site | FAA_45211 |
| FAA00045258 | FAA00045260 | Memo to US Fish & Wildlife Service, Texas Parks & Wildlife Department, Texas General Land Office regarding continuation of shorebird research and monitoring in the Boca Chica/South Bay area | FAA_45258-45259 |
| FAA00045263 | FAA00045277 | Kacy Ray sending a letter from American Bird Conservancy for the FAA's scoping period for the SpaceX Boca Chica launch site EA | FAA_45264-45269 |
| FAA00045861 | FAA00045863 | Email between USFWS and TPWD discussing anomaly event on 2021-03-30, specifically response coordination and likely debris field | FAA_45861-45862 |
| | | | FAA_45949 |

Case 1:23-cv-01204-CJN   Document 63-1   Filed 06/17/25   Page 7 of 11
Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)
Joint Appendix

| | | | |
|---|---|---|---|
| FAA00045940 | FAA00046030 | May 2021 Draft Biological Assessment | FAA_45953 |
| | | | FAA_45955 |
| | | | FAA_45959-45961 |
| | | | FAA_46006 |
| | | | FAA_46013 |
| FAA00046031 | FAA00046103 | Jayson Hudson sending SpaceX USACE and State and Federal agencies comments regarding SpaceX's proposed expansion in Boca Chica, Texas | FAA_46038-46050 |
| | | | FAA_46052-46054 |
| | | | FAA_46056-46057 |
| | | | FAA_46066-46068 |
| | | | FAA_46091 |
| FAA00046104 | FAA00046105 | Email to Zee, Stacey (FAA) with BA mitigation measures information | FAA_46104 |
| FAA00046274 | FAA00046301 | Stacey Zee thanking Russell Hooton (TPWD) for sending TWPD's comments on the SpaceX Preliminary Draft Programmatic EA | FAA_46275 |
| | | | FAA_46278 |
| | | | FAA_46281-46282 |
| | | | FAA_46284-46285 |
| | | | FAA_46287 |
| | | | FAA_46290 |
| | | | FAA_46294 |
| | | | FAA_46298-46299 |
| FAA00046923 | FAA00046934 | Stacey Zee sending Matt Thompson the SpaceX PEA schedule and items remaining to push the Draft PEA | FAA_46923-46926 |
| FAA00047157 | FAA00047177 | Stacey Zee forwarding Katy Groom and Kelsey Condell comments received from TPWD related to the Draft PEA Site Plans | FAA_47161 |
| | | | FAA_47163 |
| | | | FAA_47166 |
| FAA00047302 | FAA00047315 | Mary Orms sending FAA, FWS, and SpaceX drafted/incomplete answers to questions on the SpaceX BA and questions regarding reasonable and prudent measures and terms and conditions | FAA_47305 |
| FAA00047507 | FAA00047510 | Stacey Zee forwarding an email from Michael Jansky (EPA) sending EPA Region 6's comments on the SpaceX PEA | FAA_47507-47510 |

