must be confirmed by the Service as an ocelot or jaguarundi. Unconfirmed detections will not count against the amount of take.

*Sea Turtles*
During sea turtle nesting season, it is Sea Turtle Inc.'s practice to conduct daily inspections of Boca Chica Beach, where Kemps' ridley, loggerhead, green, leatherback, or hawksbill sea turtles may lay eggs, and identify nests and collect eggs and bring them to a facility until they hatch. Sea Turtle Inc. then returns the hatchlings to Boca Chica Beach for release into the Gulf. Incidental take of adult sea turtles or nests, eggs, or hatchlings missed by Sea Turtle Inc.'s daily inspection of Boca Chica beach is expected as a consequence of the Proposed Action. Effects of the action that are reasonably certain to cause incidental take of one or more adult sea turtles or their missed nests, eggs, or hatchlings on Boca Chica beach are associated with increased noise, light, vibrations, and vehicle traffic that may kill, wound, or harm adult sea turtles using, or their missed nests and eggs, or hatchlings on, the beach. Killing or wounding of adult sea turtles or their missed nests, eggs would occur if increased security patrols or clean-up efforts on Boca Chica beach or increased public use of the beach connected with the Proposed Action cause a vehicle collision with a sea turtle adult, or missed nest, egg, or hatchling. Increased noise, light, and vibrations caused by the Proposed Action would harm sea turtles by degrading nesting and hatching habitat in ways that could lead to false crawls by adults seeking to nest on the beach or disorientation of hatchings that emerge from nests on the beach that increases their vulnerability to death by desiccation, exhaustion, or predation.

- Therefore, the Service estimates that no more than 2 individual adult Kemp's ridley sea turtles and 1 individual adult green, loggerhead, hawksbill or leatherback sea turtle would be taken by the proposed action via death or harm due to vehicular collisions or crushing by SpaceX security patrols or other SpaceX vehicles or machinery that may be necessary to use on the beach in the future.

The Service also estimated the amount or extent of incidental take of sea turtles caused by the Proposed Action using two surrogate metrics (false crawls and number of nests hatched from Boca Chica Beach) that are causally related to the take of individuals:
- (a) the number of documented false crawls by adults on Boca Chica beach as a surrogate for the number of adult sea turtles harmed through habitat degradation leading to injury by decreased reproductive output, and
- (b) the number of nests that hatch from Boca Chica beach (i.e., nests laid on Boca Chica beach that are not collected and relocated by Sea Turtle Inc.) as a surrogate for the number of hatchlings or eggs that may be killed or wounded by increased vehicle traffic or harmed by habitat degradation leading to injury by decreased survival.

The Service estimates take for each of the sea turtle species considered in this BCO as follows:
- Kemp's ridley sea turtle
  - False Crawls: Up to 15 false crawls documented by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO. This estimate is calculated based on the 11 false crawls documented by Sea Turtle, Inc. between 2017 and 2021 (5 years), averaged by year (i.e., 2.2 false crawls per year), rounded up to the nearest whole number (i.e., 3 false crawls per year), and multiplied by 5 years as the duration of

FAA00009896

this BCO (i.e., 3 false crawls per year multiplied by 5 years equals 15 false crawls over the duration of the BCO).

- o Nests Hatched: Up to 5 hatched nests documented by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO. This estimate is calculated based on the 71 nests documented and relocated by Sea Turtle, Inc. from Boca Chica beach between 2012 and 2021 (10 years), averaged by year (i.e., 7.1 nests per year), rounded up to the nearest whole number (i.e., 8 nests per year), and multiplied by 5 years as the duration of this BCO (i.e., 8 documented nests multiplied by 5 years equals 40 nests over the duration of the BCO). This estimate is then multiplied by 11 percent, which represents the amount of time each year that Boca Chica beach may be subject to access restrictions (i.e., 8,760 hours per year divided by 800 hours per year of access restrictions equals 11 percent), and then rounded up to the nearest whole number (i.e., 40 nests multiplied by 11 percent equals 4.4 nests, rounded up to 5 nests). The relative duration of the access restrictions relates to the amount of time in which biological monitors may miss sea turtle nesting attempts and fail to collect and relocate the eggs.

- Loggerhead sea turtle and green sea turtle
  - o False Crawls: For each species, up to 5 false crawls documented by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO. This estimate is based on the observation that while neither the loggerhead nor the green sea turtle was observed nesting on Boca Chica beach between 2012 and 2021, both species were documented nesting elsewhere within the Action Area. Nesting on nearby South Padre Island makes it more likely that nesting by one or both of these species on Boca Chica beach could be attempted in the future. The Service assumes that at least 1 false crawl per year by each species could be documented by Sea Turtle Inc. for each year of the BCO (i.e., 1 documented false crawl per species multiplied by 5 years).
  - o Nests Hatched: For each species, up to 2 hatched nests documented by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO. Neither loggerhead nor green sea turtles were observed nesting on Boca Chica beach between 2012 and 2021, but both species did nest elsewhere within the Action Area on nearby South Padre Island. The Service estimates the number of loggerhead or green sea turtle nests that may hatch from Boca Chica beach as approximately 50 percent of the number of estimated Kemp's ridley sea turtle nests, rounded down to the nearest whole number (i.e., 5 hatched nests multiplied by 50 percent equals 2.5 nests, rounded down to 2 nests).

- Hawksbill sea turtle and leatherback sea turtle
  - o False Crawls: For each species, up to 1 false crawl documented by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO. This estimate is based on the observation that neither species has ever been documented nesting on Boca Chica beach or elsewhere in the Action Area. However, both species have been documented nesting on South Padre Island outside of the Action Area and could use Boca Chica beach in the future.
  - o Nests Hatched: For each species up to 1 hatched nest documented by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO. This estimate is based on the observation that neither species has ever been documented nesting on Boca Chica beach or elsewhere in the Action Area. However, both species have

FAA00009897

been documented nesting on South Padre Island outside of the Action Area and could use Boca Chica beach in the future.

The Service acknowledges that each of the sea turtle species considered in this BCO has been documented nesting on South Padre Island and that the loggerhead and green sea turtles have nested on portions of South Padre Island that occur in the Action Area. Noise, light, and vibrations associated with the Proposed Action may be detected by individual sea turtles that use the portions of South Padre Island that occur within the Action Area. However, urban and commercial development and public use of the beaches on South Padre Island are a more proximate cause of noise, light, and vibration affecting sea turtles on South Padre Island, such that incidental take caused by the incremental effects of the Proposed Action is not reasonably certain to occur. Furthermore, none of the South Padre Island beaches will be affected by security patrols or beach clean-ups driving on the beach or the ground access restrictions that might cause biological monitors to miss sea turtle nesting attempts. Therefore, the Service estimates take of sea turtles caused by the Proposed Action in terms of nesting activities on Boca Chica beach only. Take of sea turtles that results from the monitoring, collection, and relocation of sea turtle nests is addressed by the enhancement of survival permits held by Sea Turtle Inc. It is not practicable to estimate or monitor the precise number of individual sea turtles (adults, hatchlings, or eggs) that are likely to be taken. First, not all nesting attempts (including false crawls) are likely to be detected by Sea Turtle Inc. since the loggerhead, green, leatherback and hawksbill sea turtles nest primarily at night and although the Kemp's Ridley sea turtles primarily nest during the day, some have been known to nest at night. Second, not all nests are certain to be located because natural factors (such as rainfall, wind, and tides) and human-caused factors (such as pedestrian and vehicular traffic) may obscure crawls and some nests laid on the beach could be destroyed by vehicle traffic before the eggs hatch. Third, the total number of hatchlings per undiscovered nest is unknown and the number of hatchlings that do not make it to the sea after hatching is unknown. Finally, the number of adult females that may avoid Boca Chica beach and be forced to nest in a less optimal location is also unknown.

The estimated amount of take using the surrogate metrics provides a clear standard for understanding when take has been exceeded. Estimated take would be exceeded in the following circumstances:
- More than 15 false crawls or more than 5 hatched nests of the Kemp's ridley sea turtle are detected by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO.
- More than 5 false crawls or more than 2 hatched nests of the loggerhead sea turtle or green sea turtle are detected by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO.
- More than 1 false crawl or more than 1 hatched nest of the hawksbill sea turtle or leatherback sea turtle are detected by Sea Turtle Inc. on Boca Chica beach over the duration of the BCO.
- More than 2 Kemp's ridley and 1 green, loggerhead, hawksbill or leatherback sea turtles are killed or injured by SpaceX vehicles conducting security patrols on the beach and any other SpaceX vehicles or machinery that may traverse the beach in the future.

The estimated quantities of take are based on detections of sea turtle nesting activities made by Sea Turtle, Inc. biological monitors under an approved monitoring plan. Since these estimates

FAA00009898

are based on the level of effort and methods prescribed by this monitoring plan, only detections of sea turtles by these biological monitors will count towards the estimated limits of take.

*Northern Aplomado falcon*
Incidental take of the northern aplomado falcon is expected as a consequence of the Proposed Action. Effects of the action that are reasonably certain to cause incidental take of one or more northern aplomado falcons are associated with habitat loss or modification in the form of noise, lighting, potential fires started by anomaly debris, and increased human activity that could (a) kill nestlings if they startle and fall from the nest or (b) injure individuals, including adults, if normal foraging activities are disrupted.

The Action Area typically contains two or three nesting pairs of northern aplomado falcons each year. Mated falcon pairs remain within their home range year-round, typically raise no more than 1 brood per season, and have an average brood size of approximately 2 young. These nesting pairs and their offspring would be exposed to effects of the action that could rise to the level of take. However, the Service does not expect that all of the individuals exposed to effects that cause take will actually be taken due to the distance between the known and potential falcon nesting sites and the VLA (i.e., where the most intense effects of the action would occur).

- Over the duration of this BCO, the Service estimates that no more than 2 adult northern aplomado falcons and three falcon chicks would be taken by harm, expressed as either actual death or injury of an individual, as a consequence of the Proposed Action.

Take would be exceeded if:
- More than 2 adult northern aplomado falcons are killed or injured.
- More 3 falcon chicks are found to have fallen from an active nest within the Action Area as a likely result of noise or increased human activity associated with the Proposed Action, anomaly debris or debris response activities, or fires started by anomaly debris.
- More than one active and previously successful northern aplomado falcon nest in the Action Area fails produce a clutch of eggs as a likely consequence of the Proposed Action (i.e., each of the two adults of the nesting pair would be taken via harm through injury expressed as reduced reproductive success).

Nest failures likely attributable to causes other than the Proposed Action would not be counted against the estimated take.

*Piping Plovers and Piping Plover Critical Habitat*
Incidental take of piping plovers is expected as a consequence of the proposed action. Effects of the action that are reasonably certain to cause incidental take of one or more piping plovers are associated with permanent habitat loss, temporary habitat loss, or habitat degradation. Permanent habitat loss would occur with development of land for purposes of the Proposed Action. Temporary habitat loss would occur with episodic modifications to the habitat that make it unavailable for use by piping plovers temporarily. Habitat degradation would occur with a reduction in the suitability or quality of the habitat due to the Proposed Action.

FAA00009899

Individual piping plovers exposed to such habitat loss or degradation may be killed, wounded, or harmed via impairment of essential behavior patterns, including breeding, feeding, or sheltering. The Service estimated the amount or extent of incidental take using the area of habitat loss or significant habitat modification as a surrogate for the number of piping plovers likely to be taken. This surrogate metric meets the regulatory requirements at 50 CFR 402.14(i)(1)(i) in that the surrogate metric is causally linked to the actual taking of piping plovers caused by the Proposed Action, as described below. It is not practicable to estimate or monitor the number of individual piping plovers likely to be taken (as described further below), and the surrogate metric sets a clear standard to determine if estimated take has been exceeded.

Permanent habitat loss is expected to occur at the VLA and at the parking lot under the Proposed Action. Expanded development at the VLA and at the parking lot would result in the loss of approximately 11 acres of unvegetated flats. This permanent habitat loss would permanently reduce the amount of feeding and roosting habitat available to piping plovers.

Temporary habitat loss or habitat degradation is expected to occur at locations within the rocket heat plume (i.e., a 0.6 mile radius around the VLA) and at locations where debris from anomalies may fall (i.e., within a 700-acre debris area). These areas partially overlap. Together, the rocket heat plume and the potential anomaly debris field are approximately 903.65 acres of land and coast. While the entire 903.65 acres of the rocket heat plume and potential anomaly debris field are within the boundary of piping plover critical habitat unit TX-1, the critical habitat designation does not include densely vegetated habitat within that boundary. The amount of piping plover habitat within the 903.65 acres of the rocket heat plume and potential anomaly debris field is 444.27 acres, as estimated by the extent of modeled land covers associated with estuarine aquatic beds, unconsolidated shore, water, and bare land shown in Figure 25. Excluding the 11 acres of habitat subject to permanently habitat loss, approximately 433.27 acres of piping plover habitat would be subject to temporary habitat loss and/or other habitat degradation from the Proposed Action.

Within the 0.6-mile rocket heat plume radius static fire, launch, and landing operations would create temporary habitat loss when the rocket heat plume briefly increases the air temperature above ambient conditions (estimated to be 90 degrees Fahrenheit). In addition, static fire, launch, and landings would increase the amount of noise and human activity impacting piping plover habitat in this area. Any piping plovers using habitat within the rocket heat plume radius would be expected to temporarily relocate to other habitat areas within their individual home ranges (which can be as large as 3,000 acres) due to increased heat and increased noise and human activity. This temporary habitat loss would occur during each static fire, launch, and landing and would likely last less no more than a few days. This would result in a temporary loss of feeding and roosting habitat available to piping plovers.

