Urban Ecosystems, 7: 65–77, 2004
© 2004 Kluwer Academic Publishers. *Manufactured in The Netherlands.*

# Effects of artificial night lighting on endangered ocelots (*Leopardus paradalis*) and nocturnal prey along the United States-Mexico border: A literature review and hypotheses of potential impacts

MELISSA M. GRIGIONE                                                                                         mgrigion@cas.usf.edu
ROBERT MRYKALO
*Department of Environmental Science and Policy, University of South Florida, 4202 East Fowler Ave, SCA 238, Tampa, FL 33620, USA*

Received June 27, 2003; Accepted January 15, 2004

**Abstract.**   Artificial night lighting is one of the least studied outcomes of urbanization. While the effects of night lighting on mammals and their habitats seem obvious, they remain difficult to quantify. By reviewing laboratory and field studies conducted on mammals since 1943, this paper summarizes the most salient effects of artificial night lighting on activity patterns and behavior. These studies assist us in generating hypotheses regarding the effects of lights, erected across the militarized U.S.-Mexico border, on the endangered Ocelot and its nocturnal prey. We predict that activity patterns for Ocelots and their nocturnal prey would be altered under artificial night lighting conditions. Specifically, evening activity levels would either be reduced or redirected towards areas with dense vegetation. In addition, Ocelot foraging success would likely be altered as a result of turning night into day. Recommendations are made for Ocelot recovery and future research on surrogate species.

**Keywords:**   artificial lighting, endangered species, ocelot, activity patterns, nocturnal

## Introduction

Strayhorn (2002) estimates that 16 counties in Texas, stretching from Del Rio to Brownsville, will comprise the fastest growing economic region of the state between 2000 and 2005. This region also provides habitat for the remaining populations of endangered Ocelots (*Leopardus pardalis*) in the U.S. These nocturnal predators once occupied Arkansas, Louisiana, Arizona and Texas, but are now found only in south Texas (Tewes and Everett, 1986). Current ocelot habitat along the Rio Grande River is bordered on the south by urbanization and on the north by physical barriers used to deter the flow of illegal aliens and contraband from Mexico into the U.S.

Ocelots were listed as an endangered species in 1982 (U.S. Fish and Wildlife Service, 1982), and their decline can be attributed to habitat alteration (U.S Fish and Wildlife Service, 1990). In south Texas, approximately 60 ocelots inhabit Laguna Atascosa National Wildlife Refuge (LANWR; Laack, 1991). Adjacent to the refuge is the Lower Rio Grande Valley National Wildlife Refuge (LRGVNWR). The Rio Grande River, which borders LRGVNWR to the south, lies between the refuge and northern Mexico. Protected refuge tracts are

FAA00056556

SPX-0011304

interspersed with non-protected corridors. These corridors are not always vegetated, thereby reducing movement opportunities for Ocelots between protected areas.

Despite protection afforded to Ocelots by the refuges of south Texas, artificial night lighting along the Rio Grande River may be reducing the availability of Ocelot prey and restricting movements of Ocelots themselves. Successful recovery of Ocelots in Texas will require an understanding of the impacts of artificial night lighting on the distribution and abundance of both Ocelots and their prey. This paper summarizes laboratory and field studies conducted on mammals since 1943 that have assessed the effects of artificial lighting on activity patterns and behavior. These results elucidate the potential impacts of artificial night lighting on both Ocelots and their prey.

**Operation Rio Grande**

The Rio Grande River and the international border are patrolled by the Immigration and Naturalization Service's (INS) Border Patrol (BP). The role of BP is to prevent the flow of illegal aliens and contraband into the United States (Bureau of Citizenship and Immigration Services, 2002). "Operation Rio Grande" is a BP operation that covers 17,000 $mi^2$ of southeast Texas (Bureau of Citizenship and Immigration Services, 2002).

In order to patrol the border most efficiently, vegetation is burned and mowed along the U.S. border, fences are installed, parallel roads are built, and hundreds of permanent and portable lights are erected adjacent to the river (U.S. Fish and Wildlife Service, 2002). These activities have the potential to create a conflict in land use between the refuge, whose mission is to restore and acquire habitat for wildlife adjacent to the river, and the INS, whose duty is to detect illegal aliens entering the United States. Currently there are approximately 186 diesel powered portable lights and 235 permanent lights running 52.4 miles along the U.S. border of the Rio Grande River (U.S. Fish and Wildlife Service, 2002).

