UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br>     *Plaintiffs* <br>   v. <br><br> FEDERAL AVIATION ADMINISTRATION, *et al.*, <br>     *Defendants* <br><br>   and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br>     *Defendant-Intervenor*. | Civil Case No. 23-cv-1204-CJN |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL INFORMATION**

Plaintiffs file this notice to inform the Court of supplemental information that pertains to the pending motions for partial summary judgment.

Just after oral arguments took place in this matter, the Federal Aviation Administration (FAA) released a Draft Environmental Impact Statement (EIS) for the SpaceX Starship-Super Heavy Launch Vehicle Program at Launch Complex 39A at the Kennedy Space Center, Merrit Island, Florida (dated August 2025). *See* Ex. 1. That EIS concerns the FAA's review of SpaceX's application for a new vehicle operator license to allow Starship-Super Heavy operations at LC-39A, which is currently being used to launch Falcon missions. The EIS therefore concerns a similar decision to the FAA's review of the Starship-Super Heavy Launch program at Boca Chica, Texas, that is the subject of this litigation.

The FAA's decision to produce an EIS for the issuance of a vehicle operator license for the Starship-Super Heavy Launch Program at the Kennedy Space Center indicates that the FAA

is well aware that such activities have significant environmental impacts that need to be fully analyzed through an EIS. Indeed, the Draft EIS for the Starship-Super Heavy Launch Program at the Kennedy Space Center states that:

> Unavoidable adverse effects from operational activities have been identified across multiple resource areas (e.g., land use and access restrictions, effects to biological resources), some of which have been identified as potentially significant (noise and air quality in particular). While some of these effects could be minimized through implementation of mitigations, or by reducing the scope of the Proposed Action, these effects are inherent to the Proposed Action and cannot be avoided (i.e., a rocket inherently produces noise and air emissions).

Ex. 1 at ES-44. That is consistent with Plaintiffs' position that while some of the impacts of the Starship-Super Heavy Launch Program may be addressed through mitigation measures, there are significant, unavoidable impacts inherent to SpaceX's operations, including to biological resources, which warrants the full analysis that NEPA requires through an EIS. *See e.g.,* ECF No. 51 at 6-13 (citing FAA00046057-58, wherein TPWD stated that the "unavoidable and significant" impacts of SpaceX's activities would increase in severity for a new launch program testing even larger vehicles at an increased frequency). In fact, even though the Draft EIS at Ex. 1 states that some of the impacts may be minimized through implementation of mitigation measures, the FAA still provided a much more in-depth analysis of the impacts of Starship-Super Heavy launches on biological resources in an EIS, including a detailed analysis of the stressors associated with launch activities to the surrounding habitats and wildlife, which was not provided in the PEA for the Boca Chica launch program. *See* Ex. 1 at 3-160 to 3-163.

The FAA's decision to produce an EIS for the Starship-Super Heavy Launch Program at the Kennedy Space Center therefore undermines its determination that an EIS was not warranted for a similar launch program at Boca Chica, and the Court should find that the FAA's decision here was arbitrary and capricious and rule in favor of Plaintiffs.

September 2, 2025                                                          Respectfully submitted,

/s/ Jared Margolis
Jared Margolis (Pro Hac Vice)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
(802) 310-4054
jmargolis@biologicaldiversity.org

/s/ Eric Glitzenstein
Eric Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org

/s/ Dinah Bear
Dinah Bear (D.C. Bar No. 351817)
300 N. Indian House Road
Tucson, Arizona 85711
(202) 906-9407
bear6@verizon.net

*Attorneys for Plaintiffs*