UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>FEDERAL AVIATION ADMINISTRATION, *et al.*,<br><br>　　*Defendants*,<br><br>　　&<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>　　*Defendant-Intervenor.* | Civil Action No. 1:23-cv-01204 (CJN) |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, ECF 45, is **DENIED**; and it is further

**ORDERED** that the government's Cross-Motion for Partial Summary Judgment, ECF 48, is **GRANTED**; and it is further

**ORDERED** that SpaceX's Cross-Motion for Partial Summary Judgment, ECF 49, is **GRANTED**.

DATE: September 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge