UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    *Plaintiffs*,

    v.

FEDERAL AVIATION ADMINISTRATION, *et al.*,

    *Defendants*,

    &

SPACE EXPLORATION TECHNOLOGIES CORP.,

    *Defendant-Intervenor.*

Civil Action No. 1:23-cv-01204 (CJN)

## ORDER

The Court previously granted the government's and SpaceX's Cross-Motions for Partial Summary Judgment. ECF 71. That order rejected one of Plaintiffs' three theories of relief in support of the single claim in their First Amended Complaint. ECF 36. Plaintiffs have since clarified that they are no longer pursuing the other two theories of relief.[1] ECF 73 at 3. Because Plaintiffs have abandoned the second and third theories of relief, the Court dismisses those theories

---

[1] Before the Court granted summary judgment to the government and SpaceX, Plaintiffs informed the Court that they would no longer be pursuing their second and third theories of relief as presented in the First Amended Complaint. ECF 61 at 4. Instead, they expressed an intention to move for leave to file a Second Amended Complaint to "replace those with new claims." *Id.* Plaintiffs later moved for leave to amend to add the two new theories of relief. ECF 64. But Plaintiffs have since withdrawn that motion. ECF 72 at 2.

with prejudice.[2] *See Yoder v. Architect of the Capitol*, No. 23-cv-2214, 2025 WL 915611, at *3 n.2 (D.D.C. Mar. 26, 2025) ("Courts may properly dismiss claims when litigants 'explicitly concede' or abandon them." (quoting *Johnson v. District of Columbia*, 725 F. Supp. 3d 62, 67 (D.D.C. 2024))). This order therefore "disposes of all the claims and all the parties." *In re Domestic Airline Travel Antitrust Litig.*, 3 F.4th 457, 459 (D.C. Cir. 2021).

Accordingly, it is hereby **ORDERED** that Plaintiffs' second and third theories of relief are **DISMISSED WITH PREJDUICE**.

This is a final and appealable Order.

DATE: December 10, 2025

                                                                  _____
                                                                  CARL J. NICHOLS
                                                                  United States District Judge

---

[2] Dismissal with prejudice ensures that "the trial court proceedings [are] complete and will not result in multiple, piecemeal appeals." *See Blue v. D.C. Pub. Schs.*, 764 F.3d 11, 16–18 (D.C. Cir. 2014).