Case 1:23-cv-01204-CJN   Document 63-1   Filed 06/17/25   Page 8 of 11

Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| FAA00047518 | FAA00047521 | Comment on the Draft PEA from an individual associated with the Sierra Club | FAA_47520 |
| FAA00048723 | FAA00048723 | Email to all Agencies participating in consultation with the FAA/AST on the SpaceX Boca Chica Review. The email contains the Administrative Draft (minus Section 4(f) of the Final Programmatic Environmental Assessment (PEA) for agency review as well as draft responses to DOI, TPWD, THC and TGLO comments on the Draft PEA | FAA_48723 |
| FAA00048785 | FAA00048843 | Email to Amy Hanson, FAA, containing the ACHP comments on the revised Programmatic Agreement. Included as an attachment is the revised PA with ACHP comments tracked. | FAA_48785-48786 |
| FAA00049039 | FAA00049041 | Email to Stacy Zee regarding updates to explosion and anomaly list. | FAA_49039 |
| FAA00049044 | FAA00049110 | Email with attached report to incorporate more recent data and addressed of the concerns about survey effort | FAA_49044-49054 |
| FAA00049126 | FAA00049134 | Email from Stacy Zee stating attachment of updated section 4F letter; Section 4(f) excerpt of the Administrative Draft of the Final PEA and the associated letters to THC and USFWS | FAA_49126-49134 |
| FAA00049636 | FAA00050038 | Email to FAA, Passing along 2 of the 3 studies, will send the third study in a separate email | FAA_49638-49642<br>FAA_49663-49665 |
| FAA00050511 | FAA00050536 | Kelsey Condell sending Stacey Zee the fire damage assessment report from the 9/8/22 fire at Boca Chica, stating that Dr Hicks will return in two months to survey the area and provide an addendum to the report | FAA_50522-50536 |
| FAA00050559 | FAA00050592 | Kelsey Condell providing Amy Hanson with a summary of SpaceX's quarterly plan updates for Q3 of 2022, attaching a copy of the September 2022 updated Lightning Plan and September 27 2022 updated Anomaly Response Plan | FAA_50560-50592 |

Case 1:23-cv-01204-CJN    Document 63-1    Filed 06/17/25    Page 9 of 11
Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)
Joint Appendix

| | | | |
|---|---|---|---|
| FAA00050685 | FAA00050699 | Matt Thompson thanking Reagan Faught for sending over information related to the debris from the 11/14 static fire test, asking to be included on future SpaceX communications for conversations related to TPWD and USFWS, and asking to talk more about securing the launch mount/review the MOA in the future | FAA_50687 |
| FAA00050989 | FAA00050990 | FAA Letter notifying SpaceX that Super Heavy project will require additional environmental review, i.e. preparation of an Environmental Assessment | FAA_50989-50990 |
| FAA00050991 | FAA00050992 | Letter from FAA to SpaceX outlining the EA/EIS requirements for updated plan for launch operations at Boca Chica | FAA_50991-51992 |
| FAA00050993 | FAA00050994 | TPWD letter to FAA re: closure hours and 4(f) analysis. | FAA_50993-50994 |
| FAA00050995 | FAA00050997 | Letter from FAA to TPWD responding to TPWD letter re: closure hours and 4(f) | FAA_50996 |
| FAA00051013 | FAA00051017 | USFWS letter to FAA addressing NEPA and Section 4(f) review | FAA_51013-51017 |
| FAA00051073 | FAA00051109 | TPWD scoping comments | FAA_51073-51076<br>FAA_51087 |
| FAA00051173 | FAA00051174 | Letter to initiate government-to-government consultation, and to initiate consultation under Section 106 of the NHPA and to invite the following tribe to participate as a Consulting Party: Carrizo/Comecrudo Tribe of Texas | FAA_51173-51174 |
| FAA00051513 | FAA00051537 | Coastal Bend Bays & Estuaries Program comments on SpaceX/Super Heavy Draft PEA | FAA_51513-51537 |
| FAA00051551 | FAA00051585 | Defenders of Wildlife EA scoping comments on the Draft PEA for SpaceX Starship/Super Heavy | FAA_51551-51552<br>FAA_51572 |
| FAA00051625 | FAA00051626 | Western Hemisphere Shorebird Reserve Network (WHSRN) comments on the Draft PEA, addressed to Ms. Stacey Zee. | FAA_51625-51626 |
| FAA00051656 | FAA00051676 | Friends of the Wildlife Corridor comments on Draft PEA for SpaceX Starship/Super Heavy proposal | FAA_51656<br>FAA_51671-51673 |

Case 1:23-cv-01204-CJN     Document 63-1     Filed 06/17/25     Page 10 of 11

Center for Biological Diversity v. Fed. Aviation Admin., No. 23-1204 (D.D.C.)