Anomalies are not planned but are possible consequences of commercial space launches. If an anomaly occurs near the VLA, temporary habitat loss would occur if debris lands on piping plover habitat or debris removal activities impact such habitat. Temporary habitat loss associated with anomalies, if they occur, would result from any debris footprint or any footprint associated with debris removal, such as ruts. The potential anomaly debris field is approximately 700 acres and partially overlaps with the 0.6-acre rocket heat plume radius. Debris falls and response activities could occur anywhere within this area. Although anomalies are not planned,

105

FAA00009900

piping plover habitat not converted to development could also be impacted by debris falls and response activities. For the purpose of this analysis, the Service assumes that temporary habitat loss associated with anomalies could impact the equivalent of all piping plover habitat in the anomaly debris field outside of the rocket heat plume (i.e., 36 acres) at least one time. All piping plover habitat within the 0.6-mile rocket heat plume radius is already assumed to experience permanent or temporary habitat loss as described above.

The 433.27 acres of temporary habitat losses are limited to a duration of no more than 800 hours under the Proposed Action each year, based on an assumption that the duration of static fire, launch, landing, and anomaly access restrictions approximate the time period in which increased noise, debris, and human activity, and heat plume disruptions would disrupt the feeding and sheltering activities of piping plovers.

Habitat degradation resulting from increased vegetation growth, including invasive or nonnative vegetation, in the wind tidal flats caused by potentially increased volumes of fresh stormwater or sediment discharged from the expanded development for the Proposed Action may occur. Ground surface disturbances (e.g., ruts) in piping plover habitat from debris footprints and the footprints of debris response activities may also cause increased vegetation growth by changing the microtopography of unvegetated flats. This could result in a reduction of the quality or suitability of feeding and roosting habitat used by piping plovers. Habitat degradation could impact any or all of the approximately 433.27 acres of piping plover habitat within the 0.6-mile rocket heat plume and potential anomaly debris field study area that was not permanently lost to development under the Proposed Action.

Given the site fidelity of piping plovers on their wintering grounds, it is not certain that piping plovers impacted by permanent habitat loss, temporary habitat loss, or habitat degradation would move to alternate wintering sites or modify their home range boundaries to replace the lost habitat resources. Thus, permanent habitat loss or temporary habitat loss or habitat degradation could reduce the fitness of the individuals that previously relied on the impacted habitat resources. The precise number of piping plovers either exposed to or actually injured as a consequence of this permanent habitat loss or temporary habitat loss or habitat degradation is not practicably determinable (as explained below).

Therefore, the Service estimates incidental take of the piping plover in an amount equivalent to (a) 11 acres of piping plover habitat permanently lost due to development of land for the Proposed Action, (b) the temporary loss and/or degradation of 433.27 acres of piping plover habitat from the rocket heat plume, potential anomalies, potential vegetation changes, and increased noise and human activity (approximately 399 acres within the rocket heat plume radius and 36 additional acres within the debris field study area). Temporary habitat losses are limited to no more than 800 hours under the Proposed Action each year, based on an assumption that the duration of static fire, launch, landing, and anomaly access restrictions approximate the time period in which increased noise, debris, and human activity, and heat plume disruptions would disrupt the feeding and sheltering activities of piping plovers. Other activities under the Proposed Action are not reasonably certain to rise to the level of take.

FAA00009901

This measure of incidental take is causally connected to the circumstances wherein at least some individual piping plovers are reasonably certain to be taken via killing, wounding, or harm through habitat loss or significant habitat modification.

The Service acknowledges that the effects of the Proposed Action may have other adverse consequences on piping plovers in the Action Area (e.g., increased noise and activity on the beach due to security patrols or biological monitoring; fires in non-habitat vegetated areas caused by anomalies). While these adverse effect pathways are not discountable, they are also not reasonably certain to cause the actual death or injury of one or more piping plover because individual birds will be alerted and will take flight to other areas of the beach or tidal flats. As described in the effects of the action, adverse consequences are either too speculative or the impacts not significant enough to be reasonably certain that they would cause actual death or injury.

It is not practicable to express incidental take as the number of individual piping plovers that are likely to be taken as a consequence of the proposed action. The number of piping plovers that use the areas where habitat loss or degradation will occur is not known with precision and the number varies by year (individuals are lost from and recruited into the population each year), season (the action area is used by migrating and wintering individuals), and day (individuals move within their home ranges to utilize available habitat resources). Prior surveys of nonbreeding piping plovers in the vicinity of Boca Chica Beach and the South Bay also document substantial variation in the number of individuals detected, including years prior to SpaceX activities in the area. No dead or wounded piping plovers have been detected in connection with biological monitoring and other activity monitoring for SpaceX activities. Piping plovers travel thousands of miles each year between breeding and wintering habitat areas and are exposed to numerous threats that could result in death or injury independent of the proposed action. Therefore, changes in the number of piping plovers detected at Boca Chica Beach and South Bay, even if precise counts could be practicably made, is not a reliable measure of individuals that are likely to be taken.

In contrast, the expression of incidental take in terms of the acres of habitat exposed to habitat loss or habitat modification from certain elements of the proposed action does set a clear standard for understanding if the amount of estimated take has been exceeded.

Take would be exceeded in the following circumstances:
- SpaceX exceeds the 11 acres of piping plover permanent habitat loss associated with new construction activities under the Proposed Action.
- SpaceX exceeds 800 hours of access restrictions under the Proposed Action in a given year.
- Change detection monitoring concludes, with field verification, that more than 0.1 acre of piping plover habitat within the combined 0.6-mile rocket heat plume radius and the potential anomaly debris field area has become densely vegetated and is a permanent loss of habitat as a result of the Proposed Action.

*Red Knot*
Incidental take of red knots is expected as a consequence of the proposed action. Effects of the action that are reasonably certain to cause incidental take of one or more red knots are the same

107

as those described for the piping plover (i.e., permanent or temporary habitat loss or habitat degradation). Individual red knots exposed to such habitat loss or modification may be killed, wounded, or harmed. Harm of individual red knots would be expressed as injury through decreased fitness and, therefore, decreased survivorship during migration to breeding grounds.

Given the similarity of effects leading to incidental take and the similarity of habitats used by piping plover and red knot in the Action Area, the Service applied the same surrogate metric and supporting rationale, and the same habitat-based estimate of incidental take described for piping plover to the red knot. The Service estimates incidental take of the red knot in an amount equivalent to the permanent loss of 11 acres of red knot habitat and the temporary loss and/or degradation of 433.27 acres of red knot habitat. Temporary habitat losses are limited to no more than 800 hours each year, based on an assumption that the duration of the ground access restrictions approximates the time period in which increased noise, human activity, and heat plume disruptions that would disrupt the feeding and sheltering activities red knots occur.

It is not practicable to express incidental take as the number of individual red knots that are likely to be taken as a consequence of the proposed action. The number of red knots that use the areas where habitat loss or significant habitat modification will occur is not known with precision and the number varies by year (individuals are lost from and recruited into the population each year), season (the action area is used by migrating and wintering individuals, as well as some potentially year-round residents), and day (individuals move within their home ranges to utilize available habitat resources). UTRGV researchers noted that the distribution of red knots in the vicinity of the VLA was erratic and unpredictable, that the species occurs at the site during narrow windows of time during the year. Red knot group sizes detected in the vicinity of the VLA vary from an average of 4.66 individuals per study area quadrant (UTRGV 2019) to a flock of 1,225 individuals (Pers. Comm., D. Newstead, Biologist, CBBEP, 2021). No dead or wounded red knots have been detected in connection with biological monitoring and other activity monitoring for SpaceX activities. Red knots travel thousands of miles each year between breeding and wintering habitat areas and are exposed to numerous threats that could result in death or injury independent of the proposed action. Therefore, changes in the number of red knots detected at Boca Chica Beach and South Bay, even if precise counts could be practicably made, is not a reliable measure of individuals that are likely to be taken.

As described for the piping plover, take of the red knot would be exceeded in the following circumstances:

- SpaceX exceeds the 11 acres of red knot permanent habitat loss associated with new construction activities under the Proposed Action.
- SpaceX exceeds 800 hours of access restrictions under the Proposed Action in a given year.

Change detection monitoring concludes, with field verification, that more than 0.1 acre of red knot habitat within the combined 0.6-mile rocket heat plume radius and the potential anomaly debris field area has become densely vegetated and is a permanent loss of habitat as a result of the Proposed Action.

FAA00009903

**EFFECT OF THE TAKE**

In the accompanying BCO, we have determined that the level of anticipated take is not likely to result in jeopardy to the ocelot, jaguarundi, northern aplomado falcon, piping plover, red knot, Kemp's ridley, green, loggerhead, hawksbill and leatherback sea turtles. Although we anticipate some incidental take to occur, the implementation of the conservation measures proposed should ultimately result in avoidance and minimization of adverse effects. We have also determined that there will be no adverse modification of piping plover critical habitat and proposed red knot critical habitat.

**REASONABLE AND PRUDENT MEASURES AND TERMS AND CONDITOINS**

As part of the project description, the FAA and/or SpaceX will implement measures to avoid and minimize impacts to the ocelot, jaguarundi, northern aplomado falcon, piping plover, red knot and sea turtles. The Service believes the following reasonable and prudent measures are necessary and appropriate to minimize the impact (i.e., amount or extent) of incidental take on these species and to monitor incidental take to ensure that the anticipated amount or extent is not exceeded:
1. Minimize the extent, severity, frequency, and/or likelihood of modifying habitat for the ocelot, jaguarundi, northern aplomado falcon, piping plover, red knot, and sea turtles.
2. Minimize the risk of vehicle collisions by project-related traffic with ocelots or jaguarundis.
3. Monitor and report on the implementation of project activities that cause incidental take and the conservation measures included in the project description.
4. Monitor and report on the abundance of the listed species addressed in this consultation.
5. Monitor and report on the condition of vegetation adjacent to the project boundary that contributes to habitat for the piping plover and red knot.
6. Establish a protocol to notify the Service of direct take of a federally threatened or endangered species.

**Terms and Conditions**

In order to be exempt from the prohibitions of section 9 of the Act, the FAA and/or SpaceX must comply with these terms and conditions, which implement the reasonable and prudent measures described above and outline required reporting/monitoring requirements. These terms and conditions are non-discretionary

1. FAA will ensure that any license or permit to SpaceX related to the Proposed Action will include a condition that SpaceX implement all of the terms and conditions of the BCO.

2. SpaceX will implement the conservation measures, many of which include related monitoring and reporting measures, described in the Proposed Action that address aspects of construction, operation, anomaly response, educational briefings, and other conservation measures and voluntary offsets. These measures minimize habitat modification, which can cause take via harm, for the ocelot, jaguarundi, northern aplomado falcon, piping plover, red knot, and/or sea turtles. These conservation measures require implementation, with updates as described, of certain facility and operational plans:
   a. Lighting Management Plan

FAA00009904

b. Fire Mitigation and Response Plan
c. Spill Prevention, Control, and Countermeasures Plan (SPCC)
d. Stormwater Pollution Prevention Plan (SWPPP)
e. Anomaly Response Plan
f. Access Restriction Notification Plan
g. Site Security Plan
h. Traffic Control Plan
i. Biological Monitoring Plan

SpaceX will provide the Service and FAA with written notice of updates to these plans on a quarterly basis.

3. In addition to implementing the conservation measures included in the Proposed Action, SpaceX will also implement the following additional conservation measures proposed by the Service to implement the reasonable and prudent measures:

a. Litter Control, Clean-ups, and Containment
   i. SpaceX will conduct quarterly SH 4 cleanup efforts east of the first public hard checkpoint to reduce garbage and litter along the road. The cleanup efforts will take place within the SH 4 right-of-way. SpaceX will keep all vehicles used to support clean-ups on designated roadways. SpaceX will report the dates of the cleanups in the annual monitoring report submitted to the Service. This measure minimizes the severity of habitat modifications (i.e., the presence of litter or garbage) that may attract animals that prey on or compete with northern aplomado falcons, piping plovers, red knots, or sea turtles. This measure also benefits ocelots and jaguarundis by minimizing the likelihood or severity of increased prey concentrations along SH 4 that could lead to increased vehicle collision mortality.
   ii. SpaceX will ensure that staff and contractors place non-hazardous waste materials, litter, and other discarded materials, such as construction waste, on the VLA in containers until removed from the site. All trash containers will have predator-proof secured lids and be kept closed at all times and trash will be removed regularly. This measure minimizes the severity of habitat modifications (i.e., the presence of litter or garbage) that may attract animals that prey on or compete with northern aplomado falcons, piping plovers, red knots, or sea turtles. This measure also benefits ocelots and jaguarundis by minimizing the likelihood or severity of increased prey concentrations along SH4 that could lead to increased vehicle collision mortality.
   iii. SpaceX will perform quarterly beach cleanups of Boca Chica Beach to reduce the likelihood of attracting predators (i.e., minimizing habitat modification) of the piping plover, red knot, and sea turtles to the beach. SpaceX will perform these beach cleanups for 1.5 miles north and south of the VLA. SpaceX will provide the opportunity for resource agencies (i.e., TGLO, Service) to participate and teach the community about the area's wildlife, sensitive areas, beach debris, and beach cleanup. Space X will report the dates of the cleanups in the annual monitoring report submitted to the Service.