In an attempt to curtail the activities of Operation Rio Grande, in 1999 plaintiffs filed suit against the INS. As part of their suit, the plaintiffs claimed that artificial night lighting has an impact on nocturnal species, such as the endangered Ocelot. While it was known that Ocelots are primarily crepuscular/nocturnal (Konecny, 1989; Laack, 1991; Tewes and Shindle, 1997), there were no data to indicate the effects of artificial night lighting on hunting, foraging and dispersal success of Ocelots. Because of this shortcoming, plaintiffs received less from their settlement then they had originally intended. What was clearly needed at the time was a quantitative study on the effects of artificial night lighting on Ocelots. However, problems with initiating such a study were manifold, including the small population size of Ocelots, problems tracking Ocelot movement, and the need to collect long-term data (U.S. Fish and Wildlife Service, 2002). Indeed, a study on Ocelots was initiated in December of 1999 to investigate these issues, but was terminated in January 2001 because of poor statistical power resulting from low sample size (U.S. Fish and Wildlife Service, 2002).

Additionally, no studies have been conducted on the effects of artificial night lighting on Ocelot prey. Ocelots feed on a wide variety of prey but small mammals make up a large proportion of their diet (Bisbal, 1986; Tewes et al., 1997; De Villa Meza et al., 2002). Eleven nocturnal rodent species inhabit the area where Operation Rio Grande has

FAA00056557

SPX-0011415
Case 1:23-cv-01204-CJN    Document 63-30    Filed 06/17/25    Page 3 of 7

Animal Conservation 

Animal Conservation. Print ISSN 1367-9430

# Reduced genetic diversity and isolation of remnant ocelot populations occupying a severely fragmented landscape in southern Texas

J. E. Janečka*[1,2,3], M. E. Tewes[1], L. L. Laack[4], A. Caso[1,5], L. I. Grassman, Jr[1], A. M. Haines[1,6], D. B. Shindle[1], B. W. Davis[3], W. J. Murphy[3] & R. L. Honeycutt[2,7]

1 Caesar Kleberg Wildlife Research Institute, Texas A&M University-Kingsville, Kingsville, TX, USA
2 Department of Wildlife and Fisheries Sciences, Texas A&M University, College Station, TX, USA
3 Department of Veterinary Integrative Biosciences, College of Veterinary Medicine and Biomedical Sciences, Texas A&M University, College Station, TX, USA
4 Laguna Atascosa National Wildlife Refuge, Rio Hondo, TX, USA
5 Proyecto Sobre los Felinos Silvestres de Mexico, Tampico, Tamaulipas, México, D. F.
6 Department of Biological Sciences, Upper Iowa University, IA, USA
7 Natural Science Division, Pepperdine University, Malibu, CA, USA

**Keywords**
conservation; microsatellites; mtDNA; Leopardus albescens; population structure; Felidae.

**Correspondence**
Jan E. Janečka, Department of Veterinary Integrative Biosciences, College of Veterinary Medicine and Biomedical Sciences, VMA Building, Room 107, 4458 TAMU, Texas A&M University, College Station, TX 77843, USA. Tel: +1 979 458 0206; Fax: +1 979 845 9972
Email: jjanecka@cvm.tamu.edu

Editor: David Reed
*Current address: Department of Veterinary Integrative Biosciences, College of Veterinary Medicine and Biomedical Sciences, Texas A&M University, College Station, TX 77843, USA.

Received 4 March 2011; accepted 19 May 2011

doi:10.1111/j.1469-1795.2011.00475.x

**Abstract**

The ocelot Leopardus pardalis has become a conservation priority in the US as a result of severe population decline and loss of habitat during the 20th century. Only two small populations remain in this country. Their short-term viability is threatened by the disappearance of dense thornshrub communities, human-caused mortality and demographic stochasticity. The influence these factors have on ocelot persistence must be considered to develop effective conservation initiatives. We therefore examined neutral genetic diversity and connectivity among ocelots in the US and northeastern Mexico using 25 autosomal microsatellites and a 395-bp segment of the mitochondrial control region. Genetic variation was lowest in the population occurring on Laguna Atascosa National Wildlife Refuge, Texas (autosomal microsatellite $H_E = 0.399$ and mtDNA-haplotype diversity $= 0$) and highest in northeastern Mexico (0.637 and 0.73, respectively), while intermediate on private lands in Willacy County, Texas (0.553 and 0.252, respectively). Significant genetic differentiation between the two Texas populations was observed, despite their close proximity ($\sim$30 km). Both populations were also significantly divergent from northeastern Mexico. The absence of any detectable gene flow implies that the human modified landscape of the Lower Rio Grande Valley in southern Texas acts as a strong barrier to ocelot movement, disrupting metapopulation dynamics and contributing to loss of diversity. As a consequence, continued genetic erosion among the Texas populations is expected. The lack of movement through the fragmented landscape also suggests it is unlikely ocelots will recolonize unoccupied habitat patches along the Lower Rio Grande and the delta interior where agriculture and urban land uses predominate. The continued rapid development will exacerbate this problem. These factors threaten the persistence of the Texas populations and limit their recovery. Translocations are necessary to link ocelot populations in the US.