Joint Appendix

| | | | |
|---|---|---|---|
| FAA00052304 | FAA00052319 | THC comments on Draft PEA | FAA_52304-52319 |
| FAA00052526 | FAA00052527 | Invitation to Carrizo/Comecrudo Tribe of Texas to consult during the ongoing Section 106 NHPS review process | FAA_52526-52527 |
| FAA00052626 | FAA00052628 | TPWD letter concurring with determination that an anomaly involving debris and debris-response on TPWD lands would result in temporary occupancy with de minimis impact predicated on inclusion of special conditions | FAA_52626 |
| FAA00052629 | FAA00052630 | USFWS response to letter from FAA dated 2022-04-27. USFWS concurs with FAA determination that launch operations will not result in constructive use of Refuge, and finding de minimis temporary physical occupancies under Section 4(f), provided all mitigation measures included in letter along with those in PEA, TPWD MOA are followed. | FAA_52629 |
| FAA00056556 | FAA00056568 | Effects of artificial night lighting on endangered ocelots (Leopardus paradalis) and nocturnal prey along the United States-Mexico border: A literature review and hyotheses of potential impacts | FAA_56556-56557 |
| FAA00056835 | FAA00056846 | Reduced genetic diversity and isolation of remnant ocelot populations occupying a severely fragmented landscape in southern Texas | FAA_56835<br>FAA_56841<br>FAA_56843 |
| FAA00056934 | FAA00056935 | Section 4(f) Determinations for SpaceX Proposed Launch Facility at Boca Chica Beach, Cameron County, Texas – Lower Rio Grande Valley National Wildlife Refuge (NWR). Personal communication via letter from B. R. Winton, Refuge Manager, Alamo, TX to S. Zee, Environmental Specialist, FAA/AST, Washington, DC. November 14 | FAA_56934-56935 |
| FAA00057631 | FAA00057762 | Order 1050.1F | FAA_57631-57762 |
| FAA00058581 | FAA00058612 | Request for Initiation of Informal Consultation under Section 7(a)(2) of the Endangered Species Act for for SpaceX Landing and Recovery Operations in the Atlantic Ocean, Gulf of | FAA_58581 |

| | | | |
|---|---|---|---|
| FAA00058581 | FAA00058612 | Species Act for for SpaceX Landing and Recovery Operations in the Atlantic Ocean, Gulf of Mexico, and Pacific Ocean | FAA_58604 |
| FAA00060232 | FAA00060292 | Monitoring Direct Effects of Delta, Atlas, and Titan Launches from Cape Canaveral Air Station | FAA_60232-60233 |
| | | | FAA-60275-60285 |
| FAA00064755 | FAA00064995 | Ecological Impacts of the Space Shuttle Program at John F. Kennedy Space Center, Florida | FAA_64755-64757 |
| | | | FAA_64766 |
| FAA00065708 | FAA00065762 | MOD Shoeburyness & Pendone Noise and Vibration Study  Criteria for the Assessment of Potential Building Damage Effects from Range Activities | FAA_65708-65751 |
| FAA00066967 | FAA00067099 | Final Environmental Assesment and Finding of No Significant Impact for SpaceX Falcon Launches at Kennedy Space Center and Cape Canaveral Air Force Station | FAA_66967-66969 |
| | | | FAA_67016-67017 |
| | | | FAA_67069 |
| FAA00074900 | FAA00074901 | Appendix E Aerodynamic Data [Document Redacted In Full, Slip Sheet Included] | FAA_74900-74901 |
| FAA00076707 | FAA00201752 | Starship Entry Malfunction Trajectories (Monte Carlo) [Document Redacted In Full, Slip Sheet Included] | FAA_98730-98774 |
| | | | FAA_101124- |
| FAA00237332 | FAA00238013 | The July 1983 Supplemental Environmental Impact Statement for the Space Shuttle Program at Vandenberg Air Force Base, California | FAA_237332- |
| | | | FAA_237343-23734 |
| | | | FAA_237402-23740 |
| | | | FAA_237462 |
| FAA00238014 | FAA00238032 | A Finding of No Significant Impact (FONSI) for the October 2014 Environmental Assessment for the Space Exploration Technologies Vertical Landing of the Falcon Vehicle and Construction at Launch Complex 13 at Cape Canaveral Air Force Station, Florida (EA) | FAA_238014-23803 |