FAA00009905

iv. SpaceX will coordinate with TxDOT to help ensure that the shoulders of SH 4 east of the first public hard checkpoint are maintained by regular mowing and trimming to keep vegetation shorter than 12 inches. SpaceX will notify TxDOT that maintenance may be warranted when vegetation along SH 4 exceeds approximately 9 inches. TxDOT will be responsible for performing roadway vegetation maintenance. This measure minimizes vegetation cover along SH 4 and minimizes the likelihood of vehicle collisions with ocelots or jaguarundis.

v. SpaceX will construct a barrier along the northern boundary of the VLA to assist in keeping debris from entering the refuge, help deflect off-gassing of liquid nitrogen, reduce sound transmission. Construction of the barrier wall will be completed prior to the start of launch operations. This measure will minimize the extent and severity of habitat modification for piping plovers and red knots that use areas adjacent to the VLA.

vi. Cryogenic testing and other pressure tanks used under the Proposed Action will be tethered by cables when practicable to the VLA site to help prevent debris from leaving the VLA. This measure will minimize the extent and severity of habitat modification for piping plovers and red knots that use areas adjacent to the VLA.

b. Noise and Lighting Management

i. SpaceX will minimize noise from generators that may be used during construction and/or operations at the VLA under the Proposed Action. SpaceX will ensure that generators are placed within baffle boxes (a sound-resistant box that is placed over or around a generator), have an attached muffler, or use another noise-abatement method consistent with industry standards. This measure minimizes the severity of habitat modification for piping plovers and red knots that use areas adjacent to the VLA.

ii. SpaceX will perform inspections of the lighting installed as part of the Proposed Action on a biweekly basis during the sea turtle nesting and hatching season (March 15 to October 1) to ensure that the minimization measures specified in the Lighting Management Plan are installed and in good working order. SpaceX will document compliance with the Lighting Management Plan and note any deviations. SpaceX will address deviations with the Service on a timely manner to implement corrective actions. SpaceX will report any deviations and responsive actions to the Service in its annual report. This measure minimizes the severity of habitat modification for sea turtles.

iii. SpaceX will monitor nighttime light levels on the beach within 1.5 miles of the VLA at least once before the start of the sea turtle nesting season and biweekly during the sea turtle nesting and hatching season (March 15 to October 1). SpaceX will perform this monitoring at least once per year at a time when there is a launch vehicle at the VLA (i.e., a condition when more lighting at the site is needed for safety and security), even if this monitoring event occurs outside of the sea turtle nesting and hatching season. SpaceX will perform this monitoring between 9:00pm and 5:00am. SpaceX will use the information to identify any practicable opportunities for modifying lighting at the VLA (with updates to the Lighting Management Plan, as appropriate) that reduce light levels at the beach while maintaining operational needs for safety and security. SpaceX will

111

FAA00009906

document and summarize its monitoring and any responsive actions in the annual report to the Service. This measure minimizes the severity of habitat modification for sea turtles.

c. Stormwater Management and Monitoring

　　i. SpaceX will implement the water resources mitigation measures described in the final PEA. These measures address compliance with TCEQ Texas Pollution Discharge Elimination System permits, updates and/or implementation of its SPCC and SWPPPs, and development and implementation of associated water quality monitoring in coordination with TCEQ. These conservation measures are part of the proposed action and will minimize modification of habitat for piping plovers and red knots that use areas adjacent to the VLA (e.g., habitat modification resulting from discharges of sediment and freshwater runoff into the wind tidal flats adjacent to the VLA).

　　ii. SpaceX will seek input from the Service on updates to its SWPPP prior to the start of construction activities under the proposed action. SpaceX will ensure that the updated SWPPP includes best practices appropriate to coastal ecosystems that minimize the transport of sediment and the discharge of freshwater runoff outside of the VLA and maximize the retention or infiltration of runoff within the VLA. This measure will minimize modification of habitat for piping plovers and red knots that use areas adjacent to the VLA (e.g., habitat modification resulting from discharges of sediment and freshwater runoff into the wind tidal flats adjacent to the VLA).

d. Site Boundaries and Limits of Construction Disturbance

　　i. SpaceX will clearly demarcate the perimeter of all areas to be disturbed during construction activities under the Proposed Action using flagging or temporary construction fence and no disturbance outside that perimeter will be authorized. This measure minimizes the extent of habitat modification for the piping plover and red knot that use area adjacent to the VLA.

　　ii. SpaceX shall use areas within the project boundary or other area subject to prior disturbance for staging, parking, and equipment storage in connection with the Proposed Action. This measure minimizes the extent of habitat modification for the piping plover and red knot that use area adjacent to the VLA.

　　iii. SpaceX will obtain any gravel or topsoil needed during construction activities under the Proposed Action from existing developed or previously used sources, and not from undisturbed areas that provide habitat for the ocelot, jaguarundi, piping plover, or red knot. The measure minimizes the extent of habitat modification for ocelots, jaguarundis, piping plovers and red knots.

e. Erosion, Sedimentation, and Rutting

　　i. Consistent with TCEQ stormwater permit conditions, during construction activities associated with the Proposed Action SpaceX will ensure that best practices are applied at the VLA that minimize the deposit of eroded materials outside the boundary of the VLA. This measure minimizes the severity of habitat modification for the piping plover and red knot (via deposit of materials that could alter the microtopography of adjacent flats) that use areas adjacent to

112

FAA00009907

the VLA.

f.  Traffic and Trespass Management
    i.  In coordination with TxDOT and the Service, SpaceX will install five signs along SH 4 to inform the public on areas (such as sensitive areas of the Refuge and the dunes) where they may not watch ongoing activities and launches. Signs would be installed within 6 months of issuance of the BCO.
    ii.  SpaceX will initiate coordination with TxDOT within 30 days of issuance of the BCO regarding the installation of up to 5 additional wildlife crossing signs along SH 4 for a total of 10 signs (5 in each direction) to reduce the risk of collision mortality for ocelots and jaguarundis. SpaceX has already installed 5 wildlife crossing signs. Pending TxDOT approval, SpaceX will purchase and install the additional 5 signs. Installation of the signs will be completed within 6 months of issuance receiving TxDOT approval of the sign locations.
    iii.  SpaceX security patrol vehicles or other necessary SpaceX vehicles on Boca Chica Beach will be driven above the "wet line" (i.e., the line on the beach where waves reach and repeatedly wet the sand at the time the driver passes by) and at a speed not to exceed 15 mph. This measure minimizes the severity of habitat modification for piping plovers and red knots.

g.  Biological Monitoring
    i.  SpaceX will continue to implement the SpaceX Boca Chica Launch Site Biological Monitoring Plan to survey for sea turtles, birds, and vegetation changes. Monitoring reports will be included as part of the SpaceX's annual monitoring report submitted to the Service. After five years of monitoring, and when SpaceX applies for a renewal or extension of its license or permit, the Service, the FAA, and SpaceX will evaluate the need to modify, adapt, or discontinue the monitoring. Sea turtle monitoring on Boca Chica Beach will be conducted prior to implementation of access restrictions and security sweeps for, and as soon as practicable after, suborbital and orbital launches. Post-launch monitoring can be conducted by Sea Turtle Inc.; however, the use of drones is acceptable if Sea Turtle Inc. is unable to conduct monitoring in-person. Findings will be included in the annual report to the Service.
    ii.  SpaceX will continue to offer enhanced satellite monitoring via solar powered Starlink to the Peregrine Fund for continuous video coverage of northern aplomado falcon habitat to aid in biological monitoring.
    iii.  If sea turtle nests are discovered prior to closure and security sweeps, SpaceX will coordinate with Sea Turtle Inc. to remove eggs prior to launch. Findings will be included in the annual report to the Service.
    iv.  SpaceX will provide a dedicated space for Sea Turtle, Inc. volunteers on SpaceX property to monitor Boca Chica Beach use and to conduct pre-and post-launch surveys at Boca Chica Beach.

h.  Annual Reporting and Coordination
    i.  If SpaceX plans to conduct more than  2 of the 10 annual launches under this Proposed Action at night during the  sea turtle nesting and hatching season (March 15th – October 1st), SpaceX and the FAA will contact the Service within 30 days of the third nighttime launch (and any subsequent

113

FAA00009908

nighttime launches planned during that year) to discuss if there is a need for additional take authorization.

    ii.   SpaceX will submit an annual monitoring report to the Service by March 1st for the preceding calendar year. The annual report will include monitoring results, measures implemented during project activities, success of such measures, incidences, and any recommendations on improvements to those measures. Reports should be sent to: U.S. Fish and Wildlife Service, Texas Coastal Ecological Services Field Office, ATTN: Field Supervisor, 4444 Corona, Suite 215, Corpus Christi, Texas 78411 or email to dawn_gardiner@fws.gov.

    iii.  If the FAA issues SpaceX a vehicle operator license for Starship/Super Heavy launch operations at the Boca Chica Launch Site, this BCO would expire concurrent with the expiration of the FAA's license. SpaceX will notify the Service if SpaceX plans to continue FAA-licensed activities (i.e., applying for license renewal or a new license) no later than 6 months before FAA's license expires. FAA would conduct its consultation obligations as required under ESA Section 7 as part of its evaluation of SpaceX's license application.

**Disposition of Dead or Injured Listed Species**

Upon locating a dead, injured, or sick listed species on refuge lands contact Refuge Law Enforcement, Iriz Elizondo-Navarro or Romeo Garcia at (956) 784-7520 located at 3325 Green Jay Road Alamo, Texas 78516. If the species is found off refuge contact Special Agent Alejandro Rodriguez at (956) 686-8591, 4500 N. 10th Street #400, McAllen, TX 78504, within three working days of its finding. Written notification must be made within five calendar days and include the date, time, and location of the animal, a photograph if possible, and any other pertinent information. The notification shall be sent to the Law Enforcement Office with a copy sent to: U.S. Fish and Wildlife Service, Texas Coastal Ecological Services Field Office, ATTN: Assistant Field Supervisor, 4444 Corona, Suite 215, Corpus Christi, Texas 78411. Care must be taken in handling sick or injured animals to ensure effective treatment and care, and in handling dead specimens to preserve the biological material in the best possible state.

## CONSERVATION RECOMMENDATIONS

Section 7(a)(1) of the Act directs federal agencies to utilize their authorities to further the purposes of the Act by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information.

1) In coordination with the Service, SpaceX would identify and voluntarily acquire, protect, and/or preserve suitable habitat in and near the SpaceX Action Area, for ocelots, jaguarundis, piping plover, and/or red knots and ensure management in perpetuity.

2) In coordination with the Service SpaceX would voluntarily implement various measures for the monarch butterfly, a candidate species. Measures may include:
   - Seeding and planting native milkweed (Zizote family), to restore or create monarch habitat. This should occur outside of the areas that could be affected by LLCC and VLA operations to avoid potential impacts to the restored or created habitat (e.g.,

114

outside areas that could be damaged falling debris or potential fire).
- Implementing best management practices to control invasive plant species. An example of such a measure could be to follow seed recommendations from the Caesar Kleberg Wildlife Research Institute. This would allow native plant species to outcompete any invasive plants.
- Working with various groups, such as Learning Landscapes and Friends of the Wildlife Corridor, to construct some outdoor pollinator gardens and plant pollinator rich plants. A good contact would be Allen Williams at (956) 460-9864.

3) Develop design specifications and monitoring for restoring, creating, and enhancing roosting and foraging habitat for piping plovers and red knots.

The Service requests notification of the implementation of any conservation recommendations or actions minimizing or avoiding adverse effects or benefitting listed species or their habitats.

## REINITIATION NOTICE

This also concludes the conference for the SpaceX Starship/Super Heavy Launch Vehicle Program. You may ask the Service to confirm the conference opinion as a BO issued through formal consultation if the proposed species is listed or critical habitat is designated. The request must be in writing. If the Service determines there have been no significant changes in the action as planned or in the information used during the conference, the Service will confirm the conference opinion as the BO for the project and no further section 7 consultation will be necessary.

After listing red knot proposed critical habitat any subsequent adoption of this conference opinion, the FAA shall re-initiate consultation if: 1) the amount or extent of incidental take is exceeded; 2) new information reveals effects of the agency action that may affect the species in a manner or to an extent not considered in the conference opinion; 3) the agency action is subsequently modified in a manner that causes an effect to the species that was not considered in this opinion or written concurrences; or 4) a new species is listed or critical habitat designated that may be affected by the action.

The incidental take statement provided in this conference opinion does not become effective until the red knot proposed critical habitat is listed and the conference opinion is adopted as the BO issued through formal consultation. At that time, the project will be reviewed to determine whether any take of the proposed red knot critical habitat has occurred.

Modifications of the opinion and incidental take statement may be appropriate to reflect that take. No take of the proposed red knot critical habitat may occur between the listing of the species and the adoption of the conference opinion through formal consultation, or the completion of a subsequent formal consultation. Although not required, we recommend that the FAA implement the reasonable and prudent measures and terms and conditions herein prior to our final listing decision. If the species is subsequently listed, implementation of reasonable prudent measures and terms and conditions in any conference opinion adopted as a BO, is mandatory.

FAA00009910

This concludes formal consultation on the SpaceX Starship/Super Heavy Launch Vehicle Program. As provided in 50 CFR §402.16, reinitiation of consultation is required where discretionary Federal agency involvement or control over the action has been retained (or is authorized by law) and if: (1) the amount or extent of incidental take is exceeded; (2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion; (3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this BCO or written concurrence; or (4) a new species is listed or critical habitat designated that may be affected by the action. In instances where the amount or extent of incidental take is exceeded, any operations causing such take must cease pending reinitiation.