## Introduction

Many species exhibit metapopulation dynamics, particularly in ecosystems with discontinuously distributed habitat. A metapopulation consists of smaller, local populations that periodically undergo extinction and recolonization events, often with an influx of individuals from a larger, more stable core population (Levins, 1969; Hanski, 1999). In this system, the persistence of local populations is dependent on the relative rates of extinction and recolonization; these in turn are largely dependent on the levels of connectivity (Levins, 1969; Hanski, 1999). In areas dominated by small, fragmented habitat patches where extinctions occur frequently, only high levels of dispersal can maintain local populations.

The connectivity of populations maintained by dispersal can be reduced in a landscape fragmented by unsuitable habitat resulting from anthropogenic perturbations. In areas where dispersal is compromised, and the remaining

FAA00056835

SPX-0011421

loss of diversity was observed in Willacy over a span of only 7 years. In this population, $D_H$ was 0.324 among samples collected 1991–1998, yet in 2005 there was no diversity detected in the mitochondrial control region.

## Discussion

### Genetic variation within and between ocelot populations

Lowest diversity was observed in ocelots from Cameron, which is the only breeding population occurring on a US federal or state refuge. The level of microsatellite diversity at LANWR was comparable to variation in felid populations that have recently undergone severe bottlenecks, including the critically endangered Amur leopards *Panthera pardus orientalis* in the Russian Far East and North Korea (Uphyrkina *et al.*, 2002), and those that have been recently isolated by anthropogenic factors, such as mountain lions in the central coast and southern regions of California (Ernest *et al.*, 2003). In addition, no variation was observed for the control region segment in the Cameron population. This is consistent with the small $N_e$ estimates for the time period spanning 1989–1996, ranging from 8.0 to 13.9 (Janečka *et al.*, 2008). The small effective population size coupled with its isolation has increased the effects of drift and inbreeding leading to low genetic diversity compared with Willacy and Tamaulipas.

The Willacy population retained more ancestral variation and was less divergent from Mexico based on estimates of genetic differentiation and the grouping of Willacy and Mexico into one cluster for $K = 2$ (Fig. 2b). Yet, the $N_e$ of Willacy between 1998 and 2005 was estimated to be smaller than in Cameron (maximum estimate of 3.1) despite the intermediate levels of genetic diversity (Janečka *et al.*, 2008). In the cluster analysis of autosomal variation for $K = 4$ there was a division of Willacy into two distinct genetic groups corresponding to ocelots captured in the 1990s and those in 2005. Over that period, there was also a loss of 22 autosomal microsatellite alleles and the mtDNA data shows a reduction from moderate haplotype diversity during mid-1990s, to no diversity in 2005. This suggests that until the 1990s Willacy was likely larger and more widely distributed, but over the last decade has been subject to extreme genetic drift as a result of reductions that led to a very small population size and demographic instability. This scenario is also consistent with the observed patterns in heterozygosity that were indicative of a recent bottleneck. Although diversity was highest in northeastern Mexico, a recent reduction in effective size was also detected in that area, suggesting the Tamaulipas region may likewise be currently undergoing population reductions.

### Genetic divergence

Both microsatellite and mtDNA analyses revealed significant genetic subdivision among the three populations. The $F_{st}$ between Cameron and Willacy, which are separated by *c.* 30 km, was higher than between Willacy and Tamaulipas, which are more than 300 km apart. Historical gene flow can influence estimates of $F_{st}$; therefore, the lower value between the two geographically distant populations is likely the result of greater levels of ancestral variation retained by Willacy compared with the Cameron population, not contemporary gene flow. Estimates of $N_em$ are below one individual per generation between all pairs of ocelot populations, thus indicating an overall lack of connectivity. A value of $N_em = 1$ is roughly considered the minimum for maintaining population connectivity sufficient to prevent genetic divergence (Mills & Allendorf, 1996).