Please refer to the consultation number, 02ETCC00-2012-F-0186-R001 in future correspondence concerning this project. Should you require further assistance or if you have any questions please contact Dawn Gardiner at (361) 533-6765 or via email at dawn_gardiner@fws.gov.

Sincerely,

Charles Ardizzone
Field Supervisor

116

**LITERATURE CITED**

Andres, B.A. 2009. Analysis of shorebird population trend datasets. Unpublished report by the U.S. Fish and Wildlife Service, Denver, CO.

Baker, J.D., C.L. Littnan, and D.W. Johnston. 2006. Potential effects of sea level rise on the terrestrial habitats of endangered and endemic megafauna in the Northwestern Hawaiian Islands. Endangered Species Research 2:21-30.

Bahia Grande Coastal Corridor Project (BGCCP). 2014. RESTORE Act Bucket 2 Round 1 November 2014, Council Member Proposal-State of Texas, The Bahia Grande Coastal Corridor Project. URL=http://www.restorethegulf.gov/site s/default/files/BahiaGr andeCoastalCorridor.pdf. 2014b. State of Texas. Bahia Grande coastal corridor. Available at https://restorethegu lf.gov/sites/default/files/Bahia%20Grande%20Coastal%20Corridor O.QM.

Belnap. J. 1995. Surface disturbances: their role in accelerating desertification. *Environ. Monit*. Assess. 37: 39-57.

Bent, A.C. 1929. Life histories of North American Shorebirds. U.S. National Museum Bulletin 146:236-246.

Bisbal, F.J. 1986. Food habits of some neotropical carnivores in Venezuela (Mammalia, Carnivora). Mammalia

Blair, W.F. 1950. The biotic provinces of Texas. Tex.J.Sci.2(1):93-117.(LD)*

Blanton & Associates. 1998. Annual Trapping Survey - 1998 for the Endangered Ocelot and Jaguarundi, Port of Brownsville Proposed International Crossing. Prepared for Brownsville Navigation District, Brownsville, TX by Blanton & Associates, Inc. Austin, TX. October.

Bonka, A. 2021. Personal communication. Email to Mary Kay Skoruppa, U.S. Fish and Wildlife Service, re: nest/false crawl data from SPI/BCB. Sea Turtle Inc. 11 December 2021.

Bontrager, O.E., C.J. Scifres, and D.L. Drawe. 1979. Huisache control by power grubbing. J. Range Manage. 32:185-188.

Booth-Binczik, S.D., R.D. Bradley, C.W. Thompson, L.C. Bender, J.W. Huntley, J.A. Harvey, L.L. Laack, and J.L. Mays. 2013. Food habits of ocelots and potential for competitionwith bobcats in southern Texas. The Southwestern Naturalist 58(4):403-410.

Botton, M.L., R.E. Loveland, and T.R. Jacobsen. 1994. Site selection by migratory shorebirds in Delaware Bay, and its relationship to beach characteristics and abundance of horseshoe

FAA00009912

crab (*Limulus polyphemus*) eggs. Auk 111:605-616.

Bowles, A.E. 1995. Responses of Wildlife to Noise. Pages 109-156 *In* R.L. Knight, and K.J. Gutzwiller (Eds). Wildlife and Recreationists: Coexistence Through Management and Research. Island Press, Covelo, CA.

Bruun, P. 1962. Sea-level Rise as a Cause of Shore Erosion. *Journal of the Waterways and Harbors Division* 88:117-130.

Burger, J. 1981. Effect of human activity on birds at a coastal bay. Biological Conservation 21:231–241.

Cairns, W.E. 1977. Breeding biology and behavior of the piping plover *Charadrius melodus* in southern Nova Scotia. M.S. Thesis. Dalhousie University, Halifax, Nova Scotia.

Campbell, Linda. 2003. Endangered and threatened animals of Texas, their life history and management. Texas Parks and Wildlife, Wildlife Division, 4200 Smith School Road, Austin.

Caso, A. 1994. Home range and habitat use of three neotropical carnivores in northeast Mexico. M.S. thesis, Texas A&M University-Kingsville, Kingsville, TX.

Coastal Impact Monitoring Program. 1995. Report of Literature Review on Discharges from the Rio Grande and Arroyo Colorado and their Impacts. Texas General Land Office, Austin, Texas.

Cohen, J.B., S.M. Karpanty, J.D. Fraser, B.D. Watts, and B.R. Truitt. 2009. Residence probability and population size of red knots during spring stopover in the mid-Atlantic region of the United States. Journal of Wildlife Management 73:939-945.

Cohen, J.B., S.M. Karpanty, J.D. Fraser, and B.R. Truitt. 2010. The effect of benthic prey abundance and size on red knot (Calidris canutus) distribution at an alternative migratory stopover site on the US Atlantic Coast. Journal of Ornithology 151:355-364.

Collins, K. 1984. Status and management of native south Texas brushlands. U.S. Fish and Wildlife Service, Ecological Service, Corpus Christi, TX.

Crawshaw, Jr., P.O., and H.B. Quigley. 1989. Notes on ocelot movement and activity in the Pantanal Region, Brazil. Biotropica 21:377-379.

Davis, W.B. and D.J. Schmidly. 1994. The mammals of Texas. Texas Parks and Wildlife Dept. Distributed by University of Texas Press. 338. Austin.

Davis, T.H. 1983. 1, Loons to sandpipers. Pages 372-375 In J. Farrand, ed. The Audubon Society master guide to birding, Knopf, New York.

FAA00009913

DeSante, D.F. and T.L. George. 1994. Population trends in the land birds of Western North America. *Studies in Avian Biology* 15:173–190.

Dey, A., L. Niles, H. Sitters, K. Kalasz, and R.I.G. Morrison. 2011. Update to the status of the red knot Calidris canutus in the Western Hemisphere, April, 2011, with revisions to July 14, 2011. Unpublished report to New Jersey Department of Environmental Protection, Division of Fish and Wildlife, Endangered and Nongame Species Program.

Dillon, A. 2005. Ocelot home range and density in Belize, Central America: camera trapping and radio telemetry. M.S. thesis, Virginia Polytechnic Institute and State University, Blacksburg, Virginia.

Donovan TM, Flather CH. 2002**.** Relationships among North American songbird trends, habitat fragmentation, and landscape occupancy. *Ecol. Appl.* 12:364–74

Dooling, R.J. and A.N.Popper.  2007.  The effects of highway noise on birds.  Prepared for The California Department of Transportation, Sacrament CA.

Dorado-Correa, A.M., Zollinger, S., Heidinger, B. *et al.* Timing matters: traffic noise accelerates telomere loss rate differently across developmental stages. *Front Zool* **15,** 29 (2018). https://doi.org/10.1186/s12983-018-0275-8

Drake, K. L. 1999a.  Time allocation and roosting habitat in sympatrically wintering piping and snowy plovers.  M. S. Thesis.  Texas A&M University-Kingsville, Kingsville, TX.

Drake, K.R.  1999b. Movements, habitat use and survival of wintering piping plovers.  M.S. Thesis.  Texas A&M University-Kingsville, Kingsville, TX.

Drake, K.R., J.E. Thompson, K.L. Drake and C. Zonick. 2001. Movements, habitat use, and survival of nonbreeding Piping Plovers. Condor 103:259-267

Duerr, A.E., B.D. Watts, and F.M. Smith. 2011. Population dynamics of red knots stopping over in Virginia during spring migration. Center for Conservation Biology technical report series. College of William and Mary and Virginia Commonwealth University, CCBTR-11-04, Williamsburg, VA.

Eaton, R. 1977. Breeding biology and propagation of the ocelot [*Leopardus (Felis) pardalis*]. Zool. Garten. 47:9-23.

Elliott-Smith, E., S.M. Haig, and B.M. Powers. 2009.  Data from the 2006 International Piping Plover Census:  U.S. Geological Survey Data Series 426.

Ellis, D.H., C.H. Ellis, and D.P. Mindell. 1991. Raptor Responses to Low-Level Jet Aircraft and Sonic Booms. Environmental Pollution 74:53-83.

FAA00009914

Elliott-Smith, E., Bidwell, M., Holland, A.E., and Haig, S.M. 2015. Data from the 2011 International Piping Plover Census: U.S. Geological Survey Data Series 922. 296 pp. http://dx.doi.org/10.3133/ds922.

Emmons, L. H. 1987.  Comparative feeding ecology of felids in a neotropical rainforest. Behavioral Ecology and Sociobiology, 20:271-283Laack, L.L. 1991. Ecology of the ocelot in south Texas.  M.S. thesis, Texas A&M University Kingsville, Kingsville, TX. .

Emmons, L.H. 1988. A field study of ocelots (Felis pardalis) in Peru. Rev. Ecol. (Terre Vie) 43:133-157.

Ernest, R.G., R.E. Martin, and K.A. Duhring.  1998.  Beach Driving and Sea Turtles: What Kind of Risk?  In: Proceedings of the Seventeenth Annual Symposium on Sea Turtle Biology and Conservation, March 4-8, 1997, Orlando, Florida, p. 50-53. S.P. Epperly and J. Braun (compilers).  NOAA Tech. Memo. NMFS-SEFSC-415.

Esteban, N., Laloë, JO., Kiggen, F.S.P.L. *et al.* Optimism for mitigation of climate warming impacts for sea turtles through nest shading and relocation. *Sci Rep* **8,** 17625 (2018). https://doi.org/10.1038/s41598-018-35821-6 https://www.nature.com/articles/s41598-018-35821-6#citeas

Euroturtle (2013) Case study of airport noise in Zakynthos.  Downloaded from http://www.euroturtle.org/35.htm on 12/13/2013.

FAA (Federal Aviation Administration) 2017.  SpaceX commercial launch site annual summary report to the U.S. Fish and Wildlife Service: 2017.  December 2017.

FAA (Federal Aviation Administration) 2020.  SpaceX commercial launch site annual summary report to the U.S. Fish and Wildlife Service: 2020.  December 2020.

Fahrig L. 2002. Effect of habitat fragmentation on the extinction threshold: a synthesis. *Ecol. Appl.* 12:346–53

Ferland, C.L. and S.M. Haig. 2002. 2001 International piping plover census. U.S. Geological Survey, Forest and Rangeland Ecosystem Science Center, Corvallis, Oregon.

Foster, C., A. Amos, and L. Fuiman. 2009. Trends in abundance of coastal birds and human activity on a Texas barrier island over three decades. Estuaries and Coasts 32:1079-1089.

Fraser, J.D., S.M. Karpanty, and J.B. Cohen. 2010. Shorebirds forage disproportionately in horseshoe crab nest depressions. Waterbirds 33(1):96-100.

Frid, A. and L.M. Dill.  2002.  Human-caused  disturbance stimuli as a form of predation risk. Conservation Ecology. 6(1):11-26.

FWC (Florida Fish and Wildlife Conservation Commission) 2021. Index nesting beach survey totals (1989-2021). https://myfwc.com/research/wildlife/sea-

FAA00009915

turtles/nesting/beach-survey-totals/ . Accessed: January 21, 2021.

Gibson, D., M.K. Chaplin, K.L. Hunt, J.J. Friedrich, C.E., Weithman, et al. 2018. Impacts of anthropogenic disturbance on body condition, survival, and site fidelity of nonbreeding piping plovers. BioOne Complete. Published by American Ornithological Society. The Condor, 120(3): 566-580 URL: https://doi.org/10.1650/CONDOR-17-148.1

Glenn, F. and N. Mrosovsky. 2004. Antigua revisited: the impact of climate change on sand and nest temperatures at a hawksbill turtle (*Eretmochelys imbricata*) nesting beach. Global Climate Change Biology 10:2036-2045.

Goodwyn, F. 1970. Behavior, life history and present status of the jaguarundi, Felis yagouaroundi (Lacepede), in south Texas. M.S. thesis, Texas A&I University, Kingsville, Texas. 63 pp.

Gratto-Trevor, C., Amirault-Langlais, D., D. Catlin, F. Cuthbert, J. Fraser, S. Maddock, E. Roche and F. Shaffer. 2011. Connectivity in Piping Plovers: Do breeding populations have distinct winter distributions? Journal of Wildlife Management 76(2):348-355.

Gredzens, C., & Shaver, D. J. (2020). Satellite Tracking Can Inform Population-Level Dispersal to Foraging Grounds of Post-nesting Kemp's Ridley Sea Turtles. Frontiers in Marine Science, 7. doi:10.3389/fmars.2020.00559

Grigione, M. M. and R. Mrykalo. 2004. Effects of artificial night lighting on endangered ocelots (*Leopardus paradalis*) and nocturnal prey along the United States-Mexico border: a literature review and hypotheses of potential impacts. Urban Ecosystems, 7:65-77, 2004.

Gulf South Research Corporation and La Tierra Environmental Consulting. 2013. Draft Final Northern Aplomado Falcon Species Report for Fort Bliss Training Complex. Submitted to: Directorate of Public Works, Environmental Division, Fort Bliss Training Complex, Fort Bliss, Texas, and U.S. Army Corps of Engineers, Tulsa District, 1645 S. 101st E. Avenue, Tulsa, Oklahoma 74128-4609.