Assignment tests reflect contemporaneous dispersal more precisely than $F_{st}$ estimates because they allow for the identification of recent migrants (Rannala & Mountain, 1997; Paetkau *et al.*, 2004; Manel, Gaggiotti & Waples, 2005). There were no mis-assignments or migrants observed among the three ocelot populations. Furthermore, in the Bayesian analysis using STRUCTURE, all clusters were composed of individuals from only one population. The absence of mis-assignments and migrants, and complete resolution of populations into distinct clusters, illustrates the high levels of isolation and subsequent differentiation.

The extreme genetic divergence observed between proximate areas in Texas < 30 km apart is unusual for a medium-sized carnivore. Felids are physically capable of long-distance dispersal (> 100 km), and exhibit reasonable amounts of connectivity over large geographic areas (Hellborg *et al.*, 2002; Sunquist & Sunquist, 2002; Ernest *et al.*, 2003). The high amount of differentiation between the two ocelot populations is likely a result of habitat modifications in the Lower Rio Grande Valley, combined with small population sizes, and is analogous to the effects of anthropogenic changes on Iberian lynx *Lynx pardinus* in Spain and black bears *Ursus americanus* in Florida, where significant genetic structure in highly vagile species was linked to anthropogenic dispersal barriers (Johnson *et al.*, 2004; Dixon *et al.*, 2007).

Human activities in southern Texas and northeastern Mexico have eliminated large tracts of dense thornshrub communities preferred by ocelots (Tewes & Everett, 1986; Jahrsdoerfer & Leslie, 1988). The area between the Cameron and Willacy population is characterized by agricultural regions with greatly reduced native plant communities and extensive sorghum and cotton fields many kilometers wide (Fig. 4). The strong habitat selection of ocelots for dense thornshrub, and avoidance of areas with < 75% canopy cover, likely reduces movement between relatively close habitat patches (Horne *et al.*, 2009). Our study suggests that this has resulted in complete isolation of the two remaining Texas ocelot populations. Absence of dispersal between the Cameron and Willacy populations strongly suggested from the genetic data is also supported by ecological research; no dispersal events have been observed between these two areas in nearly 30 years of radio-telemetry work (Tewes, 1986; Laack, 1991; Caso, 1994; Beltran & Tewes, 1995; Shindle & Tewes, 2000; Haines, Tewes & Laack, 2005; Laack *et al.*, 2005; Haines *et al.*, 2006a,c; Horne *et al.*, 2009).

FAA00056841

SPX-0011423

Case 1:23-cv-01204-CJN   Document 63-30   Filed 06/17/25   Page 5 of 7

J. E. Janečka et al.                                                                                   Reduced genetic diversity and isolation of US ocelot

far failed in reaching either of the US breeding populations. The ocelots sampled in Miradores and Los Zoyates were assigned to the Mexico population.

### Implications for conservation

Ocelot reached the northern extent of their historical range in parts of Texas, Louisiana and Arkansas (Lowery, 1974). This region, along with Tamaulipas, together constitute a closely related phylogenetic clade suggesting former connectivity likely maintained via thornshrub habitat that was previously more widely distributed (Janečka et al., 2007; Jahrsdoerfer & Leslie, 1988). In the past, Mexico may have served as a source for populations in the US. Any potential metapopulation dynamics have now been disrupted by brush removal, row crop agriculture, road development and urbanization that have greatly altered the landscape (Fig. 4). These barriers impede ocelot movement between the few remnant habitat patches. Our genetic data strongly indicate that habitat fragmentation has resulted in virtually complete isolation of the two extant populations in Texas, in addition to an overall loss of genetic variation.

Therefore, the extinction rate for both Texas populations likely exceeds the rate of colonization, and the fates of each population in Texas are independent from each other as well as from existing populations in Mexico. Both populations are well below the minimum population viability size recommended for long-term survival (Franklin, 1980; Shaffer, 1981; Reed et al., 2003). As shown across diverse taxa, including several species of felids, a continued loss of genetic diversity through increased drift and inbreeding as the number of potential breeders declines contributes to reductions in fitness and greater extinction risks (Roelke, Martenson & O'Brien, 1993; Frankham & Ralls, 1998; Hedrick & Kalinowski, 2000; Keller & Waller, 2002; Reed & Frankham, 2003; Reed, Nicholas, & Stratton, 2007; Johnson et al., 2010). Research is needed to determine if inbreeding depression is affecting ocelots in Texas.