Haig, S. M., and J. H. Plissner. 1992. 1991 International Piping Plover Census. Report to U.S. Fish and Wildlife Service, Region 3, Division of Endangered Species, Fort Snelling, Minnesota.

Haig, S.M., and J.H. Plissner 1993. Distribution and abundance of Piping Plovers: results and implications of the 1991 international census. Condor 95:145-156.

Haines A.M., Tewes M.E. & Laack L.L. 2005. Survival and Sources of Mortality in Ocelots. Journal of Wildlife Management 69, 255-263.

Hall, E.R. and W.W. Dalquest. 1963. The mammals of Veracruz. Museum of Natural History, University of Kansas, Lawrence, Kansas.

Hanselka, C.W. 1980. The historical role of fire on south Texas rangelands. Pages 2-18in C.W.

FAA00009916

Hanselka, ed. Prescribed range burning in the Coastal Prairie and eastern Rio Grande Plains of Texas. Tex. Agric. Exp. Stn. Contr. No. TA 16277. (BCFI, VE, VI)*

Harrington, B. A. 2001. Red Knot (*Calidris canutus*). *In* The Birds of North America, No. 563 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Harrington, B.R. 2008. Coastal inlets as strategic habitat for shorebirds in the Southeastern United States. DOER Technical Notes Collection. ERDC TN-DOER-E25. Vicksburg, MS: U.S. Army Engineer Research and Development Center. Http://el.erdc.usace.army.mil/dots/doer/.

Hawkes, L.A., A.C. Broderick, M.H. Godfrey, and B.J. Godley. 2009. Climate change and marine turtles. Endangered Species Research 7:137-154Hildebrand, H.H. 1981. A historical review of the status of sea turtle populations in the western Gulf of Mexico. In: Biology and Conservation of Sea Turtles, November 26-30, 1979. Washington, D.C., p. 447-453. K. Bjorndal (editor). Smithsonian Institution Press, Washington, D.C.

Hewitt, D.G., A. Cain, V. Tuovila, D.B. Shindle, and M.E. Tewes. 1998. Impacts of an expanded highway on ocelots and bobcats in southern Texas and their preferences for highway crossings.

Hicks, D.W., H. Alexander, and K. Berg. 2015. Commercial Launch Site Pre-construction Species Monitoring Survey. Prepared for Space Exploration Technologies (SpaceX). Prepared by University of Texas – Rio Grande Valley, Brownsville, Texas.

Hicks, D.W., C.A. Gabler, and K. Berg. 2017. Commercial Launch Site Pre-construction-phase Species Monitoring Survey. Prepared for Space Exploration Technologies (SpaceX). Prepared by University of Texas – Rio Grande Valley, Brownsville, Texas.

Hicks, D.W., C.A. Gabler, and K. Berg. 2018. Commercial Launch Site Construction-phase Species Monitoring Survey. Prepared for Space Exploration Technologies (SpaceX). Prepared by University of Texas – Rio Grande Valley, Brownsville, Texas.

Hicks, D.W., C.A. Gabler, and K. Berg. 2019. Commercial Launch Site Construction-phase Species Monitoring Survey. Prepared for Space Exploration Technologies (SpaceX). Prepared by University of Texas – Rio Grande Valley, Brownsville, Texas.

Hicks, D.W., C.A. Gabler, and K. Berg. 2020. Commercial Launch Site Construction-phase Species Monitoring Survey. Prepared for Space Exploration Technologies (SpaceX). Prepared by University of Texas – Rio Grande Valley, Brownsville, Texas.

Hicks, D.W., C.A. Gabler, and K. Berg. 2021. Commercial Launch Site Construction-phase Species Monitoring Survey. Prepared for Space Exploration Technologies (SpaceX). Prepared by University of Texas – Rio Grande Valley, Brownsville, Texas.

Hildebrand, H.H. 1981. A historical review of the status of sea turtle populations in the western Gulf of Mexico. *In* K.A. Bjorndal (ed.) Biology and Conservation of Sea Turtles, pp

FAA00009917

447-453. Smithsonian Inst. Press. Washington, D.C.

Hinckley, B.S., R.M. Iverson and B. Hallet. 1983. Accelerated water erosion in ORV-use areas. In: (R.H. Webb and H.G. Wilshire, eds) Environmental effects of off-road vehicles: impacts and management in arid regions. Springer-Verlag, New York. pp. 81–96

Hulley, J.T. 1976. Maintenance and breeding of captive jaguarundi (*Felis yagouaroundi*) at Chester Zoo and Toronto. Int. Zoo. Yearb. 16:120-122.

Hunt, W.Grainger, J.L. Brown, T. Cade, J Coffman, M. Curti, E Gott, William Heinrich, J.Peter Jenny, Paul Juergens, Albert Macias-Duarte, Angel B Montoya, Brian Mutch, Cal Sandfort. 2013. Restoring aplomado falcons to the United States. BioOne Complete. Journal of Raptor Research, Vol 47. Issue 4.

Ideker, J. 1984. Documentation of the status of neotropical felids along the Lower Rio Grande Valley wildlife corridor in South Texas: October 10, 1984-September 30, 1985. Santa Ana/Rio Grande Valley National Wildlife Refuge Complex, Alamo, Texas.

IPCC. (Intergovernmental Panel on Climate Change). 2002. Climate Change and Biodiversity. Technical Paper. Working Group II Technical Support Unit. ISBN: 92-9169-104-7.

IPCC. 2007. IPCC, 2007: Climate Change 2007: Synthesis Report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K and Reisinger, A. (eds.)]. IPCC, Geneva, Switzerland.

IPCC. 2021. https://www.ipcc.ch/site/assets/uploads/2021/08/IPCC_WGI-AR6-Press-Release_en.pdf Accessed: Nov 22, 2021.

IUCN. 2018. https://www.iucnredlist.org/species/22696450/131940332#assessment-information

Jackson, V.L., L.L. Laack, and E.G. Zimmerman. 2005. Landscape metrics associated with habitat use by ocelots in South Texas. Journal of Wildlife Management 69:733-738.

Jahrsdoerfer, S.E. and D.M. Leslie, Jr. 1988. Tamaulipan brushland of the Lower Rio Grande Valley of south Texas: description, human impacts, and management options. U.S. Fish Wildlife Service, Biological Report 88(36).

Janečka, J.E., M.E. Tewes, L.L. Laack, A. Caso, L.I. Grassman, A.M. Haines, D.B. Shindle, B.W. Davis, W.J. Murphy, and R.L. Honeycutt. 2011. Reduced genetic diversity and isolation of remnant ocelot populations occupying a severely fragmented landscape in southern Texas. *Animal Conservation* 14:608–619.

Janis, M.W. and J.D. Clark. 2002. Responses of Florida panthers to recreational deer and hog hunting. The Journal of Wildlife Management 66(3): 839-848.

Konecny, M.J. 1989. Movement patterns and food habits of four sympatric carnivore species in

123

Belize, Central America. In: K.H. Redford and J.F. Eisenberg (editors), Advances in Neotropical Mammalogy. Sandhill Crane Press, Gainsville, Florida.

Korn, J. 2013. Genetic pedigree and prey dynamics of ocelot and fine-scale movement patterns of bobcat in south Texas. Dissertation, Texas A&M University - Kingsville, Kingsville, Texas, USA.

Korn, J.M., and M.E. Tewes. 2013. Genetic pedigree and prey dynamics of ocelot and fine- scale movement patterns of bobcat in south Texas. Ph.D. Dissertation, Texas A&M University-Kingsville, Kingsville, Texas.

Laack, L.L. 1991. Ecology of the ocelot in south Texas.  M.S. thesis, Texas A&M University Kingsville, Kingsville, Texas.

Laack, L. L., M. E. Tewes, A. H. Haines, J. H. Rappole. 2005. Reproductive ecology of ocelot (*Leopardus pardalis*) in southern Texas. Acta Theriologica 50:505-514.

Loegering, J.P.  1992.  Piping plover breeding biology, foraging ecology and behavior on Assateague Island National Seashore, Maryland. M.S. Thesis. Virginia Polytechnic Institute and State University, Blacksburg, Virginia.

Loss, S.R., T.Will, P.P. Marra. 2014. Estimation of bird-vehicle collision mortality on U.S. roads. The Journal of Wildlife Management 78(5):763-771; 2014; DOI: 10.1002.  20 May 2014

Ludlow, M. E., and M.E. Sunquist.  1987. Ecology and behavior of ocelots in Venezuela. National Geographic Research, 3:447-461.

Maddock, S.B. 2010. Wintering Piping Plover Surveys 2008-2009 Boca Chica, Texas to Marco Island, Florida, December 2, 2008 - March 13, 2009, Final Report. Unpublished report prepared for the Canadian Wildlife Service, Environment Canada, Edmonton, Alberta. Vi + 34 pp.

Maechtle, T.L. 1987.  Migratory Peregrine Falcon survey Playa Del Rio Property, near Brownsville, Texas. Unpublished Report.

Manci, K. M., D.N, Gladwin, R. Villella R., and M.G. Cavendish. 1988. Effects of Aircraft Noise and Sonic Booms on Domestic Animals and Wildlife: A Literature Synthesis. Fort Collins: U.S. Fish and Wildlife Service.

Mann, T.M.  1977.  Impact of developed coastline on nesting and hatchling sea turtles in southeastern Florida.  Unpublished M.S. Thesis. Florida Atlantic University, Boca Raton.

Manville, A.M. 2009. Towers, turbines, power lines, and buildings – steps being taken by the U.S. Fish and Wildlife Service to avoid or minimize take of migratory birds at these structures. In Tundra to tropics: Connecting habitats and people. Proceedings of the 4th

FAA00009919

International Partners in Flight Conference (eds. T.D. Rich, C. Arizendi, D. Demarest, and C. Thompson). Pp. 1-11.

Martin, S.R., C.P. Onuf and K.H. Dunton, 2008. Assessment of propeller and off-road vehicle scarring in seagrass beds and wind-tidal flats of the southwestern Gulf of Mexico. Articl *in* Botanica Marina 51(2008: 78-91). Walter de Gruyter, Belin, New York. DOI 10.1515/BOGTT.2008.015.

McMahan, C.A., R.G. Frye, and K.L. Brown. 1984. The Vegetation Types of Texas, including Cropland. Wildlife Division, Texas Parks and Wildlife Department.

Melvin, S.M. and J.P. Gibbs. 1994. Viability analysis for the Atlantic Coast population of piping plovers. Unpublished report to the U.S. Fish and Wildlife Service, Sudbury, Massachusetts.

Mercer, S.H., L.P. Jones, J.H. Rappole, D. Twedt, L.L. Laack, and T.M. Craig. 1988. Hepatozoon sp. in wild carnivores in Texas. Journal of Wildlife Diseases 24:574-576.

Montagna, P. A, E. M. Hill, and B. Moulton. 2009. Role of science-based and adaptive management in allocating environmental flows to the Nueces Estuary, Texas, USA. In: Brebbia, C. A. and E. Tiezzi (eds.), Ecosystems and Sustainable Development VII, WIT Press, Southampton, UK, pp. 559-570. doi 10.2495/ECO090511

Mora, M.A., L.L. Laack, M.C. Lee, J. Sericano, R. Presley, P.R. Gardinali, L. R. Gamble, S. Robertson, and D. Frank. 2000. Environmental contaminants in blood, hair, and tissues of ocelots from the Lower Rio Grande Valley, Texas, 1986-1997. Environmental Monitoring and Assessment 64:447-492.

Morrison, R.I.G., and B.A. Harrington. 1992. The migration system of the red knot Calidris canutus in the New World. Wader Study Group Bulletin 64:71-84.

Morrison, R.I.G., B.J. McCaffery, R.E. Gill, S.K. Skagen, S.L. Jones, W. Gary, C.L. Gratto-Trevor, and B.A. Andres. 2006. Population estimates of North American shorebirds. Wader Study Group Bull. 111:67-85.

Murray, J.L. and G.L. Gardner. 1997. Leopardis pardalis. Mammalian Species No. 548.

National Research Council. 1990. Decline of the sea turtles: causes and prevention. National Academy Press; Washington, D.C.

Navarro-Lopez, D. 1985. Status and distribution of the ocelot in South Texas. M.S. Thesis. Texas A&M University, Kingsville, Texas.

Newstead, D.J., Niles, L.J., Porter, R.R. Dey, A.D., Burger, J. & Fitzsimmons, O.N. 2013. Geolocation reveals mid-continent migratory routes and Texas wintering areas for Red Knots *Calidris canutus rufa*. Wader Study Group Bull. 120(1):53-59.

FAA00009920

Newstead, D. and B. Hill 2021.  Piping plover population abundance, trend and survival at Boca Chica 2018-2021.  Report by Coastal Bend Bays & Estuaries Program.  22 October 2021.

Newstead, D. and B. Hill. 2022. Piping Plover Abundance and Survival at Boca Chica, 2018-2021: Extended Analysis Incorporating Additional Data. Prepared by Coastal Bend Bays & Estuaries Program. 10 pp.

Nicholls, J.L. and G.A. Baldassarre. 1990. Habitat associations of piping plovers wintering in the United States. Wilson Bulletin 102:581-590.

Niles, L.J., H.P. Siiters, A.D. Dey, P.W. Atkins, A.J. Baker, K.A. Bennett, K.E. Clark, N.A. Clark, C.Espoz, P.M. Gonzalez, B.A. Harrington, D.E. Hernandez, K.S. Kalasz, R. Matus, C.D. Minton, R.I.Morrison, M.K. Peck, and I.L. Serrano. 2008. Status of the Red Knot (*Calidris canutus rufa*) in the Western Hemisphere. May.