Conservation actions can be implemented to offset the continued decline of ocelot populations in the US. Development of habitat corridors in conjunction with safe passages across highways associated with mortality of dispersing ocelots would facilitate exchange between populations, improving the overall stability of the Texas populations (Haines et al., 2006c). However, the Lower Rio Grande Valley is a rapidly growing area (Fig. 4b), and the creation of such corridors is not logistically feasible. Translocations represent the only practical method for reconnecting these populations, although the potential effects must be first carefully evaluated (Hedrick, 2010).

In addition to the demographic benefits of translocations, genetic variation in Texas could be partially restored and inbreeding reduced, minimizing the potential for inbreeding depression (Johnson et al., 2010; Hedrick, 2010). Populations of L. p. albescens from Tamaulipas are a genetically appropriate source based on their phylogenetic relationship, and would yield the highest increase in variation (Janečka et al., 2007). However, it also would be beneficial to move individuals between Cameron and Willacy. There is significant divergence and high number of private alleles when these populations are compared with each other, suggesting each has preserved a different portion of ancestral variation. A partial reconstruction of historical levels of diversity could be achieved by mixing the Texas populations. Finally, expansion of ocelots into isolated vacant habitat patches will likely also require translocations. These management strategies should enhance the long-term viability of the remaining ocelot populations in Texas.

### Acknowledgments

We thank F. Yturria, M. Corbett and C. Corbett for access to their ranches. Logistical support was provided by F. Yturria in Texas and Los Ebanos Ranch in Mexico. This study was funded by the Rob and Bessie Welder Wildlife Foundation, Tim and Karen Hixon Foundation and F. Yturria. This article represents publication number 700 of the Rob and Bessie Welder Wildlife Foundation and article number 11–122 of the Caesar Kleberg Wildlife Research Institute at Texas A&M University-Kingsville.

### References

Avise, J.C. (2004). *Molecular markers, natural history, and evolution*. Sunderland: Sinauer Associates.

Barton, N.H. & Slatkin, M. (1986). A quasi-equilibrium theory of the distribution of rare alleles in a subdivided population. *Heredity* **56**, 409–415.

Beltran, J.F. & Tewes, M.E. (1995). Immobilization of ocelots and bobcats with ketamine hydrochloride and xylazine hydrochloride. *J. Wildl. Dis.* **31**, 43–48.

Blair, F.W. (1950). Biotic Provinces of Texas. *Tex. J. Science.* **2**, 93–117.

Caso, A. (1994). *Home Range and Habitat Use of Three Neotropical Carnivores in Northeast Mexico*. Master's thesis, Texas A&M University-Kingsville, Kingsville.

Caso, A., Lopez-Gonzalez, C., Payan, E., Eizirik, E., de Oliveira, T., Leite-Pitman, R., Kelly, M. & Valderrama, C. (2008). *Leopardus pardalis. IUCN Red List of threatened species. Ver. 2010.4*. Available at http://www.iucnredlist.org (accessed December 1, 2010).

Cornuet, J.M. & Luikart, G. (1996). Description and power analysis of two tests for detecting recent population bottlenecks from allele frequency data. *Genetics* **144**, 2001–2014.

Davis, B.W., Raudsepp, T., Pearks-Wilkerson, A.J., Agarwala, R., Schaffer, A.A., Houck, M., Chowdhary, B.P. & Murphy, W.J. (2009). A high-resolution cat radiation hybrid and integrated FISH mapping resources for phylogenomic studies across Felidae. *Genomics* **93**, 299–304.

Dixon, J.D., Oli, M.K., Wooten, M.C., Eason, T.H., McCown, J.W. & Cunningham, M.W. (2007). Genetic consequences of habitat fragmentation and loss: the case of the Florida black bear (*Ursus americanus floridanus*). *Conserv. Genet.* **8**, 455–464.