Niles, L.J., H.P. Sitters, D. Newstead, J. Sitters, A.D. Dey, and B. Howe. 2009. Shorebird project on the gulf coast of Texas: Oct 3-11, 2009. Unpublished report. <http://www.sfu.ca/biology/wildberg/4WHSG/WHSGProgramFinal.pdf>.

Niles, L. 2012. Consulting Biologist/Leader. E-mails of November 19 and 20, 2012. International Shorebird Project, Conserve Wildlife Foundation of New Jersey. Greenwich, NJ.

Niles, L.; Burger, J.; Porter, R.; Dey, A.; Koch, S.; Harrington, B.; Iaquinto, K.; Boarman, M. 2012a. Migration pathways, migration speeds and non-breeding areas used by northern hemisphere wintering Red Knots Calidris canutus of the subspecies rufa. *Wader Study Group,* 119(3), 195-203.

NMFS and Service. 1991a. (National Marine Fisheries Service) and USFWS (U.S. Fish and Wildlife Service).  Recovery Plan for U.S. Population of Atlantic Green sea turtle (*Chelonia mydas*).  National Marine Fisheries Service, Washington, D.C.

NMFS and Service. 1991b. Recovery plan for U.S. population of loggerhead turtle (*Caretta caretta*).  National Marine Fisheries Service, Washington, D.C.

NMFS and Service. 1992.  Recovery Plan for Leatherback Turtles (*Dermochelys coriacea*) in the U.S. Caribbean, Atlantic, and Gulf of Mexico.  National Marine Fisheries Service, Washington, D.C.

NMFS and Service.  2007.  Kemp's ridley sea turtle (*Lepidochelys kempii*) 5-year review: summary and evaluation.  National Marine Fisheries Service Silver Spring, MD and U.S. Fish and Wildlife Service, Albuquerque, NM.

FAA00009921

NMFS et al. 2011. National Marine Fisheries Service (NMFS), U.S. Fish and Wildlife Service (USFWS), and SEMARNAT. 2011. Bi-National Recovery Plan for the Kemp's Ridley Sea Turtle (*Lepidochelys kempii*), Second Revision. NMFS. Silver Spring, Maryland. .

NMFS 2013. 5-Year Review: Summary and Evaluation of Leatherback Sea Turtle (*Dermochelys coriacea*). November.

NMFS and USFWS. 2015. Kemp's Ridley Sea Turtle (*Lepidochelys kempii*) 5-year Review: Summary and Evaluation. July.

NMFS and USFWS. 2016. 5-Year Review: Summary and Evaluation of Kemp's Ridley Sea Turtle (*Lepidochelys kempii*)

NMFS. 2020. Leatherback Sea Turtle (*Dermochelys coriacea*) species page. Retrieved from http://www.nmfs.noaa.gov/pr/species/turtles/leatherback.htm.

NMFS. 2020a. Kemp's Ridley Sea Turtle (*Lepidochelys kempii*) species page. Retrieved from https://www.fisheries.noaa.gov/species/kemps-ridley-turtle.

NOAA 2013a. National Oceanic and Atmospheric Administration. http://www.nmfs.noaa.gov/pr/species/turtles/loggerhead.htm 11/26/2013.

NOAA 2013b. National Oceanic and Atmospheric Administration. http://www.nmfs.noaa.gov/pr/species/turtles/green.htm 11/26/2013.

NOAA 2013c. National Oceanic and Atmospheric Administration. http://www.nmfs.noaa.gov/pr/species/turtles/hawksbill.htm 11/26/2013.

NOAA 2013d. National Oceanic and Atmospheric Administration. http://www.nmfs.noaa.gov/pr/species/turtles/leatherback.htm 11/26/2013

Noisequest 2013. What does noise affect? http://www.noisequest.psu.edu/noiseaffect-wildlife.html

NPS. 2012. National Park Service. Hawksbill Sea Turtle. http://www.nps.gov/pais/naturescience/hawksbill.htm. Accessed: July 3, 2020.

NPS 2022. (https://parkplanning.nps.gov/showFile.cfm?projectID=13331&MIMEType=application%252F pdf&filename=102805%20USGS%20Protocols%20%2D%20Piping%20Plover%2Epdf&sfid=17 974

Noss, R.F. 1987. Corridors in real landscapes: a reply to Simberloff and Cox. Conserv. Biol. 1:159-164.

Pence, D.B., M.E. Tewes, D.B. Shindle, and D.M. Dunn. 1995. Notoedric mange in an ocelot

FAA00009922

*(Felis pardalis)* from southern Texas. Journal of Wildlife Diseases 31(4): 558-561.

Plissner, J.H. and S.M. Haig. 1997. 1996 International Piping Plover Census. Report to U.S. Geological Survey, Biological Resources Division, Forest and Rangeland Ecosystem Corvallis, Oregon. Science Center, *Dermochelys coriacea*.

Plissner J.H. and S.M. Haig. 2000. Metapopulation models for piping plovers (*Charadrius melodus*). Biological Conservation 92:163-173.

Port of Brownsville. 2020. Key Projects. https://www.portofbrownsville.com/about/key-projects/. Accessed: September 22, 2020

Rappole, J.H. 1986. An intensive study for ocelots and jaguarundi on the Tres Corrales Ranch, Hidalgo County, Texas. Final report, Caesar Kleberg Wildlife Resource Institute, Kingsville, Texas.

Rappole, J.H. 1988. "Ocelots' last stand." Defenders Magazine. Jan/Feb: 63(1):30-35.

Raymondville Chronicle News. 2014. Fourth ocelot killed on Highway 100. July 23, 2014. http://www.raymondville-chronicle.com/news/2014-07-23/News/Fourth_ ocelot_ killed on_Highway_100.html.

Reyes, E. 2008. Email from Alamo Sub Office to Corpus Christi Ecological Services Field Office, U.S. Fish and Wildlife Service.

Salas, A.K, A. Capuano, C. A. harms, W.E.D. Piniak, T. A. Mooney. 2022. Consequences of the anthropogenic soundscape: underwater noise-induced hearing loss in aquatic turtles. Scientific Session, ME-Marine Ecology and Biodiversity, ME09 Exploring and Characterizing Deep and Coastal Ocean Sound Scapes. Oral presentation. March 4, 2022.

Shindle, D.B. and M.E. Tewes. 1998. Woody species composition of habitats used by ocelots (*Leopardus pardalis*) in the Tamaulipan biotic province. Caesar Kleberg Wildlife Research Institute, Texas A&M University, Kingsville, TX. Southwest. Nat. Vol. 43. No. 2.

Skagen, S.K., P.B. Sharpe, R.G. Waltermire, and M.B. Dillon. 1999. Biogeographical Profiles of Shorebird Migration in Midcontinental North America: U.S. Geological Survey Biological Science Report 2000-0003.

Smith, F.M., A.E. Duerr, B.J. Paxton, and B.D. Watts. 2008. An investigation of stopover ecology of the red knot on the Virginia barrier islands. Center for Conservation Biology Technical Report Series, CCBTR-07-14, College of William and Mary, Williamsburg, VA, Available at <http://www.deq.virginia.gov/Portals/0/DEQ/CoastalZoneManagement/task10-02-06a.pdf>.

FAA00009923

Soule, M.E. and D. Simberloff.  1986.  What do genetics and ecology tell us about the design of nature reserves?  Biol. Conserv. 35:19-40.

South Padre Island. 2020. Planning Department. http://www.myspi.org/department/index.php?structureid=23. Accessed: September 22, 2020.

Sternberg, M. and J.L. Mays. 2011. Ocelot survey in and around Laguna Atascosa National Wildlife Refuge. U.S. Fish and Wildlife Service, South Texas Refuge Complex, Alamo, Texas.

Stewart, K., Sims, M., Meylan, A., Witherington, B., Brost, B. and Crowder, L. B., 2011. Leatherback nests increasing significantly in Florida, USA; trends assessed over 30 years using multilevel modeling. *Ecological Applications.*

Stilley, J.A., Gabler, C.A. 2021.  Effects of patch size, fragmentation and invasive species on plant and *Lepidoptera* Communities in southern Texas, Insects 2021, 12,777.

Sunde, P.S. Stener, and T. Kvam. 1998. Tolerance to humans of resting lynxes *Lynx* in a hunted population. Wildlife Biology 4(3):177-183.

SWCA Environmental Consultants. 2022. Preliminary Avian Population Abundance, Trend and Survival at Boca Chica 2015 – 2021. Prepared for Space Exploration Technologies Corp. (SpaceX). 11 pp.

Tewes, M. 1986. Ecological and behavioral correlates of ocelot spatial patterns. Ph.D. dissertation, Univ. of Idaho, Moscow, Idaho.

Tewes, M. and D. Everett. 1986.  Status and distribution of the endangered ocelot and jaguarundi in Texas.  Pages 147-158 in S.D. Miller and D.D. Everett, editors Cats of the World: biology, conservation, and management National Wildlife Federation, Washington, D.C.

Tewes, and S.D. Miller. 1987. Future research for the endangered ocelot population of the United States. Pp. 164-166 In Proceedings of the Third Southeastern Nongame and Endangered Wildlife Symposium (Odom, R.R., K.A. Riddleberger, and J.C. Ozier, eds.). Georgia Dept. of Nat. Res., Athens, GA.

Tewes, M. and D. Schmidly. 1987. The neotropical felids: jaguar, ocelot, margay and jaguarundi. *In* Wild Furbearer Management and Conservation in North America (M. Novak and J. Baker, eds.).  Ontario Ministry of Nat. Resources, Toronto.  1,150 pp.

Texas DOT (Department of Transportation). 2020. TxDOT Project Tracker. https://apps3.txdot.gov/apps-cq/project_tracker/. Accessed: October 16, 2020.

FAA00009924

TGLO (Texas General Land Office) 2017. *Protecting the Texas Coast: A case for the coastal resiliency master plan*. March 22, 2017. Accessed: Dec 30, 2021.

TPWD 2017. Texas Parks and Wildlife Magazine. TP&W magazine on Facebook. December 2017. *6 days in the Valley.*

TPWD 2018. TPWD Wildlife Magazine. TP&W magazine on Facebook. October 2018. *How did the wildlife cross the road?*

TPWD 2019. Endangered aplomado falcon chicks fledging at Mustang Island State Park. TPWD News June 10, 2019. https://tpwd.texas.gov/newsmedia/releases/?req=20190610a Accessed: January 21, 2002.

TPWD 2020. Texas Parks and Wildlife Magazine. TP&W magazine on Facebook. May 2020. *Ocelots using wildlife crossings*.

Titus, J.G. and V.K. Narayanan. 1995. The probability of sea level rise. U.S. Environmental Protection Agency EPA 230-R-95-008.

Truitt, B.R., B.D. Watts, B. Brown, and W. Dunstan. 2001. Red knot densities and invertebrate prey availability on the Virginia barrier islands. Wader Study Group Bulletin 95:12.

USACE. 2012. Jurisdictional Wetland Determination – Environmental Impact Statement for the SpaceX Texas Launch Site. July 3.

USACE. 2021. Jurisdictional Wetland Determination – Environmental Assessment for SpaceX Starship/Super Heavy Launch Vehicle Program at SpaceX Boca Chica Launch Site in Cameron County, Texas.

USACHPPM (U.S. Army Center for Health Promotion and Preventive). 2005. Operational Noise Manual: An Orientation for Department of Defense Facilities. Prepared by Operational Noise Program, Directorate of Environmental Health Engineering, Center for Health Promotion and Preventive Medicine, Aberdeen Proving Ground, MD. November.

USDA. (U.S. Department of Agriculture). 1977. *Soil Survey of Cameron, County Texas.*

USFS. (U.S. Forest Service). 2004. Fish Lake National Forest (N.F.) Reissuance of Term grazing Permits on Eight Cattle Allotments, Beaver Mountain Tushar Range: Environmental Impact Statement.

USFWS (Service). 1986. Preliminary survey of contaminant issues of concern on National Wildlife Refuges. Div. Refuge Manager, Washington, D.C. 162 pp. (LD, AG,PT,VI,WI,UR,WD)*

USFWS (Service). 1990. Listed cats of Texas and Arizona Recovery Plan (with emphasis on the ocelot). U.S. Fish and Wildlife Service, Albuquerque, New Mexico. .

FAA00009925

USFWS (Service). 1995. Threatened and endangered species of Texas. Austin, Texas. June 1995.

USFWS (Service). 1996. Piping plover (*Charadrius melodus*), Atlantic Coast population, revised recovery plan. Hadley, Massachusetts

USFWS (Service). 1997. Lower Rio Grande Valley and Santa Ana National Wildlife Refuges. Interim Comprehensive Management Plan. September. Available: https://www.fws.gov/uploadedFiles/LRGV%20CCP_2008.pdf.

USFWS (Service). 2003. Recovery Plan for the Great Lakes Piping Plover (Charadrius melodus). Ft. Snelling, Minnesota. viii + 141 pp.

USFWS (Service). 2009. Piping plover (*Charadrius melodus*) 5-Year review: summary and evaluation. Northeast Region, Hadley Massachusetts and the Midwest Region's East Lansing Field Office, Michigan *with major contributions from* North Dakota Field Office, Panama City, Florida Field Office, Corpus Christi, Texas Field Office, September 2009.