FAA00056843




# United States Department of the Interior

FISH AND WILDLIFE SERVICE

## South Texas Refuge Complex
Lower Rio Grande Valley National Wildlife Refuge
3325 Green Jay Rd., Alamo, TX 78516
(956) 784-7500; (956) 787-8338 Fax

November 14, 2013

Stacey M. Zee
Federal Aviation Administration
800 Independence Ave., SW, Ste. 325
Washington, D.C. 20591

RE: Section 4(f) Determinations - SpaceX Proposed Launch Facility at Boca Chica Beach, Cameron County, Texas – Lower Rio Grande Valley National Wildlife Refuge (NWR)

Dear Ms. Zee:

This responds to the Federal Aviation Administration's (FAA) letter dated August 16, 2013, requesting U.S. Fish and Wildlife Service (Service) concurrence that the proposal by SpaceX to construct a commercial space launch facility at Boca Chica Beach, Cameron County, Texas would not result in a physical or constructive use of the Lower Rio Grande Valley NWR (Refuge). However, your August 16th letter contained inaccurate information and insufficient analysis for the Service to concur with your determination. This is based primarily on the following:

We disagree with Texas Department of Transportation's (TXDOT) claiming of *fee title ownership* of the State Highway 4 right-of-way (ROW), which traverses Refuge property. According to our records and surveys, and a preliminary Department of Interior Solicitor's opinion, the strip of land within the right-of-way is owned in fee title by the Service, and TXDOT has a less than fee title ROW. Therefore, any use of this ROW to facilitate the SpaceX project may be considered a constructive use of the Refuge.

The letter states that SpaceX is currently developing a Security Plan to describe the procedures for closing land and water areas (within the "Closure Area") to the public. However, a review of the draft Security Plan shows the Closure Area overlays a large area of Refuge lands, but the Plan does not specifically identify who is <u>ultimately responsible</u> for ensuring the public is evacuated from the Refuge. In fact, the Security Plan does not identify the legal authority SpaceX would apply to ensure removal of the public from Refuge lands. In addition, the Security Plan describes the need for a "Closure Plan", which we assume would be more detailed than the Security Plan that describes the exact procedures for land and water closures during launch events. We would like an opportunity to review the "Closure Plan" when it is available.

Page 1 of 2

FAA00056934

We believe, based on increased traffic use and infrastructure (e.g., power lines) of State Highway 4 and "public closures" during launch events, this meets the definition of a "constructive use" as defined under Section 4(f), per regulation at 23 CFR 774, ie., a "constructive use" occurs when there *"…is a temporary occupancy of land that is adverse in terms of the statute's preservation purpose…"* or when a *"…project's proximity impacts are so severe that the protected activities, features, or attributes of a property are substantially impaired."* The most significant constructive use is the temporary closure of Refuge land to facilitate SpaceX operations. The complete evacuation of all persons from Refuge lands in the proximity (~3-mile radius or more) of the SpaceX launch facility severely impacts (i..e, substantially impairs) public use and wildlife resources on these lands. It also severely impairs our ability to manage these Refuge lands for their natural resource and public use purposes. For example, the multiple aerial and land sweeps over Refuge lands, to include the potential for physical removal of the public under some circumstances by Refuge or local law enforcement, would result in a substantial impairment to sensitive tidal mudflats and native vegetation. It would also unduly disturb wildlife, especially birds, from normal breeding, feeding, and sheltering activities for periods of up to 15 hours during each of 12 or more annual launch events. In addition, the SpaceX beach closure sweeps will likely push the public from the public beaches into Refuge dunes, interdunal, mudflat, and loma areas (i.e., into sensitive areas on the Refuge where SpaceX has no legal jurisdiction to remove the public). This is likely to result in Refuge law enforcement and other staff being unavailable to protect Refuge visitors and resources on other Refuge lands since they will be supporting SpaceX operations by enforcing the public closure areas on Refuge lands near the proposed facility.

Therefore, we do not concur with the FAA's determinations that the proposed operation of the SpaceX facility at Boca Chica Beach would not result in a "constructive use" of the Lower Rio Grande Valley NWR, as defined under Section 4(f). We look forward to discussing these issues and their resolution through an alternatives evaluation or mitigation process, as outlined in Section 4(f), before any plans to approve the project are finalized. You may contact me via email at bryan_winton@fws.gov or my direct line at (956) 784-7521.

Sincerely,

Bryan R. Winton
Refuge Manager

Cc:
Robert D. Jess, Project Leader, South Texas Refuge Complex
Kelly McDowell, Refuge Supervisor, OK/TX Refuges
Dawn Whitehead, Assistant Field Supervisor, Texas Coastal ES Field Office