USFWS (Service) 2010. Laguna Atascosa National Wildlife Refuge Comprehensive Conservation Plan. National Wildlife Refuge System, Southwest Region, Division of Planning, Albuquerque, NM. September.

USFWS (Service) 2011. Abundance and productivity estimates-2010 update: Atlantic Coast piping plover population. Sudbury, Massachusetts.

USFWS (Service) and Conserve Wildlife Foundation of New Jersey. 2012. Cooperative Agreement. Project title: Identify juvenile red knot wintering areas.

USFWS (Service) 2013. Gulf Coast jaguarundi (Puma yagouaroundi cacomitli) Recovery Plan, First Revision. U.S. Fish and Wildlife Service, Southwest Region. Albuquerque, NM

USFWS. (Service) 2014a. Rufa Red Knot Background Information and Threats Assessment. U.S. Fish and Wildlife Service, Pleasantville, New Jersey.

USFWS (Service) 2014b. Northern aplomado falcon (*Falco femoralis septentrionalis*) 5-year review: summary and evaluation. Albuquerque, NM August 26, 2014.

USFWS. (Service) 2015. Status of the species – red knot. November 2015.

USFWS (Service) 2016a. Recovery Plan for the Ocelot (*Leopardus pardalis*), First Revision. U.S. Fish and Wildlife Service, Southwest Region, Albuquerque, New Mexico.

USFWS. (Service) 2016b. Reducing Bird Collisions with Buildings and Building Glass Best Practices.

FAA00009926

https://www.fws.gov/migratorybirds/pdf/management/reducingbirdcollisionswithbuilding s.pdf. Accessed: October 16, 2020.

USFWS (Service) 2018. Leatherback sea turtle (Dermochelys coriacea). U.S. Fish and Wildlife Service, North Florida Ecological Service Office. https://www.fws.gov/northflorida/seaturtles/turtle%20factsheets/PDF/Leatherback-Sea-Turtle.pdf. Last updated February 7, 2018. Accessed January 17, 2022.

USFWS. (Service) 2020a. Species status assessment report for the rufa red knot (*Calidris canutus rufa*). Version 1.1. Ecological Services New Jersey Field Office, Galloway, New Jersey.

USFWS (Service) 2020b. 5-Year Review Summary and Evaluation of the Piping Plover (Charadrius melodus). U.S. Fish and Wildlife Service, Hadley, Massachusetts.

USFWS. (Service) 2020c. Collisions. https://www.fws.gov/birds/bird-enthusiasts/threats-to-birds/collisions.php. Accessed: October 16, 2020.

UTRGV (University of Texas Rio Grande Valley). 2019. Commercial Launch Site Construction-Phase Species Monitoring Survey. Annual monitoring report, unpublished. December.

UTRGV. 2020. Commercial Launch Site Construction-Phase Species Monitoring Survey. Annual monitoring report, unpublished. November.

Van den Berg L.  J L, Bullock JM, Clarke RT, Langston RHW, Rose RJ. 2001. Territory selection by the Dartford warbler (*Sylvia undata*) in Dorset, England: the role of vegetation type, habitat fragmentation and population size. *Biol. Conserv.* 101:217–28

Walker, C.W. 1997.  Patterns of genetic variation in ocelot (*Leopardus pardalis*) populations for south Texas and northern Mexico. Texas A&M University, College Station.  117

Wibbels, T. & Bevan, E. 2019. Lepidochelys kempii (errata version published in 2019). The IUCN Red List of Threatened Species 2019: e.T11533A155057916. http://dx.doi.org/10.2305/IUCN.UK.2019-2.RLTS.T11533A155057916.en

Wilkins, R.N., R.D. Brown, R.J. Conner, J. Engle, C. Gilliland, A. Hays, R.D. Slack, and D.W. Steinbach. 2000. Fragmented lands: Changing land ownership in Texas. The Agriculture Program, Texas A&M University, College Station, Texas.

Witherington, B. E., R. E. Martin, and R. N. Trindell. 2014. Understanding, assessing, and resolving light pollution problems on sea turtle nesting beaches, revised. Florida Fish and Wildlife Research Institute Technical Report TR-2. vii + 83 p. Available: https://f50006a.eos-intl.net/ELIBSQL12_F50006A_Documents/TR-2Rev2.pdf. Accessed: February 12, 2021.

FAA00009927

Zdravkovic, M. 2005.  2004 Coastal Texas Breeding Snowy and Wilson's Plover Census and
    Report.  Coastal Bird Conservation Program, National Audubon Society, Science Dept.,
    New York, NY.

Zivojnovich, M.  1987.  Habitat selection, movements and numbers of piping plovers wintering
    in coastal Alabama.  Alabama Department of Conservation and Natural
    Resources.  Project Number W-44-12.

Zonick, C. and M. Ryan.  1996.  The ecology and conservation of piping plovers (*Charadrius
    melodus*) wintering along the Texas Gulf Coast.  Department of Fisheries and Wildlife,
    University of Missouri, Columbia, Missouri 65211.  1995 Annual Report.

FAA00009928



Figure 1.  Location

FAA00009929



Figure 2. Location of Vertical Launch Area and Launch and Landing Control Center

FAA00009930



Figure 3.  Landownership

FAA00009931



Figure 4.  Starship/Super Heavy Design Overview

FAA00009932



Figure 5. Closure Area/Checkpoints in Relation to National Wildlife Refuges

FAA00009933



## Eddie Treviño, Jr.
### County Judge

**For Immediate Release**
January 18, 2022
Contact: Eddie Treviño, Jr.

### COUNTY'S TEMPORARY CLOSURE OF
### BOCA CHICA BEACH AND STATE HIGHWAY 4

On March 15, 2019, the Commissioners' Court approved an Order authorizing County Judge Eddie Treviño, Jr., to execute any and all necessary or appropriate notices or orders of temporary closure of State Highway 4, and/or Boca Chica Beach in connection with space flight activity, now or in the future.

Cameron County Judge Eddie Treviño, Jr., has ordered the temporary closure of access to Boca Chica Beach as well as State Highway 4 from FM 1419 (Oklahoma Ave.) to the entrance of Boca Chica Beach due to anticipated testing activities for SpaceX.

"I have ordered the closure of Boca Chica Beach and Hwy 4 for the purpose of protecting Public Health and Safety during SpaceX non-flight testing activities January 21, 2022, in the time period between 6:00 a.m. C.S.T. to 4:00 p.m. C.S.T. and in the alternative on January 24, 2022, from 10:00 a.m. C.S.T. to 10:00 p.m. C.S.T. and/or January 25, 2022, from 10:00 a.m. C.S.T. to 10:00 p.m. C.S.T., of the same day. Should SpaceX not complete its planned non-flight testing on January 21, 2022, then SpaceX may use the alternate dates to complete its testing activities," Treviño stated.

SpaceX and law enforcement authorities will be coordinating to ensure that no individuals or vehicles are allowed access to these areas during these times of the day. In coordination with the County, SpaceX will establish a safety zone perimeter that will include two temporary checkpoints on Highway 4. Individuals who provide proof of residence between the two checkpoints will be allowed to proceed through the soft checkpoint and access their homes during testing. Access beyond the hard checkpoint to the beach will not be permitted during temporary closures. The beach will be closed and those wishing to visit a beach during the closures may do so on South Padre Island at County parks: Cameron County Beach Access No. 3, Cameron County Beach Access No. 4, Cameron County Beach Access No. 4 (West) or Cameron County Beach Access No. 5 (West).

If you have any questions or concerns please refer to the Cameron County website, www.cameroncountytx.gov/spacex/.

### ###

*Cameron County Courthouse*
*Oscar C. Dancy Building*          *1100 E. Monroe Street, Suite 218*          *Brownsville, Texas 78520*
*Phone (956) 544-0830*          *etrevino@co.cameron.tx.us*          *Fax (956) 544-0801*

Figure 6.  Example of Temporary Closure Order

FAA00009934



Figure 7. Survey-Verified Vertical Launch Area Parcel

FAA00009935



Figure 8. Proposed Vertical Launch Area Layout

141

FAA00009936



Figure 9.  Site Overview

FAA00009937



Figure 10. Launch Mount, Launch Vehicle, and Integration Tower

FAA00009938



Figure 11.  Proposed Solar Farm Layout

FAA00009939



Figure 12.  Action Area

FAA00009940



Figure 13.  Starship/Super Heavy Launch from the Boca Chica Launch Site: Maximum A-Weighted Sound Levels

146

FAA00009941



Figure 14.  Sonic Boom Contours for Starship Landing at the VLA

FAA00009942



Figure 15.  Sonic Boom Contour for Super Heavy Landing at the VLA

FAA00009943



Figure 16.  Bahia Grande Coastal Corridor, Texas (BGCCP)

FAA00009944



Figure 17.  Thornscrub Protection, Enhancement and Restoration Cooperative Agreement Conceptual Ocelot and Jaguarundi Corridor Map

FAA00009945



Figure 18.  Lomas of the Bahia Grande

FAA00009946



Figure 19. UTRGV. Predicted mean counts of piping plover (expressed as the number of piping plovers observed per 100 m of survey route traveled) by biological year from the discrete Poisson Model. From SWCA (2022).

FAA00009947



Figure 20.  N&H. Population estimates (N-hat) and 95 percent confidence intervals for Boca Chica 2018-2021 based on the top model. "Year" is the calendar year of the beginning of the nonbreeding period (i.e. "2018" is fall and winter beginning 2018, ending 2019). From Newstead and Hill (2022).

FAA00009948



Figure 21.  Piping Plover Critical Habitat

154

FAA00009949



Figure 21.  Red Knot Proposed Critical Habitat

FAA00009950



Figure 22.  Falcon breeding territories-Brownsville subpopulation.  Circles depict sites regularly occupied by adult pairs; squares indicate sites of intermittent occupancy (Hunt et al 2013).

FAA00009951



Figure 23.  U.S. Army Corps of Engineers Jurisdictional wetland determination – VLA

FAA00009952



Figure 24. Solar Expansion Sites Wetland Delineation Results SE1 1.15 acres, SE2 0.06 acres

FAA00009953



Figure 25. SH 4 Boca Chica Turnaround

FAA00009954



Figure 26.  Impacted Piping Plover Habitat and Critical Habitat and Red Knot Habitat and Proposed Critical Habitat

FAA00009955



Figure 27.  Heat Plume and Debris Field

FAA00009956



Figure 28. Annual number of vehicles passing through the Customs and Border Patrol Checkpoint Station (P14) by hour October 1-April 14, 2021. (*Data provided by: Pedro Caballero III, (A) Special Operations Supervisor, Fort Brown Station, TX, April 14, 2021*).

162

FAA00009957



Figure 29.  Ocelot Road Mortality

FAA00009958

Appendix A
Concurrences

FAA00009959

Appendix A.  Concurrences

| Species | Determination | Occurrence | Conservation Measures |
|---------|---------------|------------|----------------------|
| West Indian Manatee | May affect, but is not likely to adversely affect | About 90 percent of manatees occur in Florida but occasionally seen about once every other year as they travel from Florida and Mexico heading towards warmer waters for the winter. Seagrasses and warm water attract them into the jetties or ports. Manatees have been spotted within the Action Area in and around South Padre Island and Port Isabel in 2004, 2005, 2006, 2014, 2018, July 26, South Padre Island. https://www.mysanantonio.com/lifestyle/travel-outdoors/article/Texas-captain-sees-rare-manatee-South-Padre-Island-16345753.php The most current occurrences of manatees have been reported on December 16, and 17, 2021 on SPI and another on December 21, 2021 in Port Mansfield Harbor Marina.  Based on photographs, it appears the SPI manatee reported on the 16th and 17th and the Port Mansfield manatee are different individuals. There was also a manatee in Port Aransas that had an injured flipper and a manatee was rescued from the Houston area earlier. Therefore, five manatees reported in 2021. Other sightings have occurred in Corpus Christi and along the upper coast in similar years. It is possible more have occurred within the Action Area just not been documented. Potential effects include increased boat traffic on launch days, which could result in boat strikes, damage to seagrass beds and reduced food source. However, sightings are sporadic and SpaceX access restriction procedures includes notification of the Coast Guard to clear boats from the area prior to launches, and they are willing to implement conservation measures to reduce the effects. | Educational outreach program to inform vessel operators about manatees in the area and why to avoid them. Employees will a. be advised that manatees may approach the proposed Action Area, b) be provided materials, such as a poster, to assist in identifying the mammal, c) be instructed not to feed or water the animal, and d) contact the Service and the Texas Marine Mammal Stranding Network (TMMSN) if a manatee is sighted. |
| Eastern black rail | May affect but is not likely to adversely affect | Potential suitable habitat occurs within the Action Area and there is a possible presence of eastern black rail in Cameron County.  Noise and human presence from construction and operations may temporarily disturb or displace eastern black rails and the heat plume could injure or kill black rails if it was present within | If an eastern black rail was recorded within the action are, the FAA would |

FAA00009960

| | | 0.6 miles of the vertical launch area during a Starship/Super Heavy launch. Effects to the black rail could be reduced because of a lack of habitat at and near (within 0.6) the vertical launch area and there is no recent documented presence of eastern black rain the Action Area. No recent indication there is breeding in Cameron County. | immediately reinitiate section 7 consultation with the Service. |
|---|---|---|---|
| South Texas ambrosia | No effect | Suitable habitat does not occur within the Action Area where construction would occur. | None |
| Texas ayenia | No effect | Suitable habitat does not occur within the Action Area where construction would occur. | None |

The FAA determined the Proposed Action may affect but was not likely to adversely affect the threatened West Indian manatee and eastern black rail. With the implementation of conservation measures to avoid and minimize potential impacts outlined in the associated SpaceX Starship/Super Heavy Launch Vehicle Program at the SpaceX Boca Chica Launch Site, Cameron County, Texas, June 2021 BA, amended October 2021, the Service believes potential impacts are insignificant and discountable and therefore concurs with FAA's determination of "may affect but is not likely to adversely affect". The Service provided this concurrence on October 6, 2021.

The FAA further determined the Proposed Action would have no effect on the endangered South Texas ambrosia and Texas ayenia. The Service does not provide concurrences with no effect determinations but by making a determination the Service believes the FAA has complied with section 7(a)(2) of the Act.

FAA00009961

Appendix B.
Consultation History

FAA00009962

## CONSULTATION HISTORY

December 18, 2013 – Service transmitted the Final BCO to the FAA for launch licenses and or experimental permits for SpaceX to launch Falcon 9 and Falcon Heavy at Boca Chica, Cameron County, TX.

May 29, 2014 - FAA published the *Final Environmental Impact Statement for the SpaceX Texas Launch Site* and Record of Decision (ROD).

December 22, 2014 – Letter from FAA requesting the Service to confirm its 2013 BCO as a BO for the red knot as the red knot was listed.

April 20, 2015 – The Service agreed via letter to adopt the BCO as a BO including red knot.

December 30, 2016 – FAA submitted SpaceX Annual Report via email.

January 25, 2017 – USACE requested FAA reinitiate consultation with the Service for SpaceX's 404 permit.  FAA determined SpaceX would not increase take in the BO and terms and conditions would avoid or minimize potential effects to listed species.

December 19, 2017 – FAA submitted 2017 annual report for BO via email.

November 5, 2018 – Letter from FAA to the Service regarding SpaceX's plans for a suborbital test program and the development of (Big Falcon Ship and experimental vehicle test program. The Service requested reinitiation of consultation.  Service recommended SpaceX consider a section 10 Habitat Conservation Plan for any additional development on the manufacturing and production site.

February 19, 2019 – FAA committed to reinitiating section 7 consultation in phone conversation.

April 3, 2019 - The Service provided written comments on a written Re-evaluation and recommended the BO be amended to reflect the proposed action.  Nighttime construction had exceeded the 2-week period allowed in the BO and inspections had not been occurring as outlined in the BO.

March 23, 2019 – Email to FAA from the Service stating closure notification system was not being implemented correctly and future closures should not occur until corrected.

April 3, 2019 - The Service provided written comments on a written Re-evaluation and recommended the BO be amended to reflect the proposed action.  Nighttime construction had exceeded the 2-week period allowed in the BO and inspections had not been occurring as outlined in the BO.

April 30, 2019 – Letter from FAA to Service responding to concerns about Starship construction and operation. They were willing to address and resolve issues.

November 29, 2019 – FAA request Service review another written Re-evaluation to support

FAA00009963

FAA's decision to issue launch licenses and/or experimental permits to SpaceX.

March 2, 2020 – Letter from the Service to FAA reviewing the written Re-evaluation for experimental test program to develop Starship and Super Heavy. The Service did not concur and recommended a new BA be prepared and consultation reinitiated.

March 4, 2020 – The Service noted inconsistencies with closure notices, tallying of closure hours, length of closure, nighttime activities and stated a new or amended BO was needed.

April 3, 2019 – The Service recommended amendment of the BO.

April 5, 2019 – Email to FAA from the Service that vegetation monitoring may need revisiting, closures were not being implemented correctly and requested they cease.

May 29, 2020 – Email to FAA from Service informing them that SN4 had exploded. The Service did not have a full report as of yet but assumed debris had fallen on the Refuge again. Reiterated need for reinitiation to address explosions, noise generated 24/7, night illumination and traffic on SH 4.

December 2, 2020 – Species Monitoring Report received.

December 13, 2020 – FAA's 2019 Annual Summary Report was received.

June 21, 2021 – FAA requested initiation of formal section 7 consultation on the issuance of a launch license to SpaceX at the Boca Chica Launch Site for the Starship/Super Heavy Launch Vehicle Program and provided a BA to the Service.

July 15, 2021 – Service requested additional information before consultation could be initiated.

July 23, 2021 – FAA forwarded Management Plans and requested by August 23.

September 15, 2021 –Consultation workshop: FAA notified of salt flats that seem to be vegetating from runoff.

September 27, 2021 – SpaceX Agency update meeting.

October 5, 2021 – Site visit and meeting.

October 6, 2021 – The Service initiated formal consultation.

October 13, 2021 – FAA delivers an amended Final BA to the Service.

October 14, 2021 – Letter to FAA from the Service committing BCO by December 31, 2021, contingent on regular coordination with FAA and SpaceX and no substantial changes to the Proposed Action.

October 20, 2021 – FAA provided a revised BA and Terms and Conditions.

FAA00009964

October 25, 2021 – SpaceX Starship/Super Heavy at Boca Chica Launch Site ESA section 7 consultation meeting to discuss proposed action, status of the species, effects, terms and conditions, monitoring, and schedule.

November 1, 2021 – DOI provided FAA comments on the Starship/Super Heavy PEA.

November 2, 2021 – Provided FAA information on the Monarch Butterfly and asked if FAA and SpaceX could include it in the consultation. FAA agreed.

November 4, 2021 – The Service emailed draft language for a term and condition regarding land acquisition for FAA/SpaceX review and approval.

November 8, 2021 – FAA provided comments on draft proposed project section. Notified SpaceX of a video of a UTV on SpaceX site driving in flats.

December 2, 2021 – FAA emailed request for update on BO sections for review and offered assistance from ICF consultants.

December 3, 2021 – Service emailed FAA the Status of the Species section for their review.

December 6, 2021 – SpaceX section 7 consultation working session. FAA provided comments on the Cumulative Effects section.

December 9, 2021- Email from the Service to FAA requesting updated management plans

December 10, 2021 – Service requested status of updated plans. Email response from FAA to the Service stating they had not received the plans from SpaceX.

December 16, 2021 – Emailed FAA, SpaceX and ICF a draft copy of the baseline for their review and comment.

December 20, 2021 – SpaceX section 7 consultation working session. Service requested specific dates for receiving the updated plans.

December 27, 2021 – SpaceX section 7 consultation working session.

January 3, 2022 – SpaceX provided power plant details. Weekly SpaceX section 7 consultation workshop was held.

January 4, 2022 – SpaceX provided information, requested on Dec. 31, 2021, on solar array and potential hazardous material.

January 6, 2022 – TxDOT informed Service of plans for a turnaround in ROW at the end of SH4 and a small parking area near it.

January 12, 2022 – Service informed FAA of proposed TxDOT turnaround.

170

FAA00009965

January 18, 2022 – Weekly FAA SpaceX section 7 consultation discussion, draft BCO due to FAA by January 31st.

January 24, February 7, February 14, February, 2022– SpaceX section 7 weekly consultation workshops.

February 25, 2022 – Letter to FAA regarding from the Service regarding documentation of agreed upon extensions to the consultation timeline.

February 28, 2022 – The Service delivers draft BCO to FAA for review and comment.

March 7, March 14, 2022 – SpaceX section 7 weekly consultation workshop to discuss timeline and status of review.

March 15, 2022 – FAA gave draft BCO comments to the Service.

March 16, 2022 – The Service requested an extension for FAA to complete Monitoring Plans and to finalize the BCO and requested a due date of March 28, 2022.

March 21, 2022 – SpaceX section 7 weekly consultation workshop meeting. Discussed the Draft BCO comments.

March 24, April 4, and April 18, 2022 – SpaceX section 7 workshops to discuss BCO.

April 22, 2022 – Final BCO sent to FAA.

April 28, 2022 – FAA and SpaceX provided comments on the Final BCO.

May 9, 2022 – The Service responded to FAA/SpaceX comments. FAA sent the Service the completed 2021 Annual Report.

May 10, 2022 – FAA accepted the Service's responses. SpaceX provided an updated Biological Monitoring Plan.

May 12, 2022 - Revised Final BCO sent to FAA.

FAA00009966

Appendix C
Memorandum of Agreement
Between
Texas Parks and Wildlife Department and Space Exploration Technologies Corporation

FAA00009967

## MEMORADUM OF AGREEMENT
### between
### Texas Parks and Wildlife Department and Space Exploration Technologies Corporation

This Memorandum of Agreement (Agreement) is entered into between Texas Park and Wildlife Department (TPWD) with an address of 4200 Smith School Road, Austin, Texas, 78744, and Space Exploration Technologies Corporation (SpaceX) with an address of Rocket Road, Hawthorne, California, 90250 (collectively the Parties).

### I. PURPOSE

1.1     The Parties own adjacent properties at Boca Chica, Texas. TPWD owns Boca Chica State Park, which is managed through a lease with the U.S. Fish and Wildlife Service (USFWS) in conjunction with its Lower Rio Grande Valley National Wildlife Refuge. SpaceX owns adjacent properties on which it has constructed and is constructing facilities for the purpose of designing, constructing, testing, launching, and landing rockets. The nature of SpaceX development-related anomalies has resulted in and may result in future impacts to the state park should further anomalies occur. The purpose of this Agreement is to serve as guidance to the Parties for developing protocols to respond to events that result in impacts to the state park and/or necessitate entry to the state park for any reason, including but not limited to fire suppression, reconnaissance, rocket debris retrieval, post-response site restoration, and impact mitigation.

The Parties acknowledge the need to restore impacts to TPWD lands following certain rocket test and launch activities. While such restoration efforts are as yet unproven, the Parties are committed to implementing, monitoring, and learning from such restoration efforts in order to develop adaptive management strategies that will minimize or offset long-term impacts to the natural, cultural, and recreational values of TPWD lands. The Parties agree that the benefits realized from these restoration efforts should provide appropriate compensation for the associated damages, including damages associated with the March 30, 2021 explosion of the rocket designated SN11.

This Agreement is intended to be a dynamic, working document and the Parties agree to periodically amend and update the Agreement in response to changing conditions, new data and information, and lessons learned. The Parties are committed to working together in good faith to meet the intent of this Agreement.

### II. ANOMALY RESPONSE

2.1     In the event of an anomaly TPWD staff will be notified as per the procedures outlined in the current Federal Aviation Administration (FAA) Anomaly Response Plan for Boca Chica.

FAA00009968

### III. STATE PARK RESTORATION

3.1     The Parties agree that the appropriate mitigation for impacts to the state park will be coordinated efforts to restore damaged algal flat and loma habitats to pre-anomaly conditions. TPWD will identify subject matter experts to assist SpaceX or a contractor with development and implementation of a restoration plan. It is understood that restoration of these habitats is untested. SpaceX agrees to include monitoring protocols in the restoration plan, to adopt an adaptive management approach to restoration until the most beneficial restoration methodologies have been determined, and to apply those methodologies to restoration of habitats following any future impacts to the state park resulting from SpaceX activities.

3.2     The Parties anticipate that initial restoration efforts may include grooming of tracks and other scars using hand tools and native soils, establishing desired slopes and contours, and potentially inoculating the soils with appropriate species of algae and microbes, or other approach(es) as determined by the subject matter experts and TPWD and agreed to by SpaceX.

In addition, a good faith effort will be made to restore lost upland vegetation in state park uplands by seeding or transplanting appropriate grasses and other indigenous vegetation from seed or plant sources approved by TPWD. All recovery and restoration efforts will be monitored for introduction of non-native species, which will be removed by SpaceX using methods approved by TPWD. All soil disturbance resulting from anomaly impact or recovery efforts will be monitored for the presence and/or disturbance of cultural resources.

3.3     SpaceX agrees that in the event restoration measures prove impractical or agreed monitoring protocols indicate that restoration activities have not resulted in demonstrable recovery of native pre-anomaly species compositions and ecological services, the Parties will come together in good faith to agree on other means of compensating TPWD for loss of fish, wildlife and recreation values resulting from damages to the state park.

### IV. ACCESS AND CLOSURES

4.1     SpaceX will perform notifications prior to a planned closure and in accordance with the current FAA Closure Notification Plan for Boca Chica.

4.2     SpaceX will provide TPWD a forecast of planned closures two weeks in advance when possible. Information about proposed closures will be available on Cameron County's website and through real time status and updates via a text message alert service.

SpaceX will send closure notifications to the regulatory and public land-managing agencies as closure plans finalize (typically 24–48 hours prior to the closure). The agencies will continue to receive updates immediately when the closures go into place and when the closures end, as well as cancellations of requested closures. SpaceX personnel will timely send these notifications to ensure the most up-to-date information is distributed.

FAA00009969

This Agreement is effective upon the date of the last signature herein.

Space Exploration Technologies Corp.                Texas Parks and Wildlife Department

By: _____               By: _____

Title: S_ D_____ S_____ Ops          Title: Chief Operating Officer

Date: 9/1/2021                                        Date: 9/2/31

175

FAA00009970

Appendix D
Noise Assessment

(Please refer to Appendix B in FAA's Programmatic Environmental Assessment)

FAA00009971

# STARSHIP ROCKET NOISE ASSESSMENT FOR FLIGHT AND TEST OPERATIONS AT THE BOCA CHICA LAUNCH FACILITY

TN 20-02

December 2020

Prepared for:

Space Exploration Technologies Corporation





FAA00009972

Appendix E.
Plans

FAA